AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) | 23-CR-177 |
|---|---|---|
| v. | ) Case No. | |
| SHANE LAMOND | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **SHANE LAMOND**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
D.C. Code § 22-722 (Obstruction of Justice);
18 U.S.C. § 1001(a)(2) (False Statements)

Date: 5/19/2023

Zia M. Faruqui
2023.05.18 16:34:15
-04'00'

*Issuing officer's signature*

City and state: Washington, DC

Zia M. Faruqui, Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 5/19/2023, and the person was arrested on *(date)* 5/19/2023
at *(city and state)* Washington, DC.

Date: 5/19/2023

*Arresting officer's signature*

Elizabeth Hadley, Special Agent
*Printed name and title*