

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

---

*Patrick Henry Building*
*601D St., N.W.*
*Washington, D.C. 20539*

May 24, 2023

**VIA EMAIL**

Mark E. Schamel
Venable LLP
600 Massachusetts Ave. NW
Washington, D.C. 20001
MESchamel@Venable.com

        Re:  *United States v. Shane Lamond,* 23-cr-177 (ABJ)

Dear Mr. Schamel:

      Pursuant to the Protective Order (ECF No. 10) entered by the Court on May 24, 2023, the Government is providing you material related to the above-captioned matter.  The production is being provided via USAfx and will be available for 60 days, at which point it will expire.  Please download a copy for your files prior to the expiration.

      As outlined in the attached, detailed discovery log, the production contains grand jury exhibits and bear the Bates numbers USAO-DC-000001 to USAO-DC-013992.  Documents deemed "sensitive" pursuant to the Protective Order are identified in the attached log.  In addition, as referenced in my May 24, 2023 email, the Government requests that you provide a 256 GB hard drive to produce Grand Jury Exhibit 3, containing data extracted from Mr. Tarrio's phone.

      Through this production, the government has also provided, as a courtesy, material that is not discoverable under Rule 16; the Jencks Act; or *Brady*, *Giglio*, and their progeny.  The fact that certain non-discoverable materials are provided in no way obligates the government to provide all non-discoverable materials, and the fact that certain non-discoverable materials are provided should not be taken as a representation as to the existence or non-existence of any other non-discoverable materials.

      By this letter, the government also requests reciprocal discovery pursuant to Rule 16(b)(1) of the Federal Rules of Criminal Procedure.

If you have any questions, please feel free to contact us.

                        Sincerely,

                        MATTHEW M. GRAVES
                        United States Attorney
                        D.C. Bar No. 481052

By:    /s/ *Joshua S. Rothstein*
                        Joshua S. Rothstein
                        Rebecca Ross
                        Assistant United States Attorneys
                        United States Attorney's Office
                        601 D Street, N.W.
                        Washington, D.C. 20539
                        (202) 252-7164 (Rothstein)
                        Joshua.Rothstein@usdoj.gov

Attachments