| United States v. Shane Lamond, 23-cr-177 Discovery Log As of May 24, 2023 | | | |
|---|---|---|---|
| **Description** | **Bates Range** | **Date Produced** | **Designation** |
| Grand Jury Exhibit 1: MPD-GO 304-12 | USAO-DC 000001-000020 | 05/24/2023 | Sensitive |
| Grand Jury Exhibit 2: Forensic Report of Tarrio's Cell Phone | USAO-DC 000021-000023 | 05/24/2023 | Sensitive |
| Grand Jury Exhibit 3: Tarrio Phone Data SlipSheet | USAO-DC 000024 | 05/24/2023 | Sensitive |
| Grand Jury Exhibit 4: Lamond MPD Phone Apple iOS Full File system_2022-02-22_Report | USAO-DC 000025-005425 | 05/24/2023 | Sensitive |
| Grand Jury Exhibit 5: AT&T Records | USAO-DC 005426-013944 | 05/24/2023 | Sensitive |
| Grand Jury Exhibit 6: Lamond - Tarrio Timeline | USAO-DC 013945-013969 | 05/24/2023 | Sensitive |
| Grand Jury Exhibit 7: Lamond Interview SlipSheet | USAO-DC 013970 | 05/24/2023 | |
| Grand Jury Exhibit 8: Lamond Interview Transcript | USAO-DC 013971-013991 | 05/24/2023 | |
| Grand Jury Exhibit 9: Video January 5, 2021 SlipSheet | USAO-DC 013992 | 05/24/2023 | |