IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No.: 1:23-cr-00177-ABJ |
| SHANE LAMOND, | ) ) ) | |
| Defendant. | ) ) | |

### DEFENDANT SHANE LAMOND'S CONSENT MOTION
### TO CONTINUE STATUS HEARING

Pursuant to Local Rule LCrR 57.2(b), Defendant Shane Lamond ("Mr. Lamond"), with the consent of the United States of America, hereby respectfully requests a brief continuance of the status hearing set for June 5, 2023 at 11:00 am. This initial status was set unilaterally prior to Mr. Lamond's arraignment.

Prior to this case, Mr. Lamond scheduled a family vacation and will be out of the area on June 5, 2023. Pretrial Services is aware of the travel plans and approved the same. The United States, through AUSA Joshua Rothstein consents to the continuance of the status hearing, with an agreement to exclude the time, from June 5, 2023 at 11:00 am to June 16th.

Date:  May 30, 2023                          Respectfully submitted,

                                              /s/ Mark E. Schamel
                                             Mark E. Schamel (Bar No. 463965)
                                             Venable LLP
                                             600 Massachusetts Ave NW
                                             Washington, DC 20001
                                             Tel: (202) 344-4631
                                             Fax: (202) 344-8300
                                             Email: meschamel@venable.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of May 2023, I caused a copy of the foregoing to be sent via the Court's CM/ECF system to all counsel of record.

       /s/ Mark E. Schamel
      Mark E. Schamel