UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Case No. 23-cr-00177 (ABJ) |
| v. | : | |
| | : | |
| **SHANE LAMOND,** | : | |
| | : | |
| **Defendant.** | : | |

NOTICE OF FILING

The government requests that the attached discovery letter, dated July 13, 2023, be made part of the record in this case.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:   _/s/ Joshua S. Rothstein_
Joshua S. Rothstein (N.Y. Bar No. 4453759)
Rebecca G. Ross (N.Y. Bar No. 5590666)
Assistant United States Attorneys
United States Attorney's Office
601 D Street, N.W.
Washington, DC 20539
Telephone: 202-252-7164 (Rothstein)
Telephone: 202-252-6937 (Ross)
Email: Joshua.Rothstein@usdoj.gov
Email: Rebecca.Ross2@usdoj.gov