

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

---

*Patrick Henry Building*
*601 D St., N.W.*
*Washington, D.C.  20539*

July 13, 2023

Mark Schamel
Partner
Venable LLP
600 Massachusetts Avenue, NW
Washington, DC 20001

    Re:  <u>United States v. Lamond</u>. No. 23-cr-177 (ABJ)
         **Discovery Production No. 4**

Dear Counsel:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government has made available to you via USAfx its fourth production of material in the government's files related to the above captioned matter.  The production will be available on USAfx for 60 days, at which point it will expire.  Please download a copy for your files prior to the expiration. This production is covered by the Protective Order entered by the Court on May 24, 2023 (D.E. 10).

    The production contains materials covering the Bates range USAO-DC-00416266 to USAO-DC-00420220. This production includes the following:

| Folder | Bates Range |
|---|---|
| Database Search Reports-Sensitive | USAO-DC-00416617-00417100 |
| Miscellaneous | USAO-DC-00416266-00416616, USAO-DC-00417101-00420220 |

    Through this production, the government has also provided, as a courtesy, material that is not discoverable under Rule 16, the Jencks Act, or *Brady*, *Giglio*, and their progeny.  The fact that certain non-discoverable materials are provided in no way obligates the government to provide all non-discoverable materials, and the fact that certain non-discoverable materials are provided

should not be taken as a representation as to the existence or non-existence of any other non-discoverable materials.

We believe that we have now produced all relevant discovery in this matter. I will forward any additional discovery as it becomes available. If you have any questions, please feel free to contact me.

Sincerely,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:       /s/ *Joshua S. Rothstein*
JOSHUA S. ROTHSTEIN
REBECCA G. ROSS
Assistant United States Attorneys
United States Attorney's Office
601 D Street, N.W.
Washington, D.C.  20539
Telephone: 202-252-7164 (Rothstein)
Telephone: 202-252-6937 (Ross)
Email: Joshua.Rothstein@usdoj.gov
Email: Rebecca.Ross2@usdoj.gov