## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 23-cr-00177 (ABJ) |
| v. : | |
| : | |
| SHANE LAMOND : | |

### NOTICE OF FILING

The government requests that the attached discovery letter, dated November 21, 2023, be made part of the record in this case.

                                                    Respectfully submitted,

                                                    MATTHEW M. GRAVES
                                                    United States Attorney

By:   _/s/ Joshua S. Rothstein_
        Joshua S. Rothstein
        Assistant United States Attorney
        N.Y. Bar No. 4453759
        United States Attorney's Office
        601 D Street, N.W.
        Washington, DC 205390
        Phone: (202) 252-7164
        Joshua.Rothstein@usdoj.gov