UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHANE BRIAN LAMOND,<br><br>Defendant. | CRIMINAL NO. 23-cr-177-ABJ |

**GOVERNMENT NOTICE OF EXPERT WITNESS**

Although the Court's scheduling order (ECF No. 21) does not contain a deadline for noticing an expert witness, in accordance with Federal Rule of Criminal Procedure 16(a)(1)(G), the Government intends to notice Senior Digital Forensic Examiner Jennifer Kathryn Cain to testify about evidence seized from two digital devices: 1) Enrique Tarrio's cellular phone identified by telephone number (786) 961-6789 and IMEI number 353891104722470; and 2) the Defendant's cellular phone identified by telephone number (202) 437-0434 and IMEI number 356450107630375.  The Government has previously provided all evidence related to these devices to the Defendant through discovery.

The Government intends to seek to qualify Examiner Cain as an expert in the field of digital forensic analysis and to have Examiner Cain offer background testimony about how data is extracted, processed, and analyzed from digital devices, and then to offer testimony about conclusions she drew about a limited subset of the electronic evidence in this case, including if and when data was deleted from a device.  Although electronic evidence seized from digital devices is admissible through lay/fact witness testimony by FBI special agents or Examiner Cain who extracted, located, and/or reviewed this evidence, the Government intends, out of an abundance of caution, to provide expert notice.  *See United States v. Berry*, 318 Fed. Appx. 569,

1

570 (9th Cir. 2009) (agent's testimony was not expert testimony because the agent "simply testified to what he found on the [defendant's] hard drive…, without expressing an opinion that required specialized knowledge or offering insight beyond common understanding") (citing Fed. R. Evid. 702).

The Government, unless otherwise directed by the Court, will file a more specific notice regarding the limited subset of electronic evidence about which we expect Examiner Cain to testify on or before January 19, 2024, the deadline for the Joint Pretrial Statement.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar No. 481052

By:       */s/ Rebecca G. Ross*
        Rebecca G. Ross
        N.Y. Bar Number 5590666
        Joshua S. Rothstein
        N.Y. Bar Number 4453759
        Assistant United States Attorneys
        601 D Street, N.W.
        Washington, D.C. 2053
        202-252-7164 (JSR), 202-252-6937 (RR)
        Rebecca.Ross2@usdoj.gov
        Joshua.Rothstein@usdoj.gov

CERTIFICATE OF SERVICE

Rebecca G. Ross, attorney for the United States, hereby certifies that a true and correct copy of the motion has been electronically served on attorney for the defendant.

<u>/s/ Rebecca G. Ross</u><br>
Rebecca G. Ross