UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**SHANE BRIAN LAMOND,**<br><br>Defendant. | **CRIMINAL NO. 23-cr-177-ABJ** |

## NOTICE OF FILING

The United States of America, by and through the United States Attorney for the District of Columbia, hereby provides notice of its intent to introduce the expert testimony of Senior Digital Forensic Examiner Jennifer Cathryn Cain pursuant to Fed. R. Evid. 702, 703, and 705, and Fed. R. Crim. P. 16(a)(1)(G). As detailed more thoroughly in the Government's notice to the Defendant, provided via email on January 2, 2024, and attached as Exhibit 1, Examiner Cain will testify in part as a fact witness regarding records reviewed in the course of this investigation. In addition, Examiner Cain possesses special skills or knowledge that will assist the jury in understanding some of the evidence in the case. To the extent Examiner Cain's testimony could be considered expert testimony under Rule 702, the government is providing notice of her expert testimony.

//

//

//

//

//

//

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

*/s/ Rebecca G. Ross*
Rebecca G. Ross
N.Y. Bar Number 5590666
Joshua S. Rothstein
N.Y. Bar Number 4453759
Assistant United States Attorneys
601 D Street, N.W.
Washington, D.C. 2053
Office: 202-252-7164 (JSR), 202-252-6937 (RR)
Rebecca.Ross2@usdoj.gov
Joshua.Rothstein@usdoj.gov

## CERTIFICATE OF SERVICE

Rebecca G. Ross, attorney for the United States, hereby certifies that a true and correct copy of the motion has been electronically filed and accordingly served upon attorney for the defendant.

_/s/ Rebecca G. Ross_
Rebecca G. Ross
