IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **CRIMINAL NO. 23-cr-177-ABJ** |
| **SHANE BRIAN LAMOND,** | |
| **Defendant.** | |

**GOVERNMENT'S NOTICE OF INTENT TO OFFER EVIDENCE PURSUANT TO RULE 902(14) OF THE FEDERAL RULES OF EVIDENCE**

The United States of America formally notifies the defendants of its intention to offer evidence pursuant to Rule 902(14) of the Federal Rules of Evidence during its case-in-chief.

The Federal Rules of Evidence provide:

> The following items of evidence are self-authenticating; they require no extrinsic evidence of authenticity in order to be admitted:
>
> […]
>
> (14) Certified Data Copied from an Electronic Device, Storage Medium, or File.  Data copied from an electronic device, storage medium, or file, if authenticated by a process of digital identification, as shown by a certification of a qualified person that that complies with the certification requirements of Rule 902(11) or (12).  The proponent also must meet the notice requirements of Rule 902(11).

Fed. R. Evid. 902(14).

The following are the self-authenticating exhibits that the government intends to offer during its case-in-chief pursuant to Rule 902(14):

| Exhibits | Description |
|---|---|
| 1006, 1006A-1006D, 1007, 1007A-1007C | Emails from Dell Latitude 5424 Rugged laptop computer, service tag BJICYX2, Metropolitan Police Department number 095342, color black. |
| 1008, 1008A-1008C | Emails from Dell Precision 3430 desktop computer, model D11S, service tag 2PNK4Z2, Metropolitan Police Department number 093160, color black. |

The proposed exhibits have been provided to the defense and remain available for inspection and copying at the United States Attorney's Office upon request by defense counsel. The exhibits have an accompanying certification complying with the requirements of Fed. R. Evid. 902(14), which is attached hereto as Exhibit 1.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

*/s/ Rebecca G. Ross*
Rebecca G. Ross
N.Y. Bar Number 5590666
Joshua S. Rothstein
N.Y. Bar Number 4453759
Assistant United States Attorneys
601 D Street, N.W.
Washington, D.C. 2053
Office: 202-252-7164 (JSR), 202-252-6937 (RR)
Rebecca.Ross2@usdoj.gov
Joshua.Rothstein@usdoj.gov

# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHANE BRIAN LAMOND,<br><br>Defendant. | CRIMINAL NO. 23-cr-177-ABJ |

**CERTIFICATION OF DATA COPIED FROM AN ELECTRONIC DEVICE, STORAGE MEDIUM, OR FILE PURSUANT TO FRE 902(14)**

I, Gabriela Mancini, attest under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. 1746, that the information contained in this declaration is true and correct.

1. By reason of my position and specialized training, I am authorized and qualified to make this declaration as a "qualified person" under Rule 902(14) of the Federal Rules of Evidence. I am employed by the Federal Bureau of Investigation (FBI) in the position of Information Technology Specialist Digital/ Digital Forensics Examiner (ITS/DFE) at the Washington Field Office (WFO) Northern Virginia Resident Agency (NVRA) Computer Analysis Response Team (CART), in Manassas, Virginia. The ITS/DFE is responsible for the lawfully authorized imaging, extracting and copying of the contents, derived from electronic devices to include, but not limited to, computers, electronic storage media, cellular telephones, and other electronic devices. Before I assumed my role as an ITS/DFE, I received a Bachelor of Science degree in Digital Forensics. I have also completed training in multiple digital forensic disciplines, to include Windows forensics, Mac forensics, and Mobile forensics. I have successfully completed advanced digital analysis training, as well

4

as multiple different software-based certifications. I have conducted approximately 120 computer forensic examinations since 2018, and I have extracted over 400 digital devices since 2018.

2. The original data was an electronic device or storage medium identified and described in the follow chart:

| Unique ID | Evidence ID | Description |
| --- | --- | --- |
| 1B2 | 1B2 | One (1) Dell Latitude 5424 Rugged laptop computer, service tag BJICYX2, Metropolitan Police Department number 095342, color black. |
| 1B2_1 | 1B2 | One (1) Verizon 4G LTE Subscriber Identity Module (SIM) card with Integrated Circuit Card Identifier (ICCID) 89148000001795177855, color white and red, from 1B2. |
| 1B2_2 | 1B2 | One (1) 512 Gigabyte (GB) PCIe NVMe SK Hynix drive, serial number FJ01N727010801N3A, from 1B2. |
| 1B3 | 1B3 | One (1) Dell Precision 3430 desktop computer, model D11S, service tag 2PNK4Z2, Metropolitan Police Department number 093160, color black |
| 1B3_1 | 1B3 | One (1) 500 GB Seagate Barracuda hard drive, model ST500DM009, serial number Z994LHVJ, from 1B3. |

3. Exhibits 1006, 1006A-D, 1007, 1007A-1007C, 1008, 1008A-C were verified to be a true copy of the original data by a process of digital identification described below:

    a. I created forensic images of the above-listed digital media. This process entails copying all of the data on the original storage media device. The copies of the forensic images were saved to the following digital media:

        i. One (1) 3 TB Seagate Barracuda hard drive, model ST3000DM001, serial number Z1F0WW8AG.

    b. I then calculated hash values for both the original and copy using two commonly-used hash algorithms in digital forensics: Message Digest 5 (MD5) and the Secure Hash

      Algorith-1 (SHA-1). A hash value is a number that is often represented as a sequence of characters and is produced by an algorithm based upon the digital contents of a drive, medium, or file.

    c. I then compared the MD5 and SHA-1 hash values of the resulting copies to that of the originals. All post copy hash values were exact matches to their original counterparts, which thus reliably attests to the fact that the copy is an exact duplicate of the original.

4. For purposes of FRE 902(14), I certify that government exhibits 1006, 1006A-D, 1007, 1007A-1007C, are verified to be a true copy of the original data from the Dell Latitude 5424, identified as 1B2.

5. For purposes of FRE 902(14), I certify that government exhibits 1008, 1008A-1008C, are verified to be a true copy of the original data from the Dell Precision 3430, identified as 1B3.

6. I further state that this certification is intended to satisfy FRE 902(14).

_____  1/13/2024
GABRIELA MANCINI                              DATE

## **CERTIFICATE OF SERVICE**

      Rebecca G. Ross, attorney for the United States, hereby certifies that a true and correct copy of the motion has been electronically filed and accordingly served upon attorney for the defendant.

                                                 */s/ Rebecca G. Ross*
                                                 Rebecca G. Ross.