**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **CRIMINAL NO. 23-cr-177-ABJ** |
| **SHANE BRIAN LAMOND,** | |
| **Defendant.** | |

## GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE EVIDENCE PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

## INTRODUCTION

The Defendant faces a four-count indictment, which charges him with one count of obstruction of justice in violation of D.C. Code § 22-722, and three counts of making false statements in violation of 18 U.S.C. § 1001(a)(2). *See* ECF No. 1.

## ANALYSIS

The government anticipates moving the admission of business records, which have been provided to the defense in discovery. This pleading provides notice of the government's intent to use declarations pursuant to Federal Rule of Evidence 902(11). Those declarations are attached as Exhibit A.

### Self-Authenticating Documents Pursuant to Rule 902(11) are Admissible.

The Federal Rules of Evidence allow for business records to be admitted in evidence at trial without a custodian of records testifying about their authenticity. *See* Fed. R. Evid. 902(11). Rule 902(11) also directs the party intending to offer a record in evidence pursuant to the rule to provide notice and to make the documents and declarations available to the opposing party.

Federal Rule of Evidence 104(a) provides that preliminary questions concerning the admissibility of evidence shall be determined by the Court, and that in making such determinations

courts are "not bound by the rules of evidence" (except those with respect to privileges). The government seeks to admit the documents themselves and not the declarations.

Pursuant to Rule 902(11), the government hereby gives notice that its trial exhibits may include business records from the following entities:

- American Airlines
- AT&T
- Metropolitan Police Department
- T-Mobile
- Sprint[1]

**CONCLUSION**

The government hereby provides notice of its intent to introduce business records through Rule 902(11) declarations.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By: *__/s/ Rebecca G. Ross__*
Rebecca G. Ross
N.Y. Bar Number 5590666
Joshua S. Rothstein
N.Y. Bar Number 4453759
Assistant United States Attorneys
601 D Street, N.W.
Washington, D.C. 2053
202-252-7164 (JSR), 202-252-6937 (RR)
Rebecca.Ross2@usdoj.gov
Joshua.Rothstein@usdoj.gov

---

[1] The government reserves its right to amend this list if additional records are obtained before trial.

**CERTIFICATE OF SERVICE**

Rebecca G. Ross, attorney for the United States, hereby certifies that a true and correct copy of the motion has been electronically filed and accordingly served upon attorney for the defendant.

*/s/ Rebecca G. Ross*
Rebecca G. Ross