# Exhibit A



Law Enforcement Relations
4 Sylvan Way, Parsippany, N.J. 07054
Phone: (973) 292-8911 Fax: (973) 292-8697                                                          February 03, 2022

T-Mobile / MetroPCS Tracking ID: 3627715

I, Asha Roy, attest, under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. Section 1746, that the information contained in this declaration is true and correct. I am a United States citizen and am over eighteen years of age. I am employed by T-Mobile US, Inc. (hereinafter, "the Company") as a custodian of records and therefore am qualified as a result of my position to make this declaration. My official title is Custodian of Records.

I certify that all of the records described below and attached hereto are duplicates of the original and are true and complete copies of records maintained by the Company. Said records consist of several electronic files produced in T-Mobile US, Inc. Case No.3627715 in response to a lawful request issued to the company.

Description of records:

| MSISDN/Identifier | Start Date | End Date | Requested Item |
|---|---|---|---|
| 7869616789 | 05/01/2021 | 01/31/2022 | Call Details No Cells |
| 7869616789 | 05/01/2021 | 01/31/2022 | Subscriber Info |

I further state that:
  A) Such records were made at or near the time of the occurrence of the matters set forth by (or from
     information transmitted by) a person with knowledge of those matters;
  B) Such records were kept in the course of regularly conducted business activity;
  C) The business activity made such records as a regular practice; and
  D) If such record is not the original, such record is a duplicate of the original.

This certification is intended to satisfy Rules 803(6), 902(11), 902(13) and / or 902(14) of the Federal Rules of Evidence and / or any state equivalents.

I hereby certify that the foregoing statement made by me is true. I understand that if any of the statements made by me herein are willfully false, I am subject to punishment.

                                                                                        Sincerely

                                                                                        *[signature: Asha]*

                                                                                        Law Enforcement Relations Group

USAO-DC-00420701



Law Enforcement Relations
4 Sylvan Way, Parsippany, N.J. 07054
Phone: (973) 292-8911 Fax: (973) 292-8697                                                                                                February 03, 2022

T-Mobile / MetroPCS Tracking ID: 3627742

I, Asha Roy, attest, under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. Section 1746, that the information contained in this declaration is true and correct. I am a United States citizen and am over eighteen years of age. I am employed by T-Mobile US, Inc. (hereinafter, "the Company") as a custodian of records and therefore am qualified as a result of my position to make this declaration. My official title is Custodian of Records.

I certify that all of the records described below and attached hereto are duplicates of the original and are true and complete copies of records maintained by the Company. Said records consist of several electronic files produced in T-Mobile US, Inc. Case No.3627742 in response to a lawful request issued to the company.

Description of records:

| MSISDN/Identifier | Start Date | End Date | Requested Item |
|---|---|---|---|
| 7038639829 | 05/01/2021 | 01/30/2022 | Call Details No Cells |
| 7038639829 | 05/01/2021 | 01/30/2022 | Subscriber Info |

I further state that:
  A) Such records were made at or near the time of the occurrence of the matters set forth by (or from
     information transmitted by) a person with knowledge of those matters;
  B) Such records were kept in the course of regularly conducted business activity;
  C) The business activity made such records as a regular practice; and
  D) If such record is not the original, such record is a duplicate of the original.

This certification is intended to satisfy Rules 803(6), 902(11), 902(13) and / or 902(14) of the Federal Rules of Evidence and / or any state equivalents.

I hereby certify that the foregoing statement made by me is true. I understand that if any of the statements made by me herein are willfully false, I am subject to punishment.

Sincerely

Asha

Law Enforcement Relations Group



Law Enforcement Relations
4 Sylvan Way, Parsippany, N.J. 07054
Phone: (973) 292-8911 Fax: (973) 292-8697                                                                            February 03, 2022

T-Mobile / MetroPCS Tracking ID: 3628372

I, Brenda Wallace, attest, under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. Section 1746, that the information contained in this declaration is true and correct. I am a United States citizen and am over eighteen years of age. I am employed by T-Mobile US, Inc. (hereinafter, "the Company") as a custodian of records and therefore am qualified as a result of my position to make this declaration. My official title is Custodian of Records.

I certify that all of the records described below and attached hereto are duplicates of the original and are true and complete copies of records maintained by the Company. Said records consist of several electronic files produced in T-Mobile US, Inc. Case No.3628372 in response to a lawful request issued to the company.

Description of records:

| MSISDN/Identifier | Start Date | End Date | Requested Item |
|---|---|---|---|
| 7035680960 | 05/01/2021 | 01/30/2022 | Call Details No Cells |
| 7038639829 | 05/01/2021 | 01/30/2022 | Call Details No Cells |
| 7035680960 | 05/01/2021 | 01/30/2022 | Subscriber Info |
| 7038639829 | 05/01/2021 | 01/30/2022 | Subscriber Info |

I further state that:
- A) Such records were made at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;
- B) Such records were kept in the course of regularly conducted business activity;
- C) The business activity made such records as a regular practice; and
- D) If such record is not the original, such record is a duplicate of the original.

This certification is intended to satisfy Rules 803(6), 902(11), 902(13) and / or 902(14) of the Federal Rules of Evidence and / or any state equivalents.

I hereby certify that the foregoing statement made by me is true. I understand that if any of the statements made by me herein are willfully false, I am subject to punishment.

Sincerely

*Brenda Wallace*

Law Enforcement Relations Group

# DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, hereby declare:

My name is __Ashley Rosenthal__
*(name of declarant)*

I am a United States citizen and I am over eighteen years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration. I have knowledge of the record keeping system used by this business; this includes how records are created and maintained.

I am in receipt of a United States District Court Subpoena #GJ2022091994956 dated September 19, 2022, signed by Assistant United States Attorney __Amanda R. Vaughn__, requesting specified records of the business named below.

Attached hereto are __586__ pages of records regarding __Promotional Exam records related to Shane Lamond__
*(Brief description of type of documents being subpoenaed)*
responsive to the subpoena. I understand how these responsive documents were created. Pursuant to Rules 902(11) and 803(6) of the Federal Rules of Evidence, I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of regularly conducted business activity, in that the records were created and preserved pursuant to established procedures, and were relied upon by an employee or this business; and

(3) were made as part of the regularly conducted business activity as a regular practice, in that the records were created and preserved as part of routine reflections of the normal operations of this business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __March 6, 2023__
*(date)*

__Ashley Rosenthal__
*(signature of declarant)*

Inspector Ashley Rosenthal, Director of Testing and Assessment
*(name and title of declarant)*

Metropolitan Police Department
*(name of business)*

441 Fourth Street Northwest, Washington, D.C. 20001
*(business address)*

_____
*(business address)*

Definitions of terms used above:

As defined in Fed.R.Evid. 803(6), "record" includes a memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term "business" as used in Fed.R.Evid. 803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.



AT&T
11760 US HWY 1, SUITE 300
NORTH PALM BEACH FL 33408

(800) 635-6840
(888) 938-4715 (Fax)

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, **Preethi Boini**, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by **AT&T**, and my title is **Legal Compliance Analyst**. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of **AT&T**. I further state that:

a. All records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of **AT&T**, and they were made by **AT&T** as a regular practice; and

b. Such records were generated by **AT&T's** electronic process or system that produces an accurate result, to wit:

   1. The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of **AT&T** in a manner to ensure that they are true duplicates of the original records; and

   2. The process or system is regularly verified by **AT&T**, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

May 23, 2021                              *Preethi Boini*
_____               _____
Date                                      Signature

USAO-DC-00420748

**American Airlines**

Corporate Security
1 Skyview Dr.
Fort Worth, TX  76155

1/16/2024

# Certificate of Authenticity
## Subpoena No. 2021R01942

Ashley Rupley, being first duly sworn, deposes and says:

1. I am associated with American Airlines as a Fraud Analyst.  In this position I have the responsibility for the Company's compliance with the subpoena.

2. I personally have conducted compliance by the Company with the subpoena.  To the best of my knowledge, information and belief, based upon due diligence and reasonable inquire, the documents enclosed herewith constitute all the documents in the possession, custody or control of the Company that fall within the terms of the subpoena.

3. No documents responsive to the subpoena have been withheld by the Company pursuant to the claim of privilege or otherwise.

4. The documents made by the Company and produced in compliance with the subpoena are travel records that were made at or near the time, by or from information transmitted by, a person with the knowledge and that have been kept in the course of the Company's regularly conducted business activity.  Neither the source of the information, nor the method of circumstances or preparation, indicate a lack of trustworthiness for those memoranda, reports, records or data compilations.

5. I understand that the furnishing of these documents to counsel for the United States in response to the subpoena and the execution of this Affidavit, are at the sole discretion and election of myself and the Company, and are in lieu of personally producing the documents before the grand jury which right to appear is expressly waived.

6. I am authorized by the Company to execute this Affidavit, and I have reviewed all of its terms before signing and swearing to it.

FURTHER AFFIANT SAYETH NAUGHT

*Ashley Rupley*

AFFIANT – Ashley Rupley, Staff Assistant
American Airlines



USAO-DC-424153