June 26, 2020 – July 8, 2020

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <3057668213>**

Hey brother, can you give me a call when you get a chance. Nothing urgent but want to talk to you about your plans next weekend. Thanks

6/26/2020 11:34 AM
*[Google Voice Message]*

**From: Enrique Tarrio <3057668213>**
**To: Shane Lamond <2024370434>**

Outgoing Call to 2024370434 | Answered |

Duration: 781 seconds

6/26/2020 2:10 PM
*[Google Voice Call]*

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <3057668213>**

One thing I forgot to ask you. Any other big names planning on coming?

6/26/2020 2:28 PM
*[Google Voice Message]*

**From: Enrique Tarrio <3057668213>**
**To: Shane Lamond <2024370434>**

Not with us or that I know of.  And as far as other groups go...haven't heard anything.

6/26/2020 2:29 PM
*[Google Voice Message]*

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <3057668213>**

Awesome, thanks

6/26/2020 2:29 PM
*[Google Voice Message]*

**From: Enrique Tarrio <581632416>**
**To: Tara MAGA <794947976>**

While we're there we'll make posts...but I got off the phone with the FBI a bit ago...they're afraid we might get attacked

6/26/2020 3:46 PM
*[Telegram Private Chat]*



GOVERNMENT
EXHIBIT
4007

**From: Joe Oak PB <3134750356>**
**To: Enrique Tarrio <7869616789>**
**<4073090067>**
**<9105785450>**

Enrique have you talked any more to local PD?

7/1/2020 12:30 PM
*[SMS/MMS]*

USAO-DC-424260

June 26, 2020 – July 8, 2020

**From: Enrique Tarrio <7869616789>**
**To: <3134750356>**
**<4073090067>**
**<9105785450>**

metro and FBI...no new news

7/1/2020 12:31 PM
*[SMS/MMS]*

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <3057668213>**

Looks like word is getting out about you all coming to town. Got that from a contact at a security company here in DC



7/2/2020 10:08 AM
*[Google Voice Message]*

**From: Enrique Tarrio <3057668213>**
**To: Shane Lamond <2024370434>**

Well Oak shouldn't have put the bar thing on there. He has a small audience so hopefully it doesn't turn into a big thing.

7/2/2020 12:55 PM
*[Google Voice Message]*

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <3057668213>**

Copy that. Just wanted to send for your awareness.

7/2/2020 1:15 PM
*[Google Voice Message]*

**From: Enrique Tarrio <3057668213>**
**To: Shane Lamond <2024370434>**

Just landed.

7/2/2020 1:16 PM
*[Google Voice Message]*

USAO-DC-424261

June 26, 2020 – July 8, 2020

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <3057668213>**

Welcome back to the area!

7/2/2020 1:19 PM
*[Google Voice Message]*

**From: Enrique Tarrio <3057668213>**
**To: Shane Lamond <2024370434>**

Love this city. I need to get a condo here.

7/2/2020 1:23 PM
*[Google Voice Message]*

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <3057668213>**

Hey brother, any idea what time you all are meeting at Trump Hotel?

7/3/2020 1:29 PM
*[Google Voice Message]*

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <3057668213>**

Hey brother? You still planning on meeting up at Trump this evening?

7/3/2020 5:12 PM
*[Google Voice Message]*

**From: Enrique Tarrio <3057668213>**
**To: Shane Lamond <2024370434>**

Just saw these

7/3/2020 5:29 PM
*[Google Voice Message]*

**From: Enrique Tarrio <3057668213>**
**To: Shane Lamond <2024370434>**

Outgoing Call to 2024370434 | Answered |

Duration: 154 seconds

7/3/2020 5:29 PM
*[Google Voice Call]*

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Outgoing Call to 7869616789 | Answered |

Duration: 1:10

7/3/2020 9:34 PM
*[Phone Call]*

USAO-DC-424262

June 26, 2020 – July 8, 2020

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<Sent Coordinates> N 38.8961867, W 77.0273906

7/3/2020 9:36 PM
*[Telegram Private Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

Hey brother, you still planning on marching today around 11-12?

7/4/2020 10:45 AM
*[Telegram Private Chat]*

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Outgoing Call to 7869616789 | Answered |

Duration: 2:03

7/4/2020 11:04 AM
*[Phone Call]*

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

Incoming Call from 7869616789 | Answered |

Duration: 0:33

7/4/2020 11:38 AM
*[Phone Call]*

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Outgoing Call to 7869616789 | Answered |

Duration: 0:26

7/4/2020 11:57 AM
*[Phone Call]*

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Outgoing Call to 7869616789 | Answered |

Duration: 0:03

7/4/2020 12:18 PM
*[Phone Call]*

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Outgoing Call to 7869616789 | Answered |

Duration: 0:55

7/4/2020 2:48 PM
*[Phone Call]*

USAO-DC-424263

June 26, 2020 – July 8, 2020

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Outgoing Call to 7869616789 | Answered |

Duration: 0:17

7/4/2020 11:16 PM
[*Phone Call*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

Incoming Call from 7869616789 | Answered |

Duration: 3:20

7/4/2020 11:19 PM
[*Phone Call*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

Morning brother, an ABC violation report was filed for Harry's. I'm working on finding out what sanctions might be imposed. As soon as I find out I will let you know.

7/8/2020 9:13 AM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<Reply to: Morning brother, an ABC violation report was filed for Harry's. I'm working on finding out what sanctions might be imposed. As soon as I find out I will let you know.>

Ugh...thanks brother.

7/8/2020 10:49 AM
[*Telegram Private Chat*]

USAO-DC-424264

October 4, 2020 – October 19, 2020

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

<image/heic>



10/4/2020 8:47 PM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

I'm in town brother. Last minute trip

10/6/2020 2:11 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Copy. How long you in town for?

10/6/2020 2:34 PM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

Thursday am

10/6/2020 2:35 PM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

Staying in Harrington. Gonna be at Harry's tonight and I have some interviews tomorrow

10/6/2020 2:35 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

I gotcha. I've got plans tonight but if you are free tomorrow afternoon you interested in meeting up for drinks at Harry's?

10/6/2020 2:36 PM
[*iMessage*]

GOVERNMENT
EXHIBIT
4008

USAO-DC-424265

October 4, 2020 – October 19, 2020

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

Yes sir! I have to go to Maryland at 5.

10/6/2020 2:37 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Hey brother, I've got a meeting at 3. If it is over with in time I can meet you at Harry's for a drink. You still have to go to MD at 5?

10/7/2020 2:11 PM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

Incoming Call from 7869616789 | Answered |

Duration: 6:24

10/7/2020 9:10 PM
[*Phone Call*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

https://dcist.com/story/20/10/07/dc-investigating-harrys-bar-viral-police-pandemic-video/



D.C. Alcoholic Beverage Regulation Administration
Investigating Harry's After Viral Video Shows Packed Bar

10/7/2020 9:12 PM
[*iMessage*]

**From: Daren DeMarco <6465846314>**
**To: Shane Lamond <2024370434>**

Now the Boogalaa boi' are trying to rally other Groups with them to Protest at the Michigan State Capitol and Governor residence.


They are calling it a Unite Rally.


They are inviting the Proud Boys, Antifa and BLM.

10/8/2020 11:39 AM
[*WhatsApp Message*]

USAO-DC-424266

October 4, 2020 – October 19, 2020

**From: Shane Lamond <2024370434>**
**To: Daren DeMarco <6465846314>**

I heard they executed a SW and arrested one person in Delaware who was their explosives guy. Also executed two SW in Baltimore on two suspected associates but they weren't part of indictment. They were not arrested

10/8/2020 11:39 AM
[*WhatsApp Message*]

**From: Shane Lamond <2024370434>**
**To: Daren DeMarco <6465846314>**

Interesting. I will check with my PB source but there's no way they will link up with Antifa and BLM

10/8/2020 11:40 AM
[*WhatsApp Message*]

**From: Daren DeMarco <6465846314>**
**To: Shane Lamond <2024370434>**

I was thinking the Same

10/8/2020 11:41 AM
[*WhatsApp Message*]

**From: Shane Lamond <2024370434>**
**To: Jeffery Carroll <2024378198>**

https://www.detroitnews.com/story/news/local/michigan/2020/10/08/feds-thwart-militia-plot-kidnap-michigan-gov-gretchen-whitmer/5922301002/



10/8/2020 11:41 AM
[*iMessage*]

**From: Daren DeMarco <6465846314>**
**To: Shane Lamond <2024370434>**

Please advise on PB

10/8/2020 11:41 AM
[*WhatsApp Message*]

USAO-DC-424267

October 4, 2020 – October 19, 2020

**From: Shane Lamond <2024370434>**
**To: Carolyn Montagna <2024897859>**

This is interesting...

https://www.detroitnews.com/story/news/local/michigan/2020/10/08/feds-thwart-militia-plot-kidnap-michigan-gov-gretchen-whitmer/5922301002/



10/8/2020 11:41 AM
*[WhatsApp Message]*

**From: Shane Lamond <2024370434>**
**To: Daren DeMarco <6465846314>**

Will do

10/8/2020 11:41 AM
*[WhatsApp Message]*

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

https://www.detroitnews.com/story/news/local/michigan/2020/10/08/feds-thwart-militia-plot-kidnap-michigan-gov-gretchen-whitmer/5922301002/



10/8/2020 11:41 AM
*[iMessage]*

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

FROM A LE SOURCE: Now the Boogaloo Bois are trying to rally other Groups with them to Protest at the Michigan State Capitol and Governor residence.   They are calling it a Unite Rally.  They are inviting the Proud Boys, Antifa and BLM.

10/8/2020 11:42 AM
*[iMessage]*

USAO-DC-424268

October 4, 2020 – October 19, 2020

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Have you heard anything about this?

10/8/2020 11:43 AM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

Do you have a date? I'm on the phone with Michigan Prez...he says he knows nothing of this

10/8/2020 12:00 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

No date for it but the operation went down last night. I will see if I can get the proposed date now

10/8/2020 12:01 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Daren DeMarco <6465846314>**

Talking to my PB source now. Any idea on the proposed date for that Unite Rally?

10/8/2020 12:01 PM
[*WhatsApp Message*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

Incoming Call from 7869616789 | Answered |

Duration: 14:41

10/8/2020 12:02 PM
[*Phone Call*]

**From: Daren DeMarco <6465846314>**
**To: Shane Lamond <2024370434>**

Not yet.

This is all unfolding as we speak...

Will advise

10/8/2020 12:05 PM
[*WhatsApp Message*]

**From: Daren DeMarco <6465846314>**
**To: Shane Lamond <2024370434>**

October 17.

FBI started picking up Chatter last night on this Rally.

10/8/2020 12:09 PM
[*WhatsApp Message*]

USAO-DC-424269

October 4, 2020 – October 19, 2020

From: Shane Lamond <2024370434>
To: Enrique Tarrio <7869616789>

Just got the date: October 17th

10/8/2020 12:17 PM
[*iMessage*]

From: Enrique Tarrio <7869616789>
To: Shane Lamond <2024370434>

Confirmed they knew nothing of the event. And they don't plan on attending anything that has to do with Antifa or whatever this boogaloo thing is

10/8/2020 12:28 PM
[*iMessage*]

From: Shane Lamond <2024370434>
To: Enrique Tarrio <7869616789>

Copy, thanks brother

10/8/2020 12:31 PM
[*iMessage*]

From: Shane Lamond <2024370434>
To: Daren DeMarco <6465846314>

From my source:

Confirmed they (Michigan PB President) knew nothing of the event. And they don't plan on attending anything that has to do with Antifa or whatever this boogaloo thing is

10/8/2020 12:32 PM
[*WhatsApp Message*]

From: Daren DeMarco <6465846314>
To: Shane Lamond <2024370434>

Will send Over.

Thank you very much

10/8/2020 12:33 PM
[*WhatsApp Message*]

USAO-DC-424270

October 4, 2020 – October 19, 2020

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

One of my guys sent the flyer lol.



10/8/2020 8:54 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Haha! That's it!

10/8/2020 8:55 PM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

look at his comment to me in the bottom

10/8/2020 8:56 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

I saw. Hilarious!

10/8/2020 8:56 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

That flyer is one of the funniest things ever. But they are family 😂.

10/8/2020 8:57 PM
[*iMessage*]

USAO-DC-424271

October 4, 2020 – October 19, 2020

**From: Shane Lamond <2024370434>**
**To: Daren DeMarco <6465846314>**

Flyer for the rally you told me about <photo>



10/8/2020 8:59 PM
[*WhatsApp Message*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

They even included the NFAC...

10/8/2020 9:00 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Dave Engel <4438295741>**

Look what Boogaloo Bois are promoting after last nights raids <image/jpg>



10/8/2020 9:03 PM
[*SMS/MMS*]

**From: Dave Engel <4438295741>**
**To: Shane Lamond <2024370434>**

Interesting...i wonder if it is legit or a catfishing scheme to get people to show up.  I font see proud boys and ANTIFA hanging out as friends..

10/8/2020 9:07 PM
[*SMS/MMS*]

**From: Shane Lamond <2024370434>**
**To: Dave Engel <4438295741>**

Definitely not. Boogaloo Bois are inviting everyone they can. I got that from Proud Boys. Source said they'd never hang out in same circles as Antifa

10/8/2020 9:08 PM
[*SMS/MMS*]

USAO-DC-424272

October 4, 2020 – October 19, 2020

**From: Shane Lamond <2024370434>**
**To: Jeffery Carroll <2024378198>**

This is interesting. Boogaloo Bois promoting an event the day after FBI conducted that big raid on Wolverine Watchmen in Michigan <image/jpg>



10/8/2020 9:09 PM
*[iMessage]*

**From: Jeffery Carroll <2024378198>**
**To: Shane Lamond <2024370434>**

Strange

10/8/2020 9:10 PM
*[iMessage]*

**From: Daren DeMarco <6465846314>**
**To: Shane Lamond <2024370434>**

Thank you very much

10/8/2020 9:40 PM
*[WhatsApp Message]*

**From: Shane Lamond <2024370434>**
**To: Daren DeMarco <6465846314>**

You're welcome, brother

10/8/2020 9:40 PM
*[WhatsApp Message]*

**From: Daren DeMarco <6465846314>**
**To: Shane Lamond <2024370434>**

🙏🇺🇸.

10/8/2020 9:40 PM
*[WhatsApp Message]*

**From: Shane Lamond <2024370434>**
**To: Daren DeMarco <6465846314>**

Got that from my Proud Boys source. They are definitely NOT participating

10/8/2020 9:40 PM
*[WhatsApp Message]*

USAO-DC-424273

October 4, 2020 – October 19, 2020

**From: Daren DeMarco <6465846314>**
**To: Shane Lamond <2024370434>**

Thank you very much my Brother

10/8/2020 9:41 PM
[*WhatsApp Message*]

**From: Daren DeMarco <6465846314>**
**To: Shane Lamond <2024370434>**

Definitely a Great Source my Man

10/8/2020 9:43 PM
[*WhatsApp Message*]

**From: Shane Lamond <2024370434>**
**To: Daren DeMarco <6465846314>**

That's for sure. Between you and me because I trust you completely, it's Enrique Tarrio, the current leader of the PB

10/8/2020 9:45 PM
[*WhatsApp Message*]

**From: Daren DeMarco <6465846314>**
**To: Shane Lamond <2024370434>**

Good for you 🙏.

10/8/2020 9:46 PM
[*WhatsApp Message*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

In town. At the Supreme Court

10/13/2020 9:14 AM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Copy. How long you going to be in town?

10/13/2020 9:45 AM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

Tomorrow am

10/13/2020 9:49 AM
[*iMessage*]

USAO-DC-424274

October 4, 2020 – October 19, 2020

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

<image/heic>



10/19/2020 11:27 AM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

<image/png>



10/19/2020 11:28 AM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Lol! Nice response

10/19/2020 11:29 AM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

I was walking to get in a car with AC

10/19/2020 11:29 AM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

They're idiots

10/19/2020 11:30 AM
[*iMessage*]

USAO-DC-424275

October 29, 2020

**From: Carl Holmberg <2029071198>**
**To: Shane Lamond <2024370434>**

Are you guys getting any info on events for Saturday? Proud Boys in the area of Freedom Plaza and the Monument grounds?

10/29/2020 8:44 AM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Carl Holmberg <2029071198>**

No I haven't heard anything about that. Do you know where that info is coming from? I've got a good PB source I can check with

10/29/2020 9:14 AM
[*iMessage*]

**From: Carl Holmberg <2029071198>**
**To: Shane Lamond <2024370434>**

Comes from a source. Hopefully not the same one... Sent the info a week or so ago saying PB leader would be here with large numbers at Freedom in response to the assaults by skateboarders after the rally several weeks ago.

10/29/2020 9:17 AM
[*iMessage*]

**From: Carl Holmberg <2029071198>**
**To: Shane Lamond <2024370434>**

Source said they weren't advertising the event. No permit.

10/29/2020 9:17 AM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Hey brother, are you aware of any plans by your group to hold a rally at Freedom Plaza this Saturday?

10/29/2020 9:25 AM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Carl Holmberg <2029071198>**

I just asked my source. Will let you know once I get a response

10/29/2020 9:26 AM
[*iMessage*]

GOVERNMENT
EXHIBIT
4009

USAO-DC-424276

October 29, 2020

**From: Carl Holmberg <2029071198>**
**To: Shane Lamond <2024370434>**

Copy thanks.

10/29/2020 9:26 AM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Carl Holmberg <2029071198>**

No, thank you! Let's hope it isn't true...

10/29/2020 9:26 AM
[*iMessage*]

**From: Carl Holmberg <2029071198>**
**To: Shane Lamond <2024370434>**

Yeah. I could use the day off to rest up for next week.

10/29/2020 9:27 AM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

Let me ask. I haven't heard anything

10/29/2020 9:38 AM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

Negative

10/29/2020 9:40 AM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Thanks, I will forward the text I received

10/29/2020 9:40 AM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

Not holding or attending an event

10/29/2020 9:40 AM
[*iMessage*]

USAO-DC-424277

October 29, 2020

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Comes from a source.  Sent the info a week or so ago saying PB leader would be here with large numbers at Freedom in response to the assaults by skateboarders after the rally several weeks ago.

10/29/2020 9:41 AM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

Lol I was...I was on my own. But not to patrol a park haha

10/29/2020 9:42 AM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

I will be there Sunday thru Thursday

10/29/2020 9:42 AM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Lol! Sounds like someone is leaking your info, although sounds like they have the numbers way off!

10/29/2020 9:44 AM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

If they count my fingers and toes...there was 20 of us

10/29/2020 9:45 AM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

.

10/29/2020 9:45 AM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Carl Holmberg <2029071198>**

I'm hearing one PB will be in town but it will be Sunday thru Thursday. No large numbers and no rally at FP

10/29/2020 9:46 AM
[*iMessage*]

USAO-DC-424278

October 29, 2020

**From: Carl Holmberg <2029071198>**
**To: Shane Lamond <2024370434>**

Copy thanks. I'll pass to my command.

10/29/2020 9:48 AM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

I haven't been able to link up with you the last few times you were up here but let's catch up next week for beers before you go back

10/29/2020 10:03 AM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

I'm in

10/29/2020 10:04 AM
[*iMessage*]

USAO-DC-424279

November 2, 2020

From: Enrique Tarrio <7869616789>
To: Shane Lamond <2024370434>

Incoming Call from 7869616789 | Voicemail |

Duration: 0:02

11/2/2020 12:14 PM
*[Phone Call]*

From: Shane Lamond <2024370434>
To: Enrique Tarrio <7869616789>

Hey brother, tied up on a conference call right now but will call you back when I'm free. You in town now?

11/2/2020 12:22 PM
*[iMessage]*

From: Enrique Tarrio <7869616789>
To: Shane Lamond <2024370434>

Yes sir. We're doing a small pop up event in front of CNN.

11/2/2020 12:25 PM
*[iMessage]*

From: Shane Lamond <2024370434>
To: Enrique Tarrio <7869616789>

Copy. When is that taking place?

11/2/2020 12:25 PM
*[iMessage]*

From: Enrique Tarrio <7869616789>
To: Shane Lamond <2024370434>

2 pm.

11/2/2020 12:25 PM
*[iMessage]*

From: Shane Lamond <2024370434>
To: Enrique Tarrio <7869616789>

Copy, I appreciate the heads up. Any idea on size of your group?

11/2/2020 12:25 PM
*[iMessage]*

From: Enrique Tarrio <7869616789>
To: Shane Lamond <2024370434>

With Black Republican club. Only me and another guy will be the only PBs. Not in our gear

11/2/2020 12:26 PM
*[iMessage]*

GOVERNMENT
EXHIBIT
4010

1 of 2

USAO-DC-424280

November 2, 2020

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

Ehhhh I'd say no more than 20

11/2/2020 12:26 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Perfect. I'm going to let SOD know for their awareness so they don't freak out. We will have a unit or two there to monitor. And we def have to catch up for drinks before you leave

11/2/2020 12:27 PM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

10-4 I'll be at Harry's every night

11/2/2020 12:27 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Lol! That's what I figured

11/2/2020 12:32 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: <SMS Group Chat 531502700691785333>**
**Carolyn Montagna <2024897859>**
**Jeffery Carroll <2024378198>**
**et al.**

Just got a heads up that PB and Black Repub Club will have a demo outside CNN (820 First St NE) today at 1400 hours. Group less than 20 ppl.

11/2/2020 12:34 PM
[*SMS/MMS*]

USAO-DC-424281

November 3, 2020 – November 5, 2020

**From: Carolyn Montagna <2024897859>**
**To: Shane Lamond <2024370434>**

Hahah can check with your boy? I'm sure it's nit [sic] all the PBs

11/3/2020 2:49 PM
*[WhatsApp Message]*

**From: Carolyn Montagna <2024897859>**
**To: Shane Lamond <2024370434>**

Hahaha nevvvvvvermind. You're all over it

11/3/2020 2:49 PM
*[WhatsApp Message]*

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Outgoing Call to 7869616789 | Answered |

Duration: 1:37

11/3/2020 2:49 PM
*[Phone Call]*

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

You at Harry's now?

11/3/2020 6:35 PM
*[iMessage]*

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

Yep!

11/3/2020 6:35 PM
*[iMessage]*

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

I will head down for a bit and grab a drink

11/3/2020 6:35 PM
*[iMessage]*

**From: Shane Lamond <2024370434>**
**To: David Lamond <2025005636>**

Hey Dave, im meeting with a source right now but will call you back in a few minutes

11/3/2020 7:49 PM
*[iMessage]*

GOVERNMENT
EXHIBIT
4011

1 of 8

USAO-DC-424282

November 3, 2020 – November 5, 2020

From: Shane Lamond <2024370434>
To: Enrique Tarrio <7869616789>

I need more drinks for this...

11/3/2020 8:53 PM
[*iMessage*]

From: Enrique Tarrio <7869616789>
To: Shane Lamond <2024370434>

Lmao

11/3/2020 8:53 PM
[*iMessage*]

From: Shane Lamond <2024370434>
To: Enrique Tarrio <7869616789>

You all are starting to attract attention...

11/3/2020 10:17 PM
[*iMessage*]

From: Enrique Tarrio <7869616789>
To: Shane Lamond <2024370434>

How?

11/3/2020 10:23 PM
[*iMessage*]

From: Enrique Tarrio <7869616789>
To: Shane Lamond <2024370434>

They coming this way?

11/3/2020 10:24 PM
[*iMessage*]

From: Shane Lamond <2024370434>
To: Enrique Tarrio <7869616789>

People walking in the middle of road

11/3/2020 10:26 PM
[*iMessage*]

From: Enrique Tarrio <7869616789>
To: Shane Lamond <2024370434>

Just brought everyone in

11/3/2020 10:26 PM
[*iMessage*]

USAO-DC-424283

November 3, 2020 – November 5, 2020

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Just try and keep them out of road.

11/3/2020 10:26 PM
*[iMessage]*

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Perfect

11/3/2020 10:26 PM
*[iMessage]*

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

How's work?

11/4/2020 12:32 AM
*[iMessage]*

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Nor bad. Have a group marching around but that's the only thing we are seein

11/4/2020 12:40 AM
*[iMessage]*

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

I'm hearing rumors that a couple of your people were stabbed. Have you heard anything about that?

11/4/2020 3:16 AM
*[iMessage]*

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

Yes I'm here now

11/4/2020 3:16 AM
*[iMessage]*

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

Bevelyn and two of my guys.

11/4/2020 3:17 AM
*[iMessage]*

USAO-DC-424284

November 3, 2020 – November 5, 2020

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Ugh. I'm heading down now

11/4/2020 3:17 AM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Hey brother, how you and your team doing today?
Everyone OK?

11/4/2020 10:47 AM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

Bev is the only one left in the hospital I think

11/4/2020 11:04 AM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

I gotcha. That's good to hear. I'm not going to be as busy today so please give me a heads up if you all go anywhere so I can be around in case you need anything

11/4/2020 11:39 AM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

We're staying put.

11/4/2020 11:41 AM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Good deal.

11/4/2020 11:42 AM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

Any word on catching these people?

11/4/2020 12:58 PM
[*iMessage*]

USAO-DC-424285

November 3, 2020 – November 5, 2020

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

I haven't heard anything yet. I know detectives are working on a BOLO for the suspects and are pulling the security camera videos from the block. I will keep you updated on the investigation.

11/4/2020 1:39 PM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

You think they'll find em?

11/4/2020 2:58 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

I don't know. Depends on how good the video is and whether we can identify the suspects. Hopefully we can. It was brought up during a press conference with our police chief and mayor today so we will be putting a lot of effort into identifying and arresting the suspects.

11/4/2020 3:06 PM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

<image/jpeg>



11/4/2020 3:16 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Wonderful. Is anyone staying at Phoenix?

11/4/2020 3:21 PM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

Lol me and Jen

11/4/2020 3:32 PM
[*iMessage*]

USAO-DC-424286

November 3, 2020 – November 5, 2020

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

I gotcha. I thought you were staying at Harrington.

11/4/2020 3:48 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

I'm going to give my team a heads up for their awareness. Let me know if you have any issues at all. I will be staying in town through at least Friday so I'm close by

11/4/2020 3:49 PM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

I'm leaving in the am. Not leaving the hotel till then

11/4/2020 3:51 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Copy. Let me know if you need anything

11/4/2020 3:53 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Hey brother, you don't have a group walking around 14th Street near the Willard, do you? US Park Police thought they spotted your group walking a little while ago?

11/4/2020 6:47 PM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

Negative

11/4/2020 6:50 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Copy, didn't think so but just wanted to make sure. Thanks

11/4/2020 6:50 PM
[*iMessage*]

USAO-DC-424287

November 3, 2020 – November 5, 2020

**From: Daren DeMarco <6465846314>**
**To: Shane Lamond <2024370434>**

Can you answer this:

"I'm starting to see Post about Proud Boys coming to Michigan for Friday.  Enrique Tarrio posted a Video he's heading this way. Hate to bug you again can you ping your guy."

11/5/2020 8:02 PM
*[WhatsApp Message]*

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Hey brother, I'm hearing chatter that you are heading to Michigan. Any truth to that?

11/5/2020 8:13 PM
*[iMessage]*

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

I was. But I'm canceling that trip.

11/5/2020 8:16 PM
*[iMessage]*

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

I gotcha. Everybody doing ok from the incident here in DC?

11/5/2020 8:17 PM
*[iMessage]*

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

Bev is still in the hospital. Any leads

11/5/2020 8:17 PM
*[iMessage]*

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

I checked with our detectives. They have some additional video but haven't identified suspects yet. They are working on it though

11/5/2020 8:18 PM
*[iMessage]*

USAO-DC-424288

November 3, 2020 – November 5, 2020

From: Shane Lamond <2024370434>
To: Enrique Tarrio <7869616789>

You want me to check in on her tomorrow?

11/5/2020 8:18 PM
[*iMessage*]

From: Enrique Tarrio <7869616789>
To: Shane Lamond <2024370434>

Please. It's hard to get info

11/5/2020 8:19 PM
[*iMessage*]

From: Shane Lamond <2024370434>
To: Enrique Tarrio <7869616789>

You got it. I will swing by there tomorrow. GW Hospital, right?

11/5/2020 8:20 PM
[*iMessage*]

From: Enrique Tarrio <7869616789>
To: Shane Lamond <2024370434>

Yep!

11/5/2020 8:28 PM
[*iMessage*]

From: Shane Lamond <2024370434>
To: Enrique Tarrio <7869616789>

Got it. I will check in with her tomorrow and let you know

11/5/2020 8:29 PM
[*iMessage*]

USAO-DC-424289

**From: Kevin Riley <7032549971>**
**To: Intel <9177090904-1569009875@g.us>**

Anyone have a Parler account?

11/7/2020 1:04 PM
*[WhatsApp Group Message]*

**From: Kevin Riley <7032549971>**
**To: Intel <9177090904-1569009875@g.us>**

Hearing PB using it to mobilize

11/7/2020 1:05 PM
*[WhatsApp Group Message]*

**From: Shane Lamond <2024370434>**
**To: Intel <9177090904-1569009875@g.us>**

I think I do

11/7/2020 1:05 PM
*[WhatsApp Group Message]*

**From: Shane Lamond <2024370434>**
**To: Intel <9177090904-1569009875@g.us>**

Or I can go straight to the source lol

11/7/2020 1:06 PM
*[WhatsApp Group Message]*

**From: Ben Tyler <7034315078>**
**To: Intel <9177090904-1569009875@g.us>**

I'd call him

11/7/2020 1:06 PM
*[WhatsApp Group Message]*

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Hey brother, sad, sad news today. You all planning anything?

11/7/2020 1:07 PM
*[iMessage]*

**From: Kevin Riley <7032549971>**
**To: Intel <9177090904-1569009875@g.us>**

Lol that could be more efficient

11/7/2020 1:07 PM
*[WhatsApp Group Message]*

GOVERNMENT
EXHIBIT
4012

USAO-DC-424290

November 7, 2020

**From: Shane Lamond <2024370434>**
**To: Intel <9177090904-1569009875@g.us>**

Just text him

11/7/2020 1:07 PM
[*WhatsApp Group Message*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

Yep <video/quicktime>



11/7/2020 1:08 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Nice! Wish I was there instead of here. Let me know if you do anything here?

11/7/2020 1:09 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Where is that?

11/7/2020 1:09 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Thanks brother

11/7/2020 1:11 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Intel <9177090904-1569009875@g.us>**

Some of them are in Michigan and Phoenix. Nothing in this area

11/7/2020 1:12 PM
[*WhatsApp Group Message*]

**From: Ben Tyler <7034315078>**
**To: Intel <9177090904-1569009875@g.us>**

Do they have any plans to come to the area?

11/7/2020 1:12 PM
[*WhatsApp Group Message*]

USAO-DC-424291

November 7, 2020

From: Shane Lamond <2024370434>
To: Intel <9177090904-1569009875@g.us>

Nope

11/7/2020 1:12 PM
*[WhatsApp Group Message]*

From: Ben Tyler <7034315078>
To: Intel <9177090904-1569009875@g.us>

👍.

11/7/2020 1:13 PM
*[WhatsApp Group Message]*

From: Shane Lamond <2024370434>
To: Intel <9177090904-1569009875@g.us>

Not as of yet anyway

11/7/2020 1:13 PM
*[WhatsApp Group Message]*

From: Kevin Riley <7032549971>
To: Intel <9177090904-1569009875@g.us>

Excellent thanks

11/7/2020 1:13 PM
*[WhatsApp Group Message]*

From: Shane Lamond <869476955>
To: Enrique Tarrio <581632416>

Need to switch to encrypted. Alerts are being sent out to LE that Parler accounts belonging to your people are talking about mobilizing and "taking back the country". Getting people spun up. Just giving you a heads up

11/7/2020 2:10 PM
*[Telegram Private Chat]*

From: Enrique Tarrio <581632416>
To: Shane Lamond <869476955>

<Reply to: Need to switch to encrypted. Alerts are being sent out to LE that Parler accounts belonging to your people are talking about mobilizing and "taking back the country". Getting people spun up. Just giving you a heads up>

<audio/ogg>

*[Audio File Unrecovered]*

11/7/2020 2:12 PM
*[Telegram Private Chat]*

USAO-DC-424292

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

These are some of the posts. Looks like the first one is
a fake account claiming to be you <photo>

*[Image Unrecovered]*

11/7/2020 2:13 PM
*[Telegram Private Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<audio/ogg>

*[Audio File Unrecovered]*

11/7/2020 2:14 PM
*[Telegram Private Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<photo>

*[Image Unrecovered]*

11/7/2020 2:15 PM
*[Telegram Private Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

Got your voice messages. Just giving you a heads up.
Please keep this between you and me.

11/7/2020 2:16 PM
*[Telegram Private Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<Reply to: Got your voice messages. Just giving you a
heads up. Please keep this between you and me.>

Always

11/7/2020 2:16 PM
*[Telegram Private Chat]*

USAO-DC-424293

November 8, 2020

From: Shane Lamond <2024370434>
To: Enrique Tarrio <7869616789>

Morning brother. I'm sure you are tracking this. You attending?

11/8/2020 7:59 AM
[*iMessage*]

From: Shane Lamond <2024370434>
To: Enrique Tarrio <7869616789>

<image/heic>

WASHINGTON D.C. SATURDAY
NOVEMBER 14 #MillionMAGAMarch

LETS FUCKING GO! - KEEP THE
PRESSURE ON THE GOP

JOE BIDEN DID NOT WIN - THE
ELECTION IS NOT OVER!

MILLION MAGA MARCH

11/8/2020 7:59 AM
[*iMessage*]

From: Enrique Tarrio <7869616789>
To: Shane Lamond <2024370434>

Incoming Call from 7869616789 | Voicemail |

Duration: 0:02

11/8/2020 9:40 AM
[*Phone Call*]

From: Enrique Tarrio <7869616789>
To: Shane Lamond <2024370434>

I was invited. I don't know if I can make it. I have a family thing that day.

11/8/2020 9:45 AM
[*iMessage*]

From: Shane Lamond <2024370434>
To: Enrique Tarrio <7869616789>

I gotcha. Hopefully there will be a big turnout

11/8/2020 9:48 AM
[*iMessage*]

From: Enrique Tarrio <7869616789>
To: Shane Lamond <2024370434>

I don't know why the labeled it "million"

11/8/2020 9:53 AM
[*iMessage*]

GOVERNMENT
EXHIBIT
4013

USAO-DC-424294

November 8, 2020

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

They

11/8/2020 9:53 AM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Yeah, I think they are being a bit optimistic 😂.

11/8/2020 9:55 AM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Would you give me a heads up if anyone else from your group decide to attend?

11/8/2020 9:56 AM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

I'm pretty sure my guys will be in attendance

11/8/2020 9:57 AM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Copy. You are welcome to pass my information to one of them if they need anything while they are up here

11/8/2020 10:06 AM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

I will bruv.

11/8/2020 10:06 AM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Thank you

11/8/2020 10:37 AM
[*iMessage*]

USAO-DC-424295

November 8, 2020

**From: Shane Lamond <2024370434>**
**To: <iMessage Group Chat 6376016548877529>**
**Carolyn Montagna <2024897859>**
**Jeffery Carroll <2024378198>**
**et al.**

Just got a heads up that ET will not be here next weekend for the Million MAGA March but some of the PBs will very likely come

11/8/2020 10:39 AM
*[iMessage]*

**From: Kevin Riley <7032549971>**
**To: Intel <9177090904-1569009875@g.us>**

Any arrests in dc last night?

11/8/2020 10:42 AM
*[WhatsApp Group Message]*

**From: Shane Lamond <2024370434>**
**To: Intel <9177090904-1569009875@g.us>**

No, everything was peaceful (surprisingly)

11/8/2020 10:44 AM
*[WhatsApp Group Message]*

**From: Kevin Riley <7032549971>**
**To: Intel <9177090904-1569009875@g.us>**

Wow that is - awesome

11/8/2020 10:45 AM
*[WhatsApp Group Message]*

**From: Justin Scanlon <9177090904>**
**To: Intel <9177090904-1569009875@g.us>**

Everyone is in 'healing' mode

11/8/2020 10:45 AM
*[WhatsApp Group Message]*

**From: Shane Lamond <2024370434>**
**To: Intel <9177090904-1569009875@g.us>**

Lol! Until next Saturday. ET is not coming but he said it is very likely other PBs will be there

11/8/2020 10:47 AM
*[WhatsApp Group Message]*

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

I might be going.

11/8/2020 4:54 PM
*[iMessage]*

USAO-DC-424296

November 8, 2020

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

I'll know for sure in the am

11/8/2020 4:56 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Copy. Let me know. Do you feel like the event is getting some traction?

11/8/2020 4:57 PM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

I feel like it's getting a lot of traction.

11/8/2020 4:57 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

I'm trying to gauge it. I see a lot of social media chatter but hard to guess how many will show up. Let me know if you need anything as always. Haven't seen anything from Antifa yet but once they get word I'm sure they will call for backup

11/8/2020 4:58 PM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

I'll gauge it myself and let you know. I'll know more about me going by tomorrow afternoon

11/8/2020 4:59 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Sounds good. Thanks, brother

11/8/2020 5:00 PM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: <3059059043>**

I'm planning a big event in dc this weekend

11/8/2020 9:21 PM
[*iMessage*]

USAO-DC-424297

November 8, 2020

**From: Enrique Tarrio <7869616789>**
**To: <3059059043>**



11/8/2020 9:23 PM
*[iMessage]*

**From: Shane Lamond <2024370434>**
**To: Dave Engel <4438295741>**

Saturday MAGA event gaining traction. ET may attend after all. ANTIFA also knows about it and is planning on crashing it

11/8/2020 11:09 PM
*[SMS/MMS]*

USAO-DC-424298

November 9, 2020 – November 10, 2020

**From: Enrique Tarrio <581632416>**
**To: D.C's Finest Law Enforcement Agency <9844856915>**

Normies will already be at Freedom Plaza

11/9/2020 2:30 AM
*[Telegram Group Chat]*

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Hey brother, do you know roughly how many of you will be here Saturday?

11/9/2020 12:53 PM
*[iMessage]*

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

150-200

11/9/2020 2:12 PM
*[iMessage]*

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

Incoming Call from 7869616789 | Answered |

Duration: 7:34

11/9/2020 2:12 PM
*[Phone Call]*

**From: Shane Lamond <2024370434>**
**To: Ben Tyler <7034315078>**

Didn't want to put this in email but just spoke with ET. He is coming this weekend and he expects approx 150-200 PBs for Saturday's event

11/9/2020 2:26 PM
*[WhatsApp Message]*

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

Incoming Call from 7869616789 | Voicemail |

Duration: 0:02

11/9/2020 4:34 PM
*[Phone Call]*

GOVERNMENT
EXHIBIT
4014

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Outgoing Call to 7869616789 | Answered |

Duration: 2:14

11/9/2020 4:36 PM
*[Phone Call]*

USAO-DC-424299

November 9, 2020 – November 10, 2020

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Organizers of march are consolidating. Both groups are meeting at Washington Monument and then marching to SCOTUS. Also have women's march from Freedom Plaza to SCOTUS

11/9/2020 5:19 PM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

Lol same time?

11/9/2020 5:25 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Yea. They are saying they will begin gathering at 7 am, march starts at noon

11/9/2020 5:28 PM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

🙂.

11/9/2020 5:31 PM
[*iMessage*]

**From: Shane Lamond <869476955>**
**To: PROUD GOYS (Public) <9928549958>**

Shane FBI Police joined chat

11/9/2020 9:44 PM
[*Telegram Group Chat*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

I'm sure you already have this but just in case you don't… <image/heic>



11/10/2020 11:11 AM
[*iMessage*]

USAO-DC-424300

November 9, 2020 – November 10, 2020

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

Yeah I got that. Retards are using him to drum up outrage

11/10/2020 11:13 AM
*[iMessage]*

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Yup

11/10/2020 11:14 AM
*[iMessage]*

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

You think we'll have good separation?

11/10/2020 11:15 AM
*[iMessage]*

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Yes, that's why I keep hitting you up for your plans. I don't want you to think I/we are keeping tabs on you guys, but the more details we have about your plans the better we can plan to keep separation between the groups

11/10/2020 11:25 AM
*[iMessage]*

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

Incoming Call from 7869616789 | Answered |

Duration: 10:56

11/10/2020 11:26 AM
*[Phone Call]*

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Forgot to ask you. You still thinking 150-200?

11/10/2020 11:38 AM
*[iMessage]*

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

I think so

11/10/2020 11:40 AM
*[iMessage]*

USAO-DC-424301

November 9, 2020 – November 10, 2020

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<photo>

*[Image Unrecovered]*

11/10/2020 1:01 PM
*[Telegram Private Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

You have any idea who this guy is? He is making it sound like he was there for the incident at 14th and NY but I can't tell bc he's talking in circles.

11/10/2020 1:01 PM
*[Telegram Private Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

Standby...I know who will be able to tell you

11/10/2020 1:09 PM
*[Telegram Private Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

Hmmmph...he doesn't know

11/10/2020 1:11 PM
*[Telegram Private Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

I gotcha. He is all over Parler trashing you all

11/10/2020 1:12 PM
*[Telegram Private Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

When he says "we got jumped" I don't know if he's referring to all of us or him. But this wasn't a person that was there when we got stabbed

11/10/2020 1:14 PM
*[Telegram Private Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

But my Mass guy says he has no idea who that is

11/10/2020 1:14 PM
*[Telegram Private Chat]*

USAO-DC-424302

November 9, 2020 – November 10, 2020

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

Incoming Call from 7869616789 | Voicemail |

Duration: 0:02

11/10/2020 3:29 PM
[*Phone Call*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

In a meeting but I will call you in a few

11/10/2020 4:03 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Outgoing Call to 7869616789 | Voicemail |

Duration: 0:11

11/10/2020 4:27 PM
[*Phone Call*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Tried calling you back. Give me a call when free

11/10/2020 4:28 PM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

Incoming Call from 7869616789 | Answered |

Duration: 3:24

11/10/2020 4:28 PM
[*Phone Call*]

USAO-DC-424303

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Hey brother, as we suspected the organizer for the MAGA March changed his info to reflect the other event. Now everyone meeting up at Freedom Plaza at noon

11/13/2020 8:36 AM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

Woof

11/13/2020 8:37 AM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

Perfect

11/13/2020 8:37 AM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Yep, that's going to be a shit ton of people but it will work. Was down in Richmond last night for the car caravan. Decent turnout

11/13/2020 8:39 AM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

You staying at Phoenix again?

11/13/2020 8:39 AM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

Yep. I'm about to take off

11/13/2020 8:40 AM
[*iMessage*]

GOVERNMENT
EXHIBIT
4015

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Copy. I'm staying in DC tonight. Let me know if you go out and I may stop by

11/13/2020 8:42 AM
[*iMessage*]

USAO-DC-424304

November 13, 2020

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

In town

11/13/2020 1:25 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Copy. I'm up near BLM Plaza babysitting the InfoWars truck...

11/13/2020 1:28 PM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

Lmao...well at least he's entertaining

11/13/2020 1:34 PM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

At harrys

11/13/2020 3:02 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Copy

11/13/2020 3:02 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

About to check out BLM Plaza. Heard there was a skirmish up there

11/13/2020 3:02 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Will let you know when I'm heading down

11/13/2020 3:03 PM
[*iMessage*]

USAO-DC-424305

November 13, 2020

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

You still at Harry's?

11/13/2020 8:33 PM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

Yes. Doing a show and I'll be back down

11/13/2020 8:34 PM
[*iMessage*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

Just giving you a heads up there's a lot of attention at Harry's right now. If it doesn't calm down they are going to shut Harry's dow

11/13/2020 8:37 PM
[*Telegram Private Chat*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Check telegram

11/13/2020 8:39 PM
[*iMessage*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<audio/ogg>

*[Audio File Unrecovered]*

11/13/2020 8:41 PM
[*Telegram Private Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

Sounds good. Just wanted to let you know. I heard ABRA already on scene

11/13/2020 8:42 PM
[*Telegram Private Chat*]

USAO-DC-424306

November 14, 2020 – November 16, 2020

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

Incoming Call from 7869616789 | Answered |

Duration: 1:54

11/14/2020 6:01 PM
[*Phone Call*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Outgoing Call to 7869616789 | Answered |

Duration: 0:45

11/14/2020 6:35 PM
[*Phone Call*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Outgoing Call to 7869616789 | Not Answered |

Duration: 0:00

11/14/2020 6:37 PM
[*Phone Call*]

**From: Enrique Tarrio <581632416>**
**To: D.C's Finest Law Enforcement Agency <9844856915>**

Freedom plaza 10pm...bring your gear

11/14/2020 6:40 PM
[*Telegram Group Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

Antifa and your guys at 10th and E. We have both groups separated

11/14/2020 6:45 PM
[*Telegram Private Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

We cut your guy loose. Victim could not be located

11/14/2020 9:23 PM
[*Telegram Private Chat*]

**From: Jeffery Carroll <jeffery.carroll@dc.gov>**
**To: Shane Lamond <2024370434>**

Any idea when the proud boys are leaving the city from social media?

11/14/2020 9:51 PM
[*iMessage*]

GOVERNMENT
EXHIBIT
4016

1 of 4

USAO-DC-424307

November 14, 2020 – November 16, 2020

**From: Shane Lamond <2024370434>**
**To: Jeffery Carroll <jeffery.carroll@dc.gov>**

I will check again with my source but on Friday he said most on Sunday, a few leaving Monday. Not sure if they are participating in Straka demo tomorrow but I will find out

11/14/2020 9:52 PM
[*iMessage*]

**From: Jeffery Carroll <jeffery.carroll@dc.gov>**
**To: Shane Lamond <2024370434>**

Thx

11/14/2020 9:52 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

You guys attending the Brandon Straka event tomorrow morning?

11/14/2020 10:22 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Jeffery Carroll <jeffery.carroll@dc.gov>**

Just talked to him. They are all leaving tomorrow and NOT attending the Straka event

11/14/2020 10:27 PM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

These boogaloo guys are pretty retarded

11/16/2020 3:18 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

So are the Antifa and BLM asshats

11/16/2020 6:48 PM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

You ain't wrong.

11/16/2020 6:48 PM
[*iMessage*]

USAO-DC-424308

November 14, 2020 – November 16, 2020

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

I've been fielding threatening phone calls and social media posts from both sides all day

11/16/2020 6:49 PM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

Lol I imagine there's a lot more now.

11/16/2020 6:49 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Definitely. My personal favorites  are the ones that call you White Supremacists and say we protected you while you attacked peaceful protesters

11/16/2020 6:51 PM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

The article from Carless that said after we got stabbed you guys gave us "preferential" treatment… I was like yeah…we were the victims!

11/16/2020 6:53 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Exactly…

11/16/2020 7:03 PM
[*iMessage*]

**From: Ben Tyler <7034315078>**
**To: Shane Lamond <2024370434>**

Okay … also, Mike dunn and Enrique have a battle going on Parler

11/16/2020 7:51 PM
[*WhatsApp Message*]

**From: Shane Lamond <2024370434>**
**To: Ben Tyler <7034315078>**

Hahaha! Enrique text me about boogs being retards a little earlier. He must've been referring to him

11/16/2020 7:52 PM
[*WhatsApp Message*]

USAO-DC-424309

November 14, 2020 – November 16, 2020

**From: Enrique Tarrio <7869616789>**
**To: Sheriff Clarke MAGA <2029698555>**

Sometimes I wish we can be everywhere...  DC metro wanted to act but weren't allowed to.

11/16/2020 9:40 PM
*[SMS/MMS]*

USAO-DC-424310

December 7, 2020 – December 12, 2020, 5:39 PM

**From: Ben Tyler <7034315078>**
**To: Shane Lamond <2024370434>**

What #'s do y'all anticipate for Saturday?

12/7/2020 2:00 PM
[*WhatsApp Message*]

**From: Shane Lamond <2024370434>**
**To: Ben Tyler <7034315078>**

We are estimating between 5-10k. Not as big as last time but still big

12/7/2020 2:01 PM
[*WhatsApp Message*]

**From: Ben Tyler <7034315078>**
**To: Shane Lamond <2024370434>**

Have you heard from ET?

12/7/2020 2:02 PM
[*WhatsApp Message*]

**From: Shane Lamond <2024370434>**
**To: Ben Tyler <7034315078>**

Not in a few days

12/7/2020 2:02 PM
[*WhatsApp Message*]

**From: Shane Lamond <2024370434>**
**To: Ben Tyler <7034315078>**

Texted last week. He said there should be more of them this time

12/7/2020 2:03 PM
[*WhatsApp Message*]

**From: Ben Tyler <7034315078>**
**To: Shane Lamond <2024370434>**

Oh boy!!!

12/7/2020 2:20 PM
[*WhatsApp Message*]

GOVERNMENT
EXHIBIT
4017

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

You have any info on the event planned Saturday night after the March?

12/7/2020 2:29 PM
[*iMessage*]

USAO-DC-424311

December 7, 2020 – December 12, 2020, 5:39 PM

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

March at 6pm I don't know the location yet

12/7/2020 2:29 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

I gotcha. Going to be like November 14th?

12/7/2020 2:30 PM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

Somewhat.

12/7/2020 2:31 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Thanks

12/7/2020 2:31 PM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

Harry's is getting bombarded with harassing calls.

12/7/2020 2:34 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Yep I was about to send it to you. Shut Down DC is telling people to call Harry's and demand they close for Dec. 12

12/7/2020 2:35 PM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

Then we turn into the bad guys somehow.

12/7/2020 2:35 PM
[*iMessage*]

USAO-DC-424312

December 7, 2020 – December 12, 2020, 5:39 PM

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

This is all not cool.

12/7/2020 2:35 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Unfortunately nothing can be done about the calls. Not breaking the law

12/7/2020 2:36 PM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

Yeah I know

12/7/2020 2:36 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**



12/7/2020 2:36 PM
[*iMessage*]

**From: Ben Tyler <7034315078>**
**To: Shane Lamond <2024370434>**

Good morning!  At some point, when you have a minute, can you see if ET plans to attend the VA lobby day in January.

12/9/2020 11:05 AM
[*WhatsApp Message*]

**From: Shane Lamond <2024370434>**
**To: Ben Tyler <7034315078>**

Hey Ben! Yep, I will reach out to him today

12/9/2020 11:06 AM
[*WhatsApp Message*]

USAO-DC-424313

December 7, 2020 – December 12, 2020, 5:39 PM

**From: Ben Tyler <7034315078>**
**To: Shane Lamond <2024370434>**

Thanks

12/9/2020 11:06 AM
[*WhatsApp Message*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

Hey brother, I'm sure you've heard Antifa is calling the hotels urging them to cancel reservations for trump supporters this weekend. Will you have guys staying at Harrington again? That's one of them on the list

12/9/2020 12:05 PM
[*Telegram Private Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

I'm hearing Harry's is going to be closed Saturday

12/10/2020 10:12 AM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

Yeah I figured. I told my guys to not go to Harry's

12/10/2020 10:26 AM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<Reply to: Hey brother, I'm sure you've heard Antifa is calling the hotels urging them to cancel reservations for trump supporters this weekend. Will you have guys staying at Harrington again? That's one of them on the list>

<audio/ogg>

[*Audio File Unrecovered*]

12/10/2020 10:27 AM
[*Telegram Private Chat*]

USAO-DC-424314

December 7, 2020 – December 12, 2020, 5:39 PM

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

Do you know where Alex Jones is speaking? We are hearing conflicting locations - SCOTUS, Freedom Plaza, and National Mall. Any way you can find out where he is going?

12/10/2020 1:20 PM
*[Telegram Private Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

Will you all be at Freedom Plaza or National Mall?

12/10/2020 1:22 PM
*[Telegram Private Chat]*

**From: Enrique Tarrio <581632416>**
**To: East Coast Rally Command <4705500185>**

The only way we control the safety of our guys is to lead them into situations we control

12/10/2020 5:36 PM
*[Telegram Group Chat]*

**From: Enrique Tarrio <581632416>**
**To: East Coast Rally Command <4705500185>**

I've had little communication with DC metro which is odd

12/10/2020 6:06 PM
*[Telegram Group Chat]*

**From: Enrique Tarrio <581632416>**
**To: East Coast Rally Command <4705500185>**

They've been really short

12/10/2020 6:06 PM
*[Telegram Group Chat]*

**From: Shane Lamond <2024370434>**
**To: Ben Tyler <7034315078>**

Sorry for the delayed response but he just got back to me now. He says he hasn't decided yet. He's going to be in DC for inauguration but not sure when he's coming to the area. He said he's let me know once he decides

12/11/2020 9:55 AM
*[WhatsApp Message]*

USAO-DC-424315

December 7, 2020 – December 12, 2020, 5:39 PM

**From: Ben Tyler <7034315078>**
**To: Shane Lamond <2024370434>**

Thanks for checking

12/11/2020 10:17 AM
[*WhatsApp Message*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<Reply to: Will you all be at Freedom Plaza or National Mall?>

<audio/ogg>

[*Audio File Unrecovered*]

12/11/2020 3:57 PM
[*Telegram Private Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

Yep I know. Cuban Embassy called police on you lol

12/11/2020 3:58 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<audio/ogg>

[*Audio File Unrecovered*]

12/11/2020 4:02 PM
[*Telegram Private Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

Midget tossing??? I think that certainly qualifies as civil disobedience 😄.

12/11/2020 4:03 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

We're clearing out

12/11/2020 4:21 PM
[*Telegram Private Chat*]

USAO-DC-424316

December 7, 2020 – December 12, 2020, 5:39 PM

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

Copy. Thanks brother

12/11/2020 4:21 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

I'll update you on movements from now on

12/11/2020 4:21 PM
[*Telegram Private Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

I appreciate it. Any other plans for this evening? I hear Harry's is shutting down at 7

12/11/2020 4:23 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

We're going to have a briefing tonight at 1030 at the national mall. We're marching from Harrington's

12/11/2020 4:24 PM
[*Telegram Private Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

Copy. Antifa should be staying up at BLM Plaza. Do you want me to let our uniformed officers know that or keep it to myself? I will be around all night in case anything kicks off

12/11/2020 4:26 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<audio/ogg>

[*Audio File Unrecovered*]

12/11/2020 4:27 PM
[*Telegram Private Chat*]

USAO-DC-424317

December 7, 2020 – December 12, 2020, 5:39 PM

**From: Shane Lamond <2024370434>**
**To: <SMS Group Chat 142450766355613995>**
**Carolyn Montagna <2024897859>**
**Jeffery Carroll <2024378198>**
**et al.**

Just got word that PB will be having a meeting on National Mall at 2230 hours tonight. They are planning on marching over from Harrington around 2200. Will send to USPP as well

12/11/2020 4:33 PM
*[SMS/MMS]*

**From: Jeffery Carroll <2024378198>**
**To: <SMS Group Chat 142450766355613995>**
**Shane Lamond <2024370434>**
**Carolyn Montagna <2024897859>**
**et al.**

Thx.  Are they planning on going anywhere after that?

12/11/2020 4:34 PM
*[SMS/MMS]*

**From: Shane Lamond <2024370434>**
**To: <SMS Group Chat 142450766355613995>**
**Carolyn Montagna <2024897859>**
**Jeffery Carroll <2024378198>**
**et al.**

No. The meeting is to discuss their game plan for tomorrow. They will all break up and head to hotels from there

12/11/2020 4:36 PM
*[SMS/MMS]*

**From: Jeffery Carroll <2024378198>**
**To: <SMS Group Chat 142450766355613995>**
**Shane Lamond <2024370434>**
**Carolyn Montagna <2024897859>**
**et al.**

Well at least we will get an idea of how many are actually here based on that meeting

12/11/2020 4:57 PM
*[SMS/MMS]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

Where you all headed?

12/11/2020 9:36 PM
*[Telegram Private Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

Is your group at 11th and E heading to FP or the Mall?

12/12/2020 9:49 AM
*[Telegram Private Chat]*

8 of 10

USAO-DC-424318

December 7, 2020 – December 12, 2020, 5:39 PM

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

And invite to the White House? 👍.

12/12/2020 9:49 AM
[*Telegram Private Chat*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Hey brother, what's the plan for the rest of the day?

12/12/2020 3:43 PM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

6-7pm Harrington's. Then we're going to March. Don't know the route yet

12/12/2020 5:31 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Copy. I'm up with your boys at McPherson Square now

12/12/2020 5:32 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Do you know where you are heading to?

12/12/2020 5:32 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: <SMS Group Chat 570516334336022408>**
**Carolyn Montagna <2024897859>**
**Jeffery Carroll <2024378198>**
**et al.**

From PB source:


6-7pm Harrington's. Then we're going to March. Don't know the route yet

12/12/2020 5:33 PM
[*SMS/MMS*]

USAO-DC-424319

December 7, 2020 – December 12, 2020, 5:39 PM

**From: Shane Lamond <2024370434>**
**To: Carolyn Montagna <2024897859>**

6-7pm Harrington's. Then we're going to March. Don't know the route yet

12/12/2020 5:37 PM
[*WhatsApp Message*]

**From: Shane Lamond <2024370434>**
**To: Carolyn Montagna <2024897859>**

From ET

12/12/2020 5:37 PM
[*WhatsApp Message*]

**From: Carolyn Montagna <2024897859>**
**To: Shane Lamond <2024370434>**

Wow!

12/12/2020 5:39 PM
[*WhatsApp Message*]

USAO-DC-424320

December 12, 2020, 7:30 PM – December 20, 2020

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

We just locked up one of your guys at 14th and K

12/12/2020 7:30 PM
*[Telegram Private Chat]*

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

2 of my guys stabbed

12/12/2020 9:19 PM
*[iMessage]*

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

I'm hearing may be a total of four.

12/12/2020 9:20 PM
*[iMessage]*

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

I'm up at 11th and F now

12/12/2020 9:21 PM
*[iMessage]*

**Destruction of Property - BLM banner is burned by group, including Tarrio, at church near intersection of 11th Street and E Street, NW, Washington, DC**

12/12/2020 (Evening)
*[MPD Case File]*

**From: Shane Lamond <shane.lamond@dc.gov>**
**To: Leslie Parsons <leslie.parsons@dc.gov>**
**David Hong <david.hong@dc.gov>**
**et al.**

Re: BLM signs - Lamond responds to question regarding whether the tearing down of BLM signs would be investigated as a possible hate crime: "That's a very tricky question and one that I was thinking about this morning. We have supported this offense in the past with the burning and destruction of gay pride flags and such. However, wouldn't that also mean that a lot of the criminal offenses (assaults, the stabbing on 11th Street) reported yesterday connected to the event would be possible hate crimes?"

12/13/2020 11:11 AM
*[Email]*

USAO-DC-424321

From: Shane Lamond <869476955>
To: Enrique Tarrio <581632416>

Shut Down DC is going after Harry's again. Urging people to report them to ABRA.

12/13/2020 5:07 PM
[*Telegram Private Chat*]

From: Enrique Tarrio <581632416>
To: Shane Lamond <869476955>

We didn't even go into Harry's

12/13/2020 5:13 PM
[*Telegram Private Chat*]

From: Enrique Tarrio <581632416>
To: Shane Lamond <869476955>

What's ABRA

12/13/2020 5:13 PM
[*Telegram Private Chat*]

From: Shane Lamond <869476955>
To: Enrique Tarrio <581632416>

Alcoholic Beverage Regulatory Agency

12/13/2020 5:13 PM
[*Telegram Private Chat*]

From: Enrique Tarrio <581632416>
To: Shane Lamond <869476955>

What codes would they have broken?

12/13/2020 5:14 PM
[*Telegram Private Chat*]

From: Shane Lamond <869476955>
To: Enrique Tarrio <581632416>

We're your guys there on Friday?

12/13/2020 5:15 PM
[*Telegram Private Chat*]

From: Enrique Tarrio <581632416>
To: Shane Lamond <869476955>

<audio/ogg>

[*Audio File Unrecovered*]

12/13/2020 5:15 PM
[*Telegram Private Chat*]

USAO-DC-424322

December 12, 2020, 7:30 PM – December 20, 2020

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

There may be no evidence to support it but they have sent emails to their followers urging them to call ABRA and report violations and also to call both Harry's and Hotel Harrington and tell them not to let PB back. Just giving you a heads up

12/13/2020 5:17 PM
*[Telegram Private Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

On a brighter note, guy who stabbed your guys got locked up

12/13/2020 5:18 PM
*[Telegram Private Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<audio/ogg>

*[Audio File Unrecovered]*

12/13/2020 5:26 PM
*[Telegram Private Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

I haven't pulled the report yet but from what I learned on the scene last night it was only one person

12/13/2020 5:27 PM
*[Telegram Private Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

What's the general consensus with DC metro and my guys?

12/13/2020 5:32 PM
*[Telegram Private Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

That's too complicated for a text answer. That's an in person convo over a beer

12/13/2020 5:43 PM
*[Telegram Private Chat]*

USAO-DC-424323

December 12, 2020, 7:30 PM – December 20, 2020

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

That NomadPatriot86 guy I asked you about before pisses me off though. He was posting shit on Parler about behind here this weekend. It took everything I had not to call him out on his BS

12/13/2020 5:45 PM
*[Telegram Private Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

I'll be in town till Thursday

12/13/2020 5:50 PM
*[Telegram Private Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

We can go to the Dubliner

12/13/2020 5:50 PM
*[Telegram Private Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

Perfect. I won't be working tomorrow but how about Tuesday afternoon?

12/13/2020 5:54 PM
*[Telegram Private Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

Let's do it

12/13/2020 5:55 PM
*[Telegram Private Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<audio/ogg>

*[Audio File Unrecovered]*

12/14/2020 10:52 AM
*[Telegram Private Chat]*

USAO-DC-424324

December 12, 2020, 7:30 PM – December 20, 2020

**From: Enrique Tarrio <581632416>**
**To: Cuffs and gashes <9751355053>**

Just contacted my DC metro guy

12/14/2020 10:52 AM
[*Telegram Group Chat*]

**From: Shane Lamond <2024370434>**
**To: Carolyn Montagna <2024897859>**

I know what happened

12/14/2020 12:05 PM
[*WhatsApp Message*]

**From: Shane Lamond <2024370434>**
**To: Carolyn Montagna <2024897859>**

Also - I'm having drinks with ET tomorrow afternoon to discuss some things with him

12/14/2020 12:05 PM
[*WhatsApp Message*]

**From: Carolyn Montagna <2024897859>**
**To: Shane Lamond <2024370434>**

Eek

12/14/2020 12:05 PM
[*WhatsApp Message*]

**From: Carolyn Montagna <2024897859>**
**To: Shane Lamond <2024370434>**

Is that smart? To do social?

12/14/2020 12:05 PM
[*WhatsApp Message*]

**From: Shane Lamond <2024370434>**
**To: Carolyn Montagna <2024897859>**

It's fine. Only the two of us and at a low key place - NOT Harry's

12/14/2020 12:05 PM
[*WhatsApp Message*]

**From: Carolyn Montagna <2024897859>**
**To: Shane Lamond <2024370434>**

OK

12/14/2020 12:05 PM
[*WhatsApp Message*]

USAO-DC-424325

December 12, 2020, 7:30 PM – December 20, 2020

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

Just heard your message. He will be released at the ramp at 3rd and C Streets NW this afternoon. The ramp is at the underpass between MPD headquarters and Dept. Of Labor on 3rd Street

12/14/2020 12:46 PM
*[Telegram Private Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

Is your guy Corey Nielsen?

12/14/2020 12:47 PM
*[Telegram Private Chat]*

**From: Jon 2A <669336167>**
**To: Enrique Tarrio <581632416>**

https://twitter.com/DCPoliceDept/status/1338529064353673219?s=09

12/14/2020 3:26 PM
*[Telegram Private Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

How about 4:30 tomorrow at Dubliner?

12/14/2020 6:31 PM
*[Telegram Private Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<Reply to: How about 4:30 tomorrow at Dubliner?>

Deal

12/14/2020 6:51 PM
*[Telegram Private Chat]*

**From: Enrique Tarrio <581632416>**
**To: Jon 2A <669336167>**

Yeah I'm following this...meeting with my DC metro contact

12/14/2020 9:09 PM
*[Telegram Private Chat]*

USAO-DC-424326

December 12, 2020, 7:30 PM – December 20, 2020

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<Reply to: Is your guy Corey Nielsen?>

Yes.

12/14/2020 9:35 PM
[*Telegram Private Chat*]

**From: Colors&Creed <832743213>**
**To: Cuffs and gashes <9751355053>**

Corey is still in hospital or in custody we haven't found out where but we do know he was arrested they charged him with misdemeanor petty assault so we're hoping it's all over soon when he is out of the hospital or jail some boys back East are going to pick him up and bring him to the airport we should know more when the lawyer we got for Corey gets back in touch with us this morning keep you posted boys

12/15/2020 7:54 AM
[*Telegram Group Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<audio/ogg>

*[Audio File Unrecovered]*

12/15/2020 2:03 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Cuffs and gashes <9751355053>**

DC metro asking about Corey

12/15/2020 2:07 PM
[*Telegram Group Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

Yes. I'm doing this training now but should be done by 4 so I will be there at 4:30

12/15/2020 2:09 PM
[*Telegram Private Chat*]

**From: Jeffery Carroll <jeffery.carroll@dc.gov>**
**To: Shane Lamond <2024370434>**

Shane have you received any information that would lead you to believe the proud boys are going to be here for inauguration

12/15/2020 2:39 PM
[*iMessage*]

USAO-DC-424327

December 12, 2020, 7:30 PM – December 20, 2020

**From: Shane Lamond <2024370434>**
**To: Jeffery Carroll <jeffery.carroll@dc.gov>**

My source told me months ago they would probably be here for inauguration but nothing lately. I'm meeting with him this afternoon so I will confirm

12/15/2020 2:40 PM
[*iMessage*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

On my way now

12/15/2020 4:14 PM
[*Telegram Private Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

Have a table in the room to the right when you walk in

12/15/2020 4:21 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

Going down

12/15/2020 4:31 PM
[*Telegram Private Chat*]

**From: Shane Lamond <2024370434>**
**To: Jeffery Carroll <jeffery.carroll@dc.gov>**

Just confirmed that proud boys are not planning on coming to DC for inauguration at this time

12/15/2020 5:52 PM
[*iMessage*]

**From: Jeffery Carroll <jeffery.carroll@dc.gov>**
**To: Shane Lamond <2024370434>**

Hopefully it stays that way

12/15/2020 5:52 PM
[*iMessage*]

USAO-DC-424328

December 12, 2020, 7:30 PM – December 20, 2020

**From: Shane Lamond <2024370434>**
**To: Jeffery Carroll <jeffery.carroll@dc.gov>**

He is not happy with what happened on Saturday and admitted that their crowd was way too big and unmanageable so he wants to rethink what they will do in the future

12/15/2020 5:54 PM
[*iMessage*]

**From: Jeffery Carroll <jeffery.carroll@dc.gov>**
**To: Shane Lamond <2024370434>**

How about never come to dc again.

Can he ID those people in the flyers?

12/15/2020 6:04 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Jeffery Carroll <jeffery.carroll@dc.gov>**

He's claiming that he doesn't recognize them and said that he had close to 1,000 members here and doesn't know all of them

12/15/2020 6:05 PM
[*iMessage*]

**From: Jeffery Carroll <jeffery.carroll@dc.gov>**
**To: Shane Lamond <2024370434>**

I bet

12/15/2020 6:06 PM
[*iMessage*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<photo>

*[Image Unrecovered]*

12/17/2020 11:26 AM
[*Telegram Private Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

You didn't tell me we are going to be neighbors 😂.

12/17/2020 11:26 AM
[*Telegram Private Chat*]

USAO-DC-424329

December 12, 2020, 7:30 PM – December 20, 2020

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<audio/ogg>

*[Audio File Unrecovered]*

12/17/2020 11:48 AM
*[Telegram Private Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

If that's the case sounds like you have a leak...

12/17/2020 12:00 PM
*[Telegram Private Chat]*

~

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<audio/ogg>

*[Audio File Unrecovered]*

12/17/2020 12:03 PM
*[Telegram Private Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

It's an Antifa IG handle

12/17/2020 12:04 PM
*[Telegram Private Chat]*

**From: Enrique Tarrio**
**To: Parler**

Tarrio Parler Post:

"The FBI is currently the [sic] investigating a supposed 'hate crime' perpetrated by the ProudBoys. They're even offering a reward. I'm here to tell you that there was no hate crime committed. The only hate there is in my heart is for communism and an authoritarian government. BLM is a Marxist movement. It isn't about the color of someone's skin. Against the wishes of my attorney I am here today to admit that I am the person responsible for the burning of this sign. And I am not ashamed of what I did because I didn't do it out of hate...I did it out of love. Love for a country that has given my family SO MUCH. The burning of this banner wasn't about race religion or political ideology it was about a racist movement that has terrorized the citizens of this country. I will not standby [sic] and watch them burn another city. So let me make this simple. I did it. Come get me if you feel like what I did was wrong. We'll let the public decide. Forever PROUD. -Enrique "



12/18/2020 12:00 AM
*[Open Source]*

USAO-DC-424330

December 12, 2020, 7:30 PM – December 20, 2020

**From: Enrique Tarrio**
**To: Washington Post**

Tarrio tells Washington Post in telephone interivew that he burned the BLM banner.

(https://www.washingtonpost.com/local/public-safety/enrique-tarrio-proud-boys-black-lives-matter-sign/2020/12/18/c056c05e-415a-11eb-8db8-395dedaaa036_story.html)




Proud Boys leader says he burned Black
Lives Matter banner stolen from church
during demonstrations in D.C.

12/18/2020 12:00 AM
*[Open Source]*

**From: Carolyn Montagna <2024897859>**
**To: Shane Lamond <2024370434>**

Did you see the crime solvers tip?

12/18/2020 7:25 AM
*[WhatsApp Message]*

**From: Carolyn Montagna <2024897859>**
**To: Shane Lamond <2024370434>**

On 12/18/2020 at 0145 hours stating that a male by the name of Henry Enrique Carrio who is a member of the Proud Boys is claiming responsibility for the destruction of property at the church located in the 400 block of 11th Street NW.  The caller stated that Mr. Carrio is living in Miami Florida at 5730 North West 2nd Street

12/18/2020 7:26 AM
*[WhatsApp Message]*

**From: Shane Lamond <2024370434>**
**To: Carolyn Montagna <2024897859>**

Oh fuck!

12/18/2020 7:26 AM
*[WhatsApp Message]*

**From: Carolyn Montagna <2024897859>**
**To: Shane Lamond <2024370434>**

What?

12/18/2020 7:26 AM
*[WhatsApp Message]*

USAO-DC-424331

December 12, 2020, 7:30 PM – December 20, 2020

**From: Carolyn Montagna <2024897859>**
**To: Shane Lamond <2024370434>**

The tip?

12/18/2020 7:26 AM
[*WhatsApp Message*]

**From: Shane Lamond <2024370434>**
**To: Carolyn Montagna <2024897859>**

Yes! Remember what he told me?

12/18/2020 7:27 AM
[*WhatsApp Message*]

**From: Carolyn Montagna <2024897859>**
**To: Shane Lamond <2024370434>**

I mean - it's for Mr. Carrio

12/18/2020 7:27 AM
[*WhatsApp Message*]

**From: Carolyn Montagna <2024897859>**
**To: Shane Lamond <2024370434>**

Yes

12/18/2020 7:27 AM
[*WhatsApp Message*]

**From: Carolyn Montagna <2024897859>**
**To: Shane Lamond <2024370434>**

But this tip is for Carrio 🤣.

12/18/2020 7:27 AM
[*WhatsApp Message*]

**From: Shane Lamond <2024370434>**
**To: Carolyn Montagna <2024897859>**

Orrrr the CIC screwed up and got his name wrong 😅.

12/18/2020 7:28 AM
[*WhatsApp Message*]

**From: Carolyn Montagna <2024897859>**
**To: Shane Lamond <2024370434>**

It's not recorded so the world may never know

12/18/2020 7:29 AM
[*WhatsApp Message*]

USAO-DC-424332

December 12, 2020, 7:30 PM – December 20, 2020

From: Shane Lamond <869476955>
To: Enrique Tarrio <581632416>

<MessageID 1> Hey brother, did you call in an anonymous tip to MPD claiming responsibility for the banner burning?

12/18/2020 7:34 AM
[*Telegram Secret Chat*]

From: Shane Lamond <2024370434>
To: Carolyn Montagna <2024897859>

I think he called that tip in on himself because very few people know that Henry is his legal name

12/18/2020 8:12 AM
[*WhatsApp Message*]

From: Carolyn Montagna <2024897859>
To: Shane Lamond <2024370434>

Hahaha maybe? I thought it's out there

12/18/2020 8:12 AM
[*WhatsApp Message*]

From: Carolyn Montagna <2024897859>
To: Shane Lamond <2024370434>

I've seen it online before

12/18/2020 8:12 AM
[*WhatsApp Message*]

From: Shane Lamond <2024370434>
To: Carolyn Montagna <2024897859>

You have? I've always seen Enrique

12/18/2020 8:13 AM
[*WhatsApp Message*]

From: Carolyn Montagna <2024897859>
To: Shane Lamond <2024370434>

<photo>



12/18/2020 8:13 AM
[*WhatsApp Message*]

USAO-DC-424333

December 12, 2020, 7:30 PM – December 20, 2020

**From: Carolyn Montagna <2024897859>**
**To: Shane Lamond <2024370434>**

\<photo>



12/18/2020 8:14 AM
[*WhatsApp Message*]

**From: Carolyn Montagna <2024897859>**
**To: Shane Lamond <2024370434>**

It's definitely out there

12/18/2020 8:14 AM
[*WhatsApp Message*]

**From: Shane Lamond <2024370434>**
**To: Carolyn Montagna <2024897859>**

Ahhhh

12/18/2020 8:52 AM
[*WhatsApp Message*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

\<MessageID 1> I did more than that. It's on my social media

12/18/2020 9:30 AM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

\<MessageID 2> I gotcha. Someone called in an anonymous tip saying that you claimed responsibility for it.

12/18/2020 9:50 AM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

\<MessageID 2> This wasn't a hate crime. And I want to see it play out.

12/18/2020 10:05 AM
[*Telegram Secret Chat*]

USAO-DC-424334

December 12, 2020, 7:30 PM – December 20, 2020

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 3> I'm curious to see what happens too. I will check with our CID people to see if they have you on video.

12/18/2020 10:06 AM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 4> Also - you've got the FBI and USSS all spun up over what was said on InfoWars the other night about PB dressing up as Biden supporters on Inauguration Day. Got an email first thing this morning 😳.

12/18/2020 10:08 AM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 3> <audio/ogg>

*[Audio File Unrecovered]*

12/18/2020 10:11 AM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 4> <audio/ogg>

*[Audio File Unrecovered]*

12/18/2020 10:12 AM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 5> <audio/ogg>

*[Audio File Unrecovered]*

12/18/2020 10:21 AM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 6> Lol...just searched. I never said this haha <photo>

*[Image Unrecovered]*

12/18/2020 10:22 AM
[*Telegram Secret Chat*]

USAO-DC-424335

December 12, 2020, 7:30 PM – December 20, 2020

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 7> <audio/ogg>

*[Audio File Unrecovered]*

12/18/2020 10:30 AM
*[Telegram Secret Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 9> Lol yep that's exactly what o [sic] got from FBI and USSS

12/18/2020 10:42 AM
*[Telegram Secret Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 8> The video is out there

12/18/2020 10:42 AM
*[Telegram Secret Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 10> I think it was included. I'm just going to let them get all freaked out. They're idiots

12/18/2020 10:52 AM
*[Telegram Secret Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 9> Lol

12/18/2020 10:52 AM
*[Telegram Secret Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 10> <audio/ogg>

*[Audio File Unrecovered]*

12/18/2020 10:52 AM
*[Telegram Secret Chat]*

USAO-DC-424336

December 12, 2020, 7:30 PM – December 20, 2020

**From: Shane Lamond <shane.lamond@dc.gov>**
**To: David Hong <david.hong@dc.gov>**
**Leslie Parsons <leslie.parsons@dc.gov>**
**et al.**

Re: BLM Banner - Lamond: "Is anyone aware of whether the burning of the BLM banner is being investigated by the FBI as a possible hate crime? I know we talked about it on Sunday but I didn't hear anything about the FBI taking over the investigation. As you may be aware, the current chairman of the Proud Boys, Enrique Tarrio, just publicly admitted that he was responsible for its destruction".

Re: BLM Banner - Lamond: "Copy, this post may have been mistaken. I would be surprised if FBI took over this investigation."



12/18/2020 2:46 PM
*[Email]*

**From: Shane Lamond <shane.lamond@dc.gov>**
**To: Carolyn Montagna <carolyn.montagna@dc.gov>**
**Leslie Parsons <leslie.parsons@dc.gov>**
**Nicole Copeland <nicoleg.copeland@dc.gov>**
**et al.**

Re: Phone Tip - Lamond received an email from Montagna regarding the phone tip alleging Proud Boys responsible for destruction of property (see 7:25AM WhatsApp with Montagna) and provides email response with photo of Tarrio and offer to help: "Please let me know if you need anything related to this. I know him so I can probably fill in any blanks you may have. I have attached his picture for your awareness."



**Proud Boys Chairman Enrique Tarrio.** AP Photo/Noah

12/18/2020 2:50 PM
*[Email]*

USAO-DC-424337

December 12, 2020, 7:30 PM – December 20, 2020

**From: Enrique Tarrio <581632416>**
**To: Skull and Bones 2020/2021**
**<4755540701>**

We got the jump on the narrative for the banner burning. This should make it next to impossible for them to use the "hate crime" enhancement.

As per my contact at DC metro

12/18/2020 3:33 PM

**From: Enrique Tarrio <581632416>**
**To: Skull and Bones 2020/2021**
**<4755540701>**

This stays in here

12/18/2020 3:33 PM
*[Telegram Group Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 11> So what do you think?

12/18/2020 4:09 PM
*[Telegram Secret Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 12> About which part? You clearing the air about the Biden gear or the BLM banner?

12/18/2020 4:13 PM
*[Telegram Secret Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 12> BLM banner

12/18/2020 4:52 PM
*[Telegram Secret Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 13> You think they'll make a stink of it?

12/18/2020 4:52 PM
*[Telegram Secret Chat]*

USAO-DC-424338

December 12, 2020, 7:30 PM – December 20, 2020

From: Enrique Tarrio <581632416>
To: Shane Lamond <869476955>

<MessageID 14> <Reply to: About which part? You clearing the air about the Biden gear or the BLM banner?>

The Biden gear is a non issue.

12/18/2020 4:53 PM
[Telegram Secret Chat]

From: Enrique Tarrio <581632416>
To: Shane Lamond <869476955>

<MessageID 15> That's just media retards

12/18/2020 4:53 PM
[Telegram Secret Chat]

From: Shane Lamond <869476955>
To: Enrique Tarrio <581632416>

<MessageID 13> No, a bit of the opposite. I've been talking to CID about it. They wanted to know what I know about your group and if I think you all are racist. I told them you are made up of a lot of Latinos and blacks so not a racist thing. If anything I said it's political but then I drew attention to the Trump and American flags that were taken by Antifa and set on fire. I said all those would have to be classified as hate crimes too. It's not being investigated by FBI though. Just us (MPD)

12/18/2020 4:55 PM
[Telegram Secret Chat]

From: Enrique Tarrio <581632416>
To: Shane Lamond <869476955>

<MessageID 16> Ahhhh ok!

12/18/2020 4:55 PM
[Telegram Secret Chat]

From: Enrique Tarrio <581632416>
To: Shane Lamond <869476955>

<MessageID 17> Awesome.

12/18/2020 4:56 PM
[Telegram Secret Chat]

USAO-DC-424339

December 12, 2020, 7:30 PM – December 20, 2020

**From: Enrique Tarrio <581632416>**
**To: Skull and Bones 2020/2021**
**<4755540701>**

For our eyes only.

12/18/2020 4:56 PM
*[Telegram Group Chat]*

**From: Enrique Tarrio <581632416>**
**To: Skull and Bones 2020/2021**
**<4755540701>**

No, a bit of the opposite. I've been talking to CID about it. They wanted to know what I know about your group and if I think you all are racist. I told them you are made up of a lot of Latinos and blacks so not a racist thing. If anything I said it's political but then I drew attention to the Trump and American flags that were taken by Antifa and set on fire. I said all those would have to be classified as hate crimes too. It's not being investigated by FBI though. Just us (MPD)

12/18/2020 4:56 PM
*[Telegram Group Chat]*

**From: Enrique Tarrio <7869616789>**
**To: Amy Harris Photo <9312614575>**

Ok so off the record... You won't be having any fun watching me get put away

12/18/2020 4:57 PM
*[iMessage]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 14> I don't think they have any pictures of you though

12/18/2020 4:58 PM
*[Telegram Secret Chat]*

**From: Enrique Tarrio <581632416>**
**To: Mexizzachet <968117524>**

So I just got word

12/18/2020 4:58 PM
*[Telegram Private Chat]*

**From: Enrique Tarrio <581632416>**
**To: Mexizzachet <968117524>**

We're clear on the banner

12/18/2020 4:59 PM
*[Telegram Private Chat]*

20 of 30

December 12, 2020, 7:30 PM – December 20, 2020

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 18> Strange

12/18/2020 4:59 PM
*[Telegram Secret Chat]*

**From: Enrique Tarrio <581632416>**
**To: Amy Harris Photo <14121086837>**

DC metro just told me they won't be pursuing it

12/18/2020 5:16 PM
*[Telegram Secret Chat]*

**From: Amy Harris Photo <1472679606>**
**To: Enrique Tarrio <581632416>**

What about the FBI

12/18/2020 5:16 PM
*[Telegram Private Chat]*

**From: Enrique Tarrio <581632416>**
**To: Amy Harris Photo <14121086837>**

FBI isn't investigating

12/18/2020 5:16 PM
*[Telegram Secret Chat]*

**From: Amy Harris Photo <1472679606>**
**To: Enrique Tarrio <581632416>**

Are they going to still look for your guys

12/18/2020 5:16 PM
*[Telegram Private Chat]*

**From: Enrique Tarrio <581632416>**
**To: Amy Harris Photo <14121086837>**

They signal boosted DC metro

12/18/2020 5:16 PM
*[Telegram Secret Chat]*

**From: Enrique Tarrio <581632416>**
**To: Amy Harris Photo <14121086837>**

They can't because they're not investigating

12/18/2020 5:17 PM
*[Telegram Secret Chat]*

USAO-DC-424341

December 12, 2020, 7:30 PM – December 20, 2020

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 19> <photo>

*[Image Unrecovered]*

12/19/2020 12:53 AM
*[Telegram Secret Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 15> Got it. We will see if we can ID the person

12/19/2020 3:11 AM
*[Telegram Secret Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 16> <photo>

*[Image Unrecovered]*

12/19/2020 8:06 AM
*[Telegram Secret Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 17> Have you heard anything about this? Is this legit?

12/19/2020 8:06 AM
*[Telegram Secret Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 20> <audio/ogg>

*[Audio File Unrecovered]*

12/19/2020 10:26 AM
*[Telegram Secret Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 19> No, we really can't catch a break. I just found the article written by Cassandra. I just asked her if she thinks this is going to grow legs. Would you let me know if your group decides to participate?

12/19/2020 10:49 AM
*[Telegram Secret Chat]*

USAO-DC-424342

December 12, 2020, 7:30 PM – December 20, 2020

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 21> If we do it'll be extremely small and not in colors...no night March

12/19/2020 10:59 AM
*[Telegram Secret Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 20> Copy that. I appreciate it.

12/19/2020 11:00 AM
*[Telegram Secret Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 22> <application/pdf> The 2020 Election Disruption Guide by Antifa.pdf

*[Attachment Unrecovered]*

12/19/2020 11:02 AM
*[Telegram Secret Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 21> Thanks, brother. We've had that for a few months now. They posted that on a website a while ago.

12/19/2020 11:05 AM
*[Telegram Secret Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 23> I don't know if it's legit

12/19/2020 11:10 AM
*[Telegram Secret Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 22> We think it was more of a poison pen document. The person who posted it wanted to stir shit up but we didn't see any of this actually materialize

12/19/2020 11:12 AM
*[Telegram Secret Chat]*

USAO-DC-424343

December 12, 2020, 7:30 PM – December 20, 2020

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 23> <photo>



12/19/2020 11:31 AM
*[Telegram Secret Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 24> <Reply to: MessageID 23>

🙄.

12/19/2020 11:31 AM
*[Telegram Secret Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 24> It's growing legs alright…
https://fox5dc.com/news/trump-promises-wild-protest-in-dc-on-jan-6-the-day-congress-to-count-electoral-votes



12/19/2020 11:41 AM
*[Telegram Secret Chat]*

**From: Enrique Tarrio <7869616789>**
**To: Amy Harris Photo <9312614575>**

FBI said they'll "look into it"

12/19/2020 12:04 PM
*[iMessage]*

**From: Shane Lamond <2024370434>**
**To: <iMessage Group Chat 6376016548877529>**
**Carolyn Montagna <2024897859>**
**Jeffery Carroll <2024378198>**
**et al.**

From my source about Jan. 6:

If we do it'll be extremely small and not in colors…no night March

12/19/2020 3:32 PM
*[iMessage]*

USAO-DC-424344

December 12, 2020, 7:30 PM – December 20, 2020

**From: Franklyn Then <2404187386>**
**To: Shane Lamond <2024370434>**

Incoming Call from 2404187386 | Answered |

Duration: 5:19

12/19/2020 5:58 PM
*[Phone Call]*

**From: Shane Lamond <2024370434>**
**To: Franklyn Then <2404187386>**

Outgoing Call to 2404187386 | Answered |

Duration: 1:17

12/19/2020 6:06 PM
*[Phone Call]*

**From: Shane Lamond <2024370434>**
**To: Franklyn Then <2404187386>**

Outgoing Call to 2404187386 | Answered |

Duration: 1:33

12/19/2020 6:30 PM
*[Phone Call]*

**From: Franklyn Then <2404187386>**
**To: Shane Lamond <2024370434>**

Incoming Call from 2404187386 | Voicemail |

Duration: 0:02

12/19/2020 7:08 PM
*[Phone Call]*

**From: Franklyn Then <2404187386>**
**To: Shane Lamond <2024370434>**

Incoming Call from 2404187386 | Voicemail |

Duration: 0:02

12/19/2020 7:34 PM
*[Phone Call]*

**From: Shane Lamond <2024370434>**
**To: Franklyn Then <2404187386>**

Outgoing Call to 2404187386 | Answered |

Duration: 1:43

12/19/2020 7:43 PM
*[Phone Call]*

USAO-DC-424345

December 12, 2020, 7:30 PM – December 20, 2020

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 25> Police want to talk to you about the banner. You have a certain phone number you want me to give them?

12/19/2020 7:48 PM
*[Telegram Secret Chat]*

**From: Shane Lamond <shane.lamond@dc.gov>**
**To: Franklyn Then <Franklyn.Then@dc.gov>**

Re: Subject in photo - Lamond provides Tarrio's date of birth and phone number to Detective Then.

12/19/2020 8:14 PM
*[Email]*

**From: Briam AG <559462827>**
**To: State Head Leadership Chat <9893590771>**

Your admitted relationship with law enforcement, combined with your support of Biggs when he threatened to have brothers arrested, and your willingness to turn yourself in... leads alot of us to believe that you may have some reason to be confident the law is not a threat to you.  The rest of us dont have this level of faith and trust in the pigs.

12/20/2020 12:50 PM
*[Telegram Group Chat]*

**From: Enrique Tarrio <581632416>**
**To: State Head Leadership Chat <9893590771>**

I admitted to talking to them about our movements in DC. And not on this last trip...that's not a secret. Never was. Anyone who has ever planned something with me knows I contact local LEO to keep a level of separation between the groups.

12/20/2020 12:55 PM
*[Telegram Group Chat]*

**From: Enrique Tarrio <581632416>**
**To: State Head Leadership Chat <9893590771>**

Stay on topic...we're talking about contacting LEO here

12/20/2020 12:58 PM
*[Telegram Group Chat]*

**From: Enrique Tarrio <581632416>**
**To: State Head Leadership Chat <9893590771>**

I literally just contact them when we're in town...

12/20/2020 1:04 PM
*[Telegram Group Chat]*

USAO-DC-424346

December 12, 2020, 7:30 PM – December 20, 2020

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 25> <Reply to: Police want to talk to you about the banner. You have a certain phone number you want me to give them?>  Miami Dade PD reached out. I'm going to use my 5th. I'll be in DC on the 6th if MDC wants to talk to me they can see me there. Are they pushing the hate crime thing?

12/20/2020 4:40 PM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 26> Give me a call when you can

12/20/2020 4:51 PM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 26> Through here?

12/20/2020 4:51 PM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

Outgoing Call to Shane FBI Police |

Duration: 411 seconds

12/20/2020 4:52 PM
[*Telegram Call*]

USAO-DC-424347

December 12, 2020, 7:30 PM – December 20, 2020

From: Shane Lamond <shane.lamond@dc.gov>
To: Leslie Parsons <leslie.parsons@dc.gov>

FW: Subject in photo - Lamond provides the following email response regarding photo ID request #1: "I have viewed the attached photograph and it is difficult for me to conclusively identify with 100% certainty that the individual depicted in this photograph is Mr. Henry "Enrique" Tarrio since I cannot see his whole face.  However, I physically observed Mr. Tarrio on December 12th and have reviewed multiple videos that captured him on December 12th in Washington, DC.  Based on a comparison of those videos with the attached photograph, I believe this is Mr. Henry "Enrique" Tarrio kneeling down next to the banner based on the clothing he is wearing, the placement of the patches and the drink on his tactical vest, and the limited view of his face."



Viewed by Franklyn.Then@dc.gov.(dcmetro-evidence.com) on 19 Dec 2020

12/20/2020 6:02 PM
[*Email*]

From: Shane Lamond <shane.lamond@dc.gov>
To: Leslie Parsons <leslie.parsons@dc.gov>
Nicole Copeland <nicoleg.copeland@dc.gov>

Re: Tarrio? - Lamond received and provides email response to photo ID request #2:

"The first picture from the article is one of the pictures I reviewed.  That is 100% him and accurately depicts how he looked when I physically observed him on December 12th.  The second and third pictures appear to be the same guy who was kneeling down next to the banner in the original photograph I was asked to identify.  Again, I believe that is Mr. Tarrio based on the clothing he is wearing, the placement of the patches and the drink on his tactical vest, and the limited view of his face.

I forgot to provide the background on my familiarity with Mr. Tarrio in my previous email.  I have known him for almost 1.5 years, since meeting him while working the Demand Free Speech First Amendment event in July 6, 2019.  I have seen him in person and spoken with him approx. 5-6 times since first meeting him in July 2019."



12/20/2020 7:16 PM
[*Email*]

USAO-DC-424348

December 12, 2020, 7:30 PM – December 20, 2020

From: Shane Lamond <2024370434>
To: Carolyn Montagna <2024897859>

Also - Parsons has called me multiple times this evening.  They are really going after ET

12/20/2020 7:19 PM
[*WhatsApp Message*]

From: Enrique Tarrio <581632416>
To: Oly <850106533>

They don't have anything. Just confirmed...they're searching

12/20/2020 7:31 PM
[*Telegram Private Chat*]

From: Enrique Tarrio <581632416>
To: Oly <850106533>

That's why they want to talk

12/20/2020 7:31 PM
[*Telegram Private Chat*]

From: Enrique Tarrio <581632416>
To: Oly <850106533>

*[Message Unrecovered]*

12/20/2020 7:31 PM
[*Telegram Private Chat*]

From: Oly <850106533>
To: Enrique Tarrio <581632416>

Do what Martin said. If you do that they can't talk to you

12/20/2020 7:32 PM
[*Telegram Private Chat*]

From: Oly <850106533>
To: Enrique Tarrio <581632416>

<Photo>

*[Message Unrecovered]*

12/20/2020 7:34 PM
[*Telegram Private Chat*]

From: Oly <850106533>
To: Enrique Tarrio <581632416>

Once you do this they can't talk to you

12/20/2020 7:42 PM
[*Telegram Private Chat*]

USAO-DC-424349

December 12, 2020, 7:30 PM – December 20, 2020

**From: Enrique Tarrio <581632416>**
**To: Oly <850106533>**

I don't think they can force me to talk to them regardless of legal representation. I'm going to get my lawyer to do it anyway

12/20/2020 7:43 PM
*[Telegram Private Chat]*

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

They will try if you are not lawyered up

12/20/2020 7:43 PM
*[Telegram Private Chat]*

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

Will explain on a case that I have when I see you.  They haven't been able to arrest him because of this.  They have nothing on him so they were hoping to talk to him but he lawyered up.

12/20/2020 7:44 PM
*[Telegram Private Chat]*

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

Your pain in the ass baby sister wants to know if you contacted the attorney

12/20/2020 9:56 PM
*[Telegram Private Chat]*

USAO-DC-424350

December 21, 2020 – December 28, 2020

From: Ashan Mufti <2025681986>
To: Enrique Tarrio <7869616789>

Good Morning Mr. Henry Tarrio. This is Detective Mufti from Metropolitan Police Department, Washington, D.C. Do we have permission to reach out to your counsel?

12/21/2020 7:33 AM
[SMS/MMS]

From: Enrique Tarrio <7869616789>
To: Ashan Mufti <2025681986>

Detective Mufti, Thanks for reaching out. Out [sic] this point, I haven't retained my attorney in this situation yet. But I won't need my attorney to inform you that I will be using my 5th. Thanks.

12/21/2020 8:01 AM
[SMS/MMS]

From: Enrique Tarrio <7869616789>
To: Ashan Mufti <2025681986>

*At

12/21/2020 8:04 AM
[SMS/MMS]

From: Ashan Mufti <2025681986>
To: Enrique Tarrio <7869616789>

Received. Thanks!

12/21/2020 8:04 AM
[SMS/MMS]

From: Enrique Tarrio <581632416>
To: Oly <850106533>

<Voice or Instant Video>

[Message Unrecovered]

12/21/2020 11:34 AM
[Telegram Private Chat]

From: Enrique Tarrio <581632416>
To: Oly <850106533>

<Voice or Instant Video>

[Message Unrecovered]

12/21/2020 11:34 AM
[Telegram Private Chat]

From: Enrique Tarrio <581632416>
To: Oly <850106533>

Cancelled Call to Oly | Duration: 0 seconds

12/21/2020 11:35 AM
[Telegram Private Chat]

GOVERNMENT
EXHIBIT
4019

USAO-DC-424351

December 21, 2020 – December 28, 2020

---

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

Call Again

12/21/2020 11:35 AM
*[Telegram Private Chat]*

---

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

Incoming Call from Oly | Duration: 139 seconds

12/21/2020 11:38 AM
*[Telegram Private Chat]*

---

**From: Ashan Mufti <ashan.mufti@dc.gov>**
**To: Paul Courtney <pcourtney@usa.doj.gov>**
**Leslie Parsons <leslie.parsons@dc.gov>**
**Nicole Copeland <nicoleg.copleand@dc.gov>**
**et al.**

Detective Mufti sends first draft of Tarrio arrest
affidavit to USAO and his chain of command

12/21/2020 12:34 PM
*[Email]*

---

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 27> <photo>



12/22/2020 8:08 AM
*[Telegram Secret Chat]*

---

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 27> Shane FBI Police set the self-destruct
timer to 5 seconds

12/22/2020 8:10 AM
*[Telegram Secret Chat]*

---

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 30> NOBLE LEAD set the self-destruct timer
to 30 seconds

12/22/2020 8:11 AM
*[Telegram Secret Chat]*

---

USAO-DC-424352

December 21, 2020 – December 28, 2020

**From: Shane Lamond <shane.lamond@dc.gov>**
**To: Leslie Parsons <leslie.parsons@dc.gov>**

Re: Podcast - Lamond receives podcast ID request and responds: "I have listened to the podcast and can confirm with 100% certainty that the individual speaking about white supremacy beginning at the 15:39 mark on the podcast is Henry "Enrique" Tarrio."

12/22/2020 12:54 PM
*[Email]*

**From: Shane Lamond <shane.lamond@dc.gov>**
**To: Franklyn Then <Franklyn.Then@dc.gov>**
**Ashan Mufti <ashan.mufti@dc.gov>**
**Leslie Parsons <leslie.parsons@dc.gov>**
**Nicole Copeland <nicoleg.copeland@dc.gov>**
**et al.**

Updated list of Right Wing Members - Lamond sends link to "updated list of members associated with right wing extremists for your awareness."

12/22/2020 1:19 PM
*[Email]*

**From: Ashan Mufti <ashan.mufti@dc.gov>**
**To: Paul Courtney <pcourtney@usa.doj.gov>**
**Leslie Parsons <leslie.parsons@dc.gov>**
**Nicole Copeland <nicoleg.copeland@dc.gov>**
**et al.**

Detective Mufti sends second draft of Tarrio arrest affidavit to USAO and his chain of command

12/22/2020 2:03 PM
*[Email]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 37> <Self-Destruct Timer: 30 seconds>
Just a heads up, CID had me ID you from a photo you posted on Parler kneeling down next to the BLM banner so they may be submitting an arrest warrant to US Attorney's Office

12/25/2020 12:14 PM
*[Telegram Secret Chat]*

**From: Paul Courtney <pcourtney@usa.doj.gov>**
**To: Julianne Johnston <jjohnston1@usa.doj.gov>**
**et al.**

Courtney: "FYI—I will call Lamond now for additional info but the ID procedure appears to be captured in these emails. I will give you a ring once I've spoken to Lamond."

Johnston: "Can you give me ring first?"

12/28/2020 10:25 AM
*[Email]*

USAO-DC-424353

December 21, 2020 – December 28, 2020

**From: Shane Lamond <2024370434>**
**To: Carolyn Montagna <2024897859>**

Yep, although I have to wait another 30 minutes to eat but that's ok. USAO is calling me in 10 minutes for ID on Tarrio

12/28/2020 1:31 PM
*[WhatsApp Message]*

**From: Enrique Tarrio**
**To: American Airlines**

Tarrio books 1/4/2021 flight from MIA to DCA

12/28/2020 5:41 PM
*[American Airlines]*

**From: Enrique Tarrio <7869616789>**
**To: Linda C <3057337071>**

I'm getting in on the 4th. I have a feeling DC metro is going to pick me up at the airport

12/28/2020 10:12 PM
*[iMessage]*

**From: Linda C <3057337071>**
**To: Enrique Tarrio <7869616789>**

I don't know why he would call us there to lose

12/28/2020 10:13 PM
*[iMessage]*

**From: Linda C <3057337071>**
**To: Enrique Tarrio <7869616789>**

I think he has something up his sleeve

12/28/2020 10:13 PM
*[iMessage]*

**From: Enrique Tarrio <7869616789>**
**To: Linda C <3057337071>**

I hope so.

12/28/2020 10:13 PM
*[iMessage]*

USAO-DC-424354

December 21, 2020 – December 28, 2020

**From: Enrique Tarrio <7869616789>**
**To: Linda C <3057337071>**



12/28/2020 10:14 PM
[*iMessage*]

**From: Linda C <3057337071>**
**To: Enrique Tarrio <7869616789>**

You have to be fucking kidding me

12/28/2020 10:15 PM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Linda C <3057337071>**

That's why I'm getting there a day early

12/28/2020 10:15 PM
[*iMessage*]

USAO-DC-424355

December 29, 2020 – December 30, 2020, 2:39 PM

**From: Ben Tyler <7034315078>**
**To: Shane Lamond <2024370434>**

Have you heard from ET?  Have they changed their mind and plan to come next week?

12/29/2020 7:53 AM
*[WhatsApp Message]*

**From: Shane Lamond <2024370434>**
**To: Ben Tyler <7034315078>**

Yep we've been in communication. They are still planning on coming next week but he says it will be a much smaller group

12/29/2020 8:17 AM
*[WhatsApp Message]*

**From: Shane Lamond <2024370434>**
**To: Ben Tyler <7034315078>**

There is also an arrest warrant for him pending with USAO for the destruction of the BLM banner…

12/29/2020 8:18 AM
*[WhatsApp Message]*

**From: Ben Tyler <7034315078>**
**To: Shane Lamond <2024370434>**

Okay. Video was located???

12/29/2020 8:18 AM
*[WhatsApp Message]*

**From: Shane Lamond <2024370434>**
**To: Ben Tyler <7034315078>**

Yes, but he was only standing next to it. No evidence that he actually torched it. He also posted a picture on his Parler page when he took responsbility for it.

12/29/2020 8:19 AM
*[WhatsApp Message]*

**From: Ben Tyler <7034315078>**
**To: Shane Lamond <2024370434>**

Okay… 'so let's make a charge that really won't stick but then we can say we did something'

12/29/2020 8:20 AM
*[WhatsApp Message]*

GOVERNMENT
EXHIBIT
4020

**From: Shane Lamond <2024370434>**
**To: Ben Tyler <7034315078>**

Yep, basically. Lots of pressure for an arrest on this one

12/29/2020 8:21 AM
*[WhatsApp Message]*

USAO-DC-424356

December 29, 2020 – December 30, 2020, 2:39 PM

**From: Shane Lamond <2024370434>**
**To: Leslie Parsons <2024875277>**

Any update on the warrant? Did the USAO approve it?

12/29/2020 3:56 PM
*[iMessage]*

**From: Leslie Parsons <2024875277>**
**To: Shane Lamond <2024370434>**

Not yet

12/29/2020 4:09 PM
*[iMessage]*

**From: Shane Lamond <2024370434>**
**To: Leslie Parsons <2024875277>**

Copy. Give me a call when approved and we can discuss how you want it served

12/29/2020 4:18 PM
*[iMessage]*

**From: Ashan Mufti <ashan.mufti@dc.gov>**
**To: Paul Courtney <pcourtney@usa.doj.gov>**
**Leslie Parsons <leslie.parsons@dc.gov>**
**Nicole Copeland <nicoleg.copleand@dc.gov>**
**et al.**

Detective Mufti sends third draft of Tarrio arrest affidavit to USAO and his chain of command

12/29/2020 7:47 PM
*[Email]*

**From: Leslie Parsons <2024875277>**
**To: Shane Lamond <2024370434>**

Incoming Call from 2024875277 | Voicemail |

Duration: 0:03

12/30/2020 11:18 AM
*[Phone Call]*

**From: Shane Lamond <2024370434>**
**To: Leslie Parsons <2024875277>**

Outgoing Call to 2024875277 | Answered |

Duration: 4:57

12/30/2020 11:22 AM
*[Phone Call]*

2 of 3

USAO-DC-424357

December 29, 2020 – December 30, 2020, 2:39 PM

**From: Shane Lamond <2024370434>**
**To: Leslie Parsons <2024875277>**

Outgoing Call to 2024875277 | Voicemail|

Duration: 0:03

12/30/2020 2:25 PM
[*Phone Call*]

**From: Leslie Parsons <2024875277>**
**To: Shane Lamond <2024370434>**

Two minutes

12/30/2020 2:25 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Leslie Parsons <2024875277>**

Copy

12/30/2020 2:25 PM
[*iMessage*]

**From: Leslie Parsons <2024875277>**
**To: Shane Lamond <2024370434>**

Incoming Call from 2024875277 | Answered |

Duration: 6:00

12/30/2020 2:39 PM
[*Phone Call*]

USAO-DC-424358

December 30, 2020, 5:56 PM – December 31, 2020

---

**To: Ashan Mufti <ashan.mufti@dc.gov>**

Detective Mufti recieves signed arrest warrant for Tarrio from judge

12/30/2020 5:56 PM
[*Email*]

---

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

Incoming Call from Shane FBI Police |

Duration: 849 seconds

12/30/2020 6:20 PM
[*Telegram Call*]

---

**From: Enrique Tarrio <581632416>**
**To: mamafe <1431764167>**

*<Voice or Instant Video>*

*[Audio File Unrecovered]*

12/30/2020 6:35 PM
[*Telegram Private Chat*]

---

**From: Enrique Tarrio <581632416>**
**To: Ministry Of Self Defense <4778170400>**

Emergency voice chat.

12/30/2020 6:38 PM
[*Telegram Group Chat*]

---

**From: Enrique Tarrio <581632416>**
**To: Ministry Of Self Defense <4778170400>**

Hit join

12/30/2020 6:38 PM
[*Telegram Group Chat*]

---

**From: Robert Glover <2024971162>**
**To: Shane Lamond <2024370434>**

Incoming Call from 20249711562 | Answered |

Duration: 9:56

12/30/2020 6:52 PM
[*Phone Call*]

---

**From: Enrique Tarrio <581632416>**
**To: mamafe <1431764167>**

My contact just called me

12/30/2020 6:55 PM
[*Telegram Private Chat*]

---

GOVERNMENT
EXHIBIT
4021

USAO-DC-424359

December 30, 2020, 5:56 PM – December 31, 2020

From: Enrique Tarrio <581632416>
To: mamafe <1431764167>

DA hasn't signed it yet

12/30/2020 6:55 PM
[*Telegram Private Chat*]

From: Enrique Tarrio <581632416>
To: mamafe <1431764167>

He says they wanna take me on stage...this is gonna be fun

12/30/2020 6:56 PM
[*Telegram Private Chat*]

From:  Enrique Tarrio <581632416>
To: mamafe <1431764167>

They want a show...I'll give them one

12/30/2020 6:58 PM
[*Telegram Private Chat*]

From: Ashan Mufti <ashan.mufti@dc.gov>
To: Paul Courtney <pcourtney@usa.doj.gov>
Leslie Parsons <leslie.parsons@dc.gov>
Nicole Copeland <nicoleg.copleand@dc.gov>
et al.

Detective Mufti sends signed arrest warrant for Enrique Tarrio to USAO and his chain of command

12/30/2020 7:01 PM
[*Email*]

From: Johnny Blackbeard <759787552>
To: Ministry Of Self Defense <4778170400>

What's up, was in the shower

12/30/2020 7:12 PM
[*Telegram Private Chat*]

From: NobleBeard <1261651524>
To: Ministry Of Self Defense <4778170400>

The n----- is going to jail

12/30/2020 7:12 PM
[*Telegram Private Chat*]

From: Enrique Tarrio <581632416>
To: Ministry Of Self Defense <4778170400>

Info stays here

12/30/2020 7:12 PM
[*Telegram Group Chat*]

USAO-DC-424360

December 30, 2020, 5:56 PM – December 31, 2020

**From: Johnny Blackbeard <759787552>**
**To: Ministry Of Self Defense <4778170400>**

Why now

12/30/2020 7:12 PM
[*Telegram Group Chat*]

**From: Enrique Tarrio <581632416>**
**To: Ministry Of Self Defense <4778170400>**

No one else knows

12/30/2020 7:12 PM
[*Telegram Group Chat*]

**From: NobleBeard <1261651524>**
**To: Ministry Of Self Defense <4778170400>**

Burning honored black fellows banners

12/30/2020 7:12 PM
[*Telegram Group Chat*]

**From: Johnny Blackbeard <759787552>**
**To: Ministry Of Self Defense <4778170400>**

I thought you were assured it was nothing

12/30/2020 7:13 PM
[*Telegram Group Chat*]

**From: Enrique Tarrio <581632416>**
**To: Ministry Of Self Defense <4778170400>**

It's just the misdemeanor. Not hate crime

12/30/2020 7:13 PM
[*Telegram Group Chat*]

**From: Enrique Tarrio <581632416>**
**To: Ministry Of Self Defense <4778170400>**

And it hasn't been solid yet

12/30/2020 7:13 PM
[*Telegram Group Chat*]

**From: Johnny Blackbeard <759787552>**
**To: Ministry Of Self Defense <4778170400>**

Then why jail? I knocked a cop out and never went in

12/30/2020 7:13 PM
[*Telegram Group Chat*]

USAO-DC-424361

December 30, 2020, 5:56 PM – December 31, 2020

**From: NobleBeard <1261651524>**
**To: Ministry Of Self Defense <4778170400>**

It's always a HATE crime

12/30/2020 7:13 PM
*[Telegram Group Chat]*

**From: Enrique Tarrio <581632416>**
**To: Ministry Of Self Defense <4778170400>**

They'll probably drop the charges or something

12/30/2020 7:14 PM
*[Telegram Group Chat]*

**From: Enrique Tarrio <581632416>**
**To: Ministry Of Self Defense <4778170400>**

They want the arrest

12/30/2020 7:14 PM
*[Telegram Group Chat]*

**From: Johnny Blackbeard <759787552>**
**To: Ministry Of Self Defense <4778170400>**

Is this coming on the 6th?

12/30/2020 7:14 PM
*[Telegram Group Chat]*

**From: Enrique Tarrio <581632416>**
**To: Ministry Of Self Defense <4778170400>**

The DA might or might not give it to them

12/30/2020 7:14 PM
*[Telegram Group Chat]*

**From: Enrique Tarrio <581632416>**
**To: Ministry Of Self Defense <4778170400>**

I'm pushing for that

12/30/2020 7:15 PM
*[Telegram Group Chat]*

**From: Jeffery Carroll <2024378198>**
**To: Shane Lamond <2024370434>**

Shane, call John branch about the arrival info for Enrique

12/31/2020 7:10 PM
*[iMessage]*

USAO-DC-424362

December 30, 2020, 5:56 PM – December 31, 2020

**From: Shane Lamond <2024370434>**
**To: Jeffery Carroll <2024378198>**

Copy

12/31/2020 7:12 PM
[*iMessage*]

USAO-DC-424363

January 1, 2021, 1:06 PM – 1:11 PM

**From: Shane Lamond <2024370434>**
**To: John Donohue <9174171702>**

TIGHT HOLD on this but I may lose him as a source soon. Our CID got a warrant for him for burning them BLM banner. They are going to pick him up next week when he is in town so he may not speak to me anymore…

1/1/2021 1:06 PM
[*SMS/MMS*]

**From: John Donohue <9174171702>**
**To: Shane Lamond <2024370434>**

That sucks. Not a word.

1/1/2021 1:06 PM
[*SMS/MMS*]

**From: John Donohue <9174171702>**
**To: Shane Lamond <2024370434>**

And it's a nonsense summons, no?

1/1/2021 1:07 PM
[*SMS/MMS*]

**From: John Donohue <9174171702>**
**To: Shane Lamond <2024370434>**

That's all we'd give in NYC for a flag fire.

1/1/2021 1:08 PM
[*SMS/MMS*]

**From: Shane Lamond <2024370434>**
**To: John Donohue <9174171702>**

No, we don't have those in DC. It's a full fledged arrest warrant. He will get locked up, fingerprinted, photographed, and be sent in front of a judge

1/1/2021 1:09 PM
[*SMS/MMS*]

**From: John Donohue <9174171702>**
**To: Shane Lamond <2024370434>**

Well if it's an US. Antifa walks away with an admonishment

1/1/2021 1:09 PM
[*SMS/MMS*]

USAO-DC-424364

January 1, 2021, 1:06 PM – 1:11 PM

**From: John Donohue <9174171702>**
**To: Shane Lamond <2024370434>**

That's very weird. Especially in such a liberal town

1/1/2021 1:10 PM
[*SMS/MMS*]

**From: Shane Lamond <2024370434>**
**To: John Donohue <9174171702>**

That's what I said. They were contemplating making this one a hate crime. I said if that's the case they would have to make all of the us taken and burned by Antifa hate crimes. They backed off then

1/1/2021 1:10 PM
[*SMS/MMS*]

**From: Shane Lamond <2024370434>**
**To: John Donohue <9174171702>**

In the end it's a misdemeanor charge so it won't go far but it was very political

1/1/2021 1:11 PM
[*SMS/MMS*]

**From: John Donohue <9174171702>**
**To: Shane Lamond <2024370434>**

Let's discuss in person...

1/1/2021 1:11 PM
[*SMS/MMS*]

USAO-DC-424365

January 1, 2021, 1:33 PM – January 2, 2021

**From: Enrique Tarrio <581632416>**
**To: Oly <850106533>**

So they did all of this for a misdemeanor. The DA hasn't signed the warrant...I don't know if they're going to. But there's not "hate crime" enhancements

1/1/2021 1:33 PM
*[Telegram Private Chat]*

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

Did what. What's going on

1/1/2021 1:38 PM
*[Telegram Private Chat]*

**From: Enrique Tarrio <581632416>**
**To: Oly <850106533>**

DC metro submitted an arrest warrant to the Attorneys office

1/1/2021 1:38 PM
*[Telegram Private Chat]*

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

Incredible

1/1/2021 1:39 PM
*[Telegram Private Chat]*

**From: Enrique Tarrio <581632416>**
**To: Oly <850106533>**

Destruction of property. No hate crime enhancement

1/1/2021 1:39 PM
*[Telegram Private Chat]*

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

🧛.

1/1/2021 1:39 PM
*[Telegram Private Chat]*

**From: Enrique Tarrio <581632416>**
**To: Oly <850106533>**

But he says that he's doesn't think they're going to sign off on it

1/1/2021 1:40 PM
*[Telegram Private Chat]*

GOVERNMENT
EXHIBIT
4023

1 of 12

January 1, 2021, 1:33 PM – January 2, 2021

**From: Enrique Tarrio <581632416>**
**To: Oly <850106533>**

Because they're afraid I'll take it to trial and their argument is very weak

1/1/2021 1:41 PM
[*Telegram Private Chat*]

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

They will do it to make a point

1/1/2021 1:41 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Oly <850106533>**

So will I

1/1/2021 1:42 PM
[*Telegram Private Chat*]

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

Yeah ok. DC is all democrats and the jury will convict you because you are the leader of the Proud Boys

1/1/2021 1:42 PM
[*Telegram Private Chat*]

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

What a waste of tax dollars on that shit

1/1/2021 1:43 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Oly <850106533>**

Lol to contact another dept 4 states away

1/1/2021 1:43 PM
[*Telegram Private Chat*]

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

There murder rate is high and they are focusing on this shit

1/1/2021 1:43 PM
[*Telegram Private Chat*]

USAO-DC-424367

January 1, 2021, 1:33 PM – January 2, 2021

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

Or maybe they don't want you to go on the 6th

1/1/2021 1:45 PM
*[Telegram Private Chat]*

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

So that you don't help the President

1/1/2021 1:45 PM
*[Telegram Private Chat]*

**From: Enrique Tarrio <581632416>**
**To: Oly <850106533>**

If I walk into the station on the 4th they'll have no choice but to pick me up

1/1/2021 1:46 PM
*[Telegram Private Chat]*

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

Don't do it

1/1/2021 1:46 PM
*[Telegram Private Chat]*

**From: Enrique Tarrio <581632416>**
**To: Oly <850106533>**

Can't miss my flight on Friday

1/1/2021 1:47 PM
*[Telegram Private Chat]*

**From: Enrique Tarrio <581632416>**
**To: Oly <850106533>**

I rather let that bandage tear

1/1/2021 1:47 PM
*[Telegram Private Chat]*

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

😂😂😂.

1/1/2021 1:47 PM
*[Telegram Private Chat]*

USAO-DC-424368

January 1, 2021, 1:33 PM – January 2, 2021

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

You are so stubborn

1/1/2021 1:48 PM
[*Telegram Private Chat*]

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

Coñjo

1/1/2021 1:48 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Oly <850106533>**

That's if they sign the warrant

1/1/2021 1:48 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 50> NOBLE LEAD set the self-destruct timer to 1 hour

1/1/2021 1:48 PM
[*Telegram Secret Chat*]

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

Martin said that it's a misdemeanor and it didn't happen in the presence of an officer

1/1/2021 1:49 PM
[*Telegram Private Chat*]

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

Fucking a joke

1/1/2021 1:49 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 52> NOBLE LEAD set the self-destruct timer to 30 seconds

1/1/2021 1:49 PM
[*Telegram Secret Chat*]

USAO-DC-424369

January 1, 2021, 1:33 PM – January 2, 2021

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

But it's ok for them to destroy and vandalize
Republicans property or assault them

1/1/2021 1:50 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Oly <850106533>**

Yes it is

1/1/2021 1:50 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Oly <850106533>**

They're immune

1/1/2021 1:50 PM
[*Telegram Private Chat*]

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

😩😩😩😩😩.

1/1/2021 1:51 PM
[*Telegram Private Chat*]

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

Is your attorney going with you

1/1/2021 1:51 PM
[*Telegram Private Chat*]

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

Do you need me to go

1/1/2021 1:52 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Oly <850106533>**

It'll be fine

1/1/2021 2:00 PM
[*Telegram Private Chat*]

USAO-DC-424370

January 1, 2021, 1:33 PM – January 2, 2021

**From: Enrique Tarrio <581632416>**
**To: Oly <850106533>**

I'll wait till it happens. I'm not going to talk to anyone

1/1/2021 2:01 PM
[*Telegram Private Chat*]

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

First of all they don't have you pulling down the sign. Second it was on the street making it trash on public sidewalk

1/1/2021 2:01 PM
[*Telegram Private Chat*]

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

WTF

1/1/2021 2:01 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Oly <850106533>**

Exactly.  I was getting rid of some garbage

1/1/2021 2:02 PM
[*Telegram Private Chat*]

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

Now I have a headache

1/1/2021 2:03 PM
[*Telegram Private Chat*]

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

Great

1/1/2021 2:03 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Oly <850106533>**

They throw out misdemeanors all the time.  Specially when it's during protests

1/1/2021 2:04 PM
[*Telegram Private Chat*]

USAO-DC-424371

January 1, 2021, 1:33 PM – January 2, 2021

**From: Enrique Tarrio <581632416>**
**To: Oly <850106533>**

Including my guys

1/1/2021 2:04 PM
[*Telegram Private Chat*]

**From: mamafe <1431764167>**
**To: Enrique Tarrio <581632416>**

Have you heard anything about that warrant

1/1/2021 7:11 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: mamafe <1431764167>**

They can't sign it till Monday

1/1/2021 7:12 PM
[*Telegram Private Chat*]

**From: John Haines <john.haines@dc.gov>**
**To: Shane Lamond <2024370434>**

Shane do we have any flight info or travel info on when and whre Enrique Tarrio will arrive in DC or which airport

1/1/2021 8:25 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: John Haines <john.haines@dc.gov>**

No specific flight info, but I know he is fying into DCA on 1/4.  Don't have the time

1/1/2021 8:31 PM
[*iMessage*]

**From: John Haines <john.haines@dc.gov>**
**To: Shane Lamond <2024370434>**

Ok. Thanks

1/1/2021 8:32 PM
[*iMessage*]

**From: Shane Lamond <shane.lamond@dc.gov>**
**To: Charlie Cox <charlie.cox@tsa.dhs.gov>**

Lamond: "I am hoping that you can help me with something. MPD has obtained an arrest warrant for someone in connection with the December 12th protest in Washington, DC. We have information to believe the person will be flying into DCA on January 4th. Is it possible to check to see if the person has booked travel into DCA?"

1/1/2021 8:37 PM
[*Email*]

USAO-DC-424372

January 1, 2021, 1:33 PM – January 2, 2021

**From: Shane Lamond <2024370434>**
**To: John Haines <john.haines@dc.gov>**

I just reached out to my TSA contact to see if they have access to booking information.  Will let you know if I can confirm his flight info

1/1/2021 8:37 PM
[*iMessage*]

**From: John Haines <john.haines@dc.gov>**
**To: Shane Lamond <2024370434>**

Thanks.  We tried ours but with the holiday weekend no success on a response

1/1/2021 8:38 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: John Haines <john.haines@dc.gov>**

Copy.  I just emailed mine so I will let you know when he responds

1/1/2021 8:39 PM
[*iMessage*]

**From: John Haines <john.haines@dc.gov>**
**To: Shane Lamond <2024370434>**

Thank you

1/1/2021 8:39 PM
[*iMessage*]

**From: Robert Pond <7039678616>**
**To: Shane Lamond <2024370434>**

Hey Shane, sorry to bother you. It seems that we have a "credible source " that is indicating PB are going to the Hampton inn on king st in Alexandria. Can you verify?

1/1/2021 9:57 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Robert Pond <7039678616>**

Yep I will check now but that seems a little far out

1/1/2021 9:58 PM
[*iMessage*]

**From: Robert Pond <7039678616>**
**To: Shane Lamond <2024370434>**

Thanks!

1/1/2021 9:58 PM
[*iMessage*]

USAO-DC-424373

January 1, 2021, 1:33 PM – January 2, 2021

**From: Shane Lamond <2024370434>**
**To: Robert Pond <7039678616>**

You're welcome. Message sent. Will let you know when I get a response

1/1/2021 10:11 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Robert Pond <7039678616>**

Just heard back. Said he doesn't think any PB are staying in VA, and certainly not that far south

1/1/2021 10:13 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Robert Pond <7039678616>**

I'm sure there is a very good chance Trump supporters will be staying there but not PB

1/1/2021 10:14 PM
[*iMessage*]

**From: Robert Pond <7039678616>**
**To: Shane Lamond <2024370434>**

Thanks again!

1/1/2021 10:14 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Robert Pond <7039678616>**

Anytime, brother

1/1/2021 10:14 PM
[*iMessage*]

**From: Shane Lamond <shane.lamond@dc.gov>**
**To: Charlie Cox <charlie.cox@tsa.dhs.gov>**

Lamond: "Please see attached document. Password to follow."

Attached document, entitled "Subject Info" is a Microsoft Word document containing Tarrio's name, date of birth and last known address

1/1/2021 11:24 PM
[*Email*]

USAO-DC-424374

January 1, 2021, 1:33 PM – January 2, 2021

**From: Shane Lamond <2024370434>**
**To: John Haines <john.haines@dc.gov>**

Hey John, my TSA guy is going to come through for us. He can only check 72 hours out so he is going to hold off on checking until tomorrow. Will advise when he responds

1/1/2021 11:38 PM
[*iMessage*]

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

Any update on the Warrant?

1/2/2021 2:26 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Oly <850106533>**

Won't know until I land

1/2/2021 2:31 PM
[*Telegram Private Chat*]

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

O [sic] my god.

1/2/2021 2:31 PM
[*Telegram Private Chat*]

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

Did you go to Rubio's

1/2/2021 2:31 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Oly <850106533>**

telegram-cloud-photo-size-1-5154871576485800141-m.jpg



1/2/2021 2:32 PM
[*Telegram Private Chat*]

USAO-DC-424375

January 1, 2021, 1:33 PM – January 2, 2021

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

I love it

1/2/2021 2:32 PM
*[Telegram Private Chat]*

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

But not a lot of people

1/2/2021 2:32 PM
*[Telegram Private Chat]*

**From: Charlie Cox <charlie.cox@tsa.dhs.gov>**
**To: Shane Lamond <shane.lamond@dc.gov>**

Cox: "Shane, Also I show LKA via CLEAR, source Experian as of 10/17/2020: 5730 SW 142 Ct, Miami, FL, 33184 Miami-Dade County Gate 40?"



1/2/2021 7:09 PM
*[Email]*

**From: Shane Lamond <2024370434>**
**To: Leslie Parsons <2024875277>**
**Jeffery Carroll <2024378198>**
**John Haines <2025537511>**

Here's his flight info

1/2/2021 8:33 PM
*[SMS/MMS]*

**From: Leslie Parsons <2024875277>**
**To: Shane Lamond <2024370434>**
**Jeffery Carroll <2024378198>**
**John Haines <2025537511>**

Thanks.

1/2/2021 8:33 PM
*[SMS/MMS]*

USAO-DC-424376

January 1, 2021, 1:33 PM – January 2, 2021

**From: John Haines <john.haines@dc.gov>**
**To: Shane Lamond <2024370434>**
**Jeffery Carroll <2024378198>**
**Leslie Parsons <2024875277>**

Awesome.  Thank you

1/2/2021 8:34 PM
[*iMessage*]

USAO-DC-424377

January 4, 2021

---

**Tarrio checks in for AA flight 4782 from MIA-DCA**

1/4/2021 6:44 AM
*[American Airlines]*

---

**Tarrio checks in baggage for AA flight 4782 from MIA-DCA**

1/4/2021 7:27 AM
*[American Airlines]*

---

Tarrio's originally scheduled AA flight 4782 from MIA-DCA: "PAX WAS LATE AT THE GATE 11 MIN PRIOR DEPARTURE, I WAS PROCESING STANBYE LIST ALREADY, I EXPLAIN THAT SINCE 15 MIN PRIOR WE SUPOST TO START PROCESING STANBYE AND I WAIT UNTIL 12 MIN WAITING FOR HIM, BUT HE ITS SUPOST TO BE AT THE DEP GATE 30 MIN PRIOR DEPARTURE. PAX WAS VERY UPSET AND CURSING SAYING BULL SHIT TO ME AND TO THE LEAD AGENT"

1/4/2021 8:33 AM
*[American Airlines]*

---

**From: John Donohue <9174171702>**
**To: Shane Lamond <2024370434>**

FYI. Tarrio may be staying at Phoenix Park hotel.

1/4/2021 9:23 AM
*[iMessage]*

---

**From: Shane Lamond <2024370434>**
**To: John Donohue <9174171702>**

Yes that's confirmed. Supposed to be arriving later today

1/4/2021 9:24 AM
*[iMessage]*

---

**From: Shane Lamond <2024370434>**
**To: John Donohue <9174171702>**

Will talk in person for additional info

1/4/2021 9:24 AM
*[iMessage]*

---

**From: Shane Lamond <2024370434>**
**To: Ben Tyler <7034315078>**

ET changed his flight info. Was supposed to arrive this morning, now not coming until this afternoon. Our Crim Apprehension Unit will be picking him up as soon as he enters the city

1/4/2021 9:38 AM
*[WhatsApp Message]*

---

**Tarrio boards AA flight 925 from MIA to DCA**

1/4/2021 11:55 AM
*[American Airlines]*

---

USAO-DC-424378

January 4, 2021

**Tarrio's actual flight from MIA-DCA**

1/4/2021 12:29 PM
*[American Airlines]*

From: Shane Lamond <869476955>
To: Enrique Tarrio <581632416>

<MessageID 93> Shane FBI Police set the self-destruct
timer to 10 seconds

1/4/2021 1:02 PM
*[Telegram Secret Chat]*

From: Enrique Tarrio <581632416>
To: mamafe <1431764167>

Warrant was signed

1/4/2021 1:30 PM
*[Telegram Private Chat]*

From: Enrique Tarrio <581632416>
To: Avva <1443484443>

Warrant for my arrest was just signed

1/4/2021 1:30 PM
*[Telegram Private Chat]*

From: Enrique Tarrio <581632416>
To: Ministry Of Self Defense <4778170400>

The warrant was just signed

1/4/2021 1:31 PM
*[Telegram Group Chat]*

From: Avva <1443484443>
To: Enrique Tarrio <581632416>

Omg

1/4/2021 1:32 PM
*[Telegram Private Chat]*

From: Avva <1443484443>
To: Enrique Tarrio <581632416>

Babe :/

1/4/2021 1:32 PM
*[Telegram Private Chat]*

2 of 4

January 4, 2021

**From: Enrique Tarrio <581632416>**
**To: Avva <1443484443>**

It's cool. They'll have to have me in and out

1/4/2021 1:32 PM
[*Telegram Private Chat*]

**From: Avva <1443484443>**
**To: Enrique Tarrio <581632416>**

When you land? Are they taking you on stage

1/4/2021 1:33 PM
[*Telegram Private Chat*]

**From: Avva <1443484443>**
**To: Enrique Tarrio <581632416>**

This is so fucked

1/4/2021 1:33 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Avva <1443484443>**

Don't know if my contact will tell me that

1/4/2021 1:33 PM
[*Telegram Private Chat*]

**From: mamafe <1431764167>**
**To: Enrique Tarrio <581632416>**

Fuck

1/4/2021 1:36 PM
[*Telegram Private Chat*]

**From: mamafe <1431764167>**
**To: Enrique Tarrio <581632416>**

Try to keep me in the loop

1/4/2021 1:37 PM
[*Telegram Private Chat*]

**From: mamafe <1431764167>**
**To: Enrique Tarrio <581632416>**

Although I'll understand if you can't

1/4/2021 1:37 PM
[*Telegram Private Chat*]

USAO-DC-424380

January 4, 2021

**From: Enrique Tarrio <581632416>**
**To: Bianca TuVoz <469344339>**

The warrant has been signed

1/4/2021 2:04 PM
*[Telegram Private Chat]*

**From: Enrique Tarrio <581632416>**
**To: Skull and Bones 2020/2021**
**<4755540701>**

Warrant has been signed.

1/4/2021 2:47 PM
*[Telegram Group Chat]*

**From: Enrique Tarrio <581632416>**
**To: Jacob Engels Z4 <666419820>**

Warrant for my arrest is out

1/4/2021 3:16 PM
*[Telegram Private Chat]*

**From: Shane Lamond <2024370434>**
**To: John Donohue <9174171702>**

ET locked up for warrant

1/4/2021 4:17 PM
*[iMessage]*

**Arrest of Enrique Tarrio**

1/4/2021 4:18 PM
*[MPD Case File]*

USAO-DC-424381

January 7, 2021 – January 27, 2021

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 1> I think I could have stopped this whole thing.

1/7/2021 3:25 AM
*[Telegram Secret Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 1> I don't know, bro. You know it's fucking bad when Alex Jones was the voice of reason and they wouldn't listen to him. He got on the bullhorn and urged everyone to stop attacking the police and march around the US Capitol and they ignored him

1/7/2021 7:55 AM
*[Telegram Secret Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 2> How you holding up? I checked on your charges and the Poss of High Capacity Mags is a felony

1/7/2021 7:55 AM
*[Telegram Secret Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 2> <Reply to: How you holding up? I checked on your charges and the Poss of High Capacity Mags is a felony> So gay

1/7/2021 8:38 AM
*[Telegram Secret Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 3> <Reply to: I don't know, bro. You know it's fucking bad when Alex Jones was the voice of reason and they wouldn't listen to him. He got on the bullhorn and urged everyone to stop attacking the police and march around the US Capitol and they ignored him>

Yeah but I have guys I can line up...he doesn't

1/7/2021 8:39 AM
*[Telegram Secret Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 4> Lol

1/7/2021 8:39 AM
*[Telegram Secret Chat]*

GOVERNMENT
EXHIBIT
4025
_____

USAO-DC-424382

January 7, 2021 – January 27, 2021

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 3> That is true

1/7/2021 9:39 AM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 4> Yesterday was a total shitshow

1/7/2021 9:40 AM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 5> I have someone you guys might be looking for.

Nicole Danielle Roberson.

She had Maryland police go to her house yesterday.

1/7/2021 10:36 AM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 6> She thinks they came because of the Capitol stuff.

1/7/2021 10:37 AM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 5> Copy. Not that I'm aware of offhand but i will check

1/7/2021 10:44 AM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 6> I know we are working on identifying a number of people

1/7/2021 10:45 AM
[*Telegram Secret Chat*]

USAO-DC-424383

January 7, 2021 – January 27, 2021

**From: Brian Carney <4438482927>**
**To: Shane Lamond <2024370434>**

[Video File] MOV_8812.mov



1/7/2021 11:03 AM
[*iMessage*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 7> Let me know if she's on your list. I'll have her turn herself in

1/7/2021 11:14 AM
[*Telegram Secret Chat*]

**From: Shane Lamond <2024370434>**
**To: Brian Carney <4438482927>**

Thanks, Brian. The one we were looking at is Nicole Danielle Roberson.

1/7/2021 11:15 AM
[*iMessage*]

**From: Brian Carney <4438482927>**
**To: Shane Lamond <2024370434>**

Ok I'll look into it

1/7/2021 11:20 AM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Julie Farnam <6176534771>**

Hey Julie can you send me the FBI list?

1/7/2021 3:17 PM
[*SMS/MMS*]

**From: Julie Farnam <julie.farnam@uscp.gov>**
**To: Shane Lamond <shane.lamond@dc.gov>**

Email with subject line "FBI's List" and approximately 25 names in body of email

1/7/2021 3:30 PM
[*Email*]

USAO-DC-424384

January 7, 2021 – January 27, 2021

**From: Julie Farnam <6176534771>**
**To: Shane Lamond <2024370434>**

Sent

1/7/2021 3:33 PM
*[SMS/MMS]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 7> Nope. Not on our list

1/7/2021 3:37 PM
*[Telegram Secret Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 8> Looks like the feds are locking people up for rioting at the Capitol. I hope none of your guys were among them.

1/8/2021 7:51 PM
*[Telegram Secret Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 8> So far from what I'm seeing and hearing we're good.

1/8/2021 7:53 PM
*[Telegram Secret Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 9> Great to hear. Of course I can't say it officially, but personally I support you all and don't want to see your group's name or reputation dragged through the mud

1/8/2021 7:59 PM
*[Telegram Secret Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 9> One of my guys did get arrested in Hawaii. But he was just in there behind people. Recorded the whole thing for his YouTube. No damage

1/8/2021 7:59 PM
*[Telegram Secret Chat]*

USAO-DC-424385

January 7, 2021 – January 27, 2021

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 10> <Reply to: Great to hear. Of course I can't say it officially, but personally I support you all and don't want to see your group's name or reputation dragged through the mud> Thanks but I think we're passed that...the brunt of this will come down on us.

1/8/2021 8:00 PM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 11> Past*

1/8/2021 8:00 PM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 10> It's not going to matter. Simply entering the building will be enough to get charged. Being up on the upper terrace past the police lines may even be enough

1/8/2021 8:00 PM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 12> Yeah I know. Will those be felonies?

1/8/2021 9:01 PM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 11> Yes. 100%

1/8/2021 9:09 PM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 13> What felony is it?

1/8/2021 9:10 PM
[*Telegram Secret Chat*]

USAO-DC-424386

January 7, 2021 – January 27, 2021

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 12> 18 USC 1752 - Restricted Building or Ground

1/8/2021 9:17 PM
*[Telegram Secret Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 13> Lots of bad and misinformation circulating around regarding your group. I need you to be totally honest with me. Are there any plans for PB to be in DC anytime between January 16-20? You can call if you prefer. Thanks

1/9/2021 12:45 PM
*[Telegram Secret Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 14> At ALL

1/9/2021 12:56 PM
*[Telegram Secret Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 14> Copy. A private organization put an alert that specifically mentions PROUD BOYS will be conducting armed protests at every state Capitol and US Capitol on January 17th

1/9/2021 12:57 PM
*[Telegram Secret Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 15> I take it you mean NOT at all?

1/9/2021 12:58 PM
*[Telegram Secret Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 15> <audio/ogg> secret-file-5175186517936570551-1

*[Transcript: "Uh… Yeah. Not at all. We're uh… Definitely not going anywhere."]*

1/9/2021 1:07 PM
*[Telegram Secret Chat]*

USAO-DC-424387

January 7, 2021 – January 27, 2021

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 16> <audio/ogg> secret-file-
5175012155149254839-1

*[Transcript: "Give me a few and I'll give you a call."]*

1/9/2021 1:07 PM
*[Telegram Secret Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 16> Sounds good

1/9/2021 1:07 PM
*[Telegram Secret Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

Outgoing Call to Shane FBI Police |

Duration: 1522 seconds

1/9/2021 1:48 PM
*[Telegram Call]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 17> <image/jpg>

ph-004BBD65-634F-4039-A961-
83E018B3ED63_L0_001--4822025450748646744



1/9/2021 5:08 PM
*[Telegram Secret Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 17> <Reply to: <image/jpg> ph-
004BBD65-634F-4039-A961-83E018B3ED63_L0_001--
4822025450748646744> That's a felony?

1/9/2021 5:11 PM
*[Telegram Secret Chat]*

USAO-DC-424388

January 7, 2021 – January 27, 2021

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 18> Yes

1/9/2021 5:13 PM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 19> Same ones first 13 were charged with

1/9/2021 5:14 PM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 20> What are we standing by for??

1/9/2021 11:25 PM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 18> <Reply to: What are we standing by for??> Huh?

1/9/2021 11:32 PM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 21> Joe Biggs just posted "Stand by" on Parler

1/9/2021 11:32 PM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 19> Dunno but we just banned rallies for awhile

1/9/2021 11:33 PM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 20> A while

1/9/2021 11:33 PM
[*Telegram Secret Chat*]

USAO-DC-424389

January 7, 2021 – January 27, 2021

From: Shane Lamond <869476955>
To: Enrique Tarrio <581632416>

<MessageID 22> That's a good idea

1/9/2021 11:34 PM
[*Telegram Secret Chat*]

From: Enrique Tarrio <581632416>
To: Shane Lamond <869476955>

<MessageID 21> It looks like his account is hacked or something. Look at the posts under that

1/9/2021 11:34 PM
[*Telegram Secret Chat*]

From: Enrique Tarrio <581632416>
To: Shane Lamond <869476955>

<MessageID 22> <image/jpg> secret-file-5175018369966932151-1



1/9/2021 11:34 PM
[*Telegram Secret Chat*]

From: Shane Lamond <869476955>
To: Enrique Tarrio <581632416>

<MessageID 23> I gotcha. Lots of eyes are on you all right now. I got a First Alert on his post 😂.

1/9/2021 11:35 PM
[*Telegram Secret Chat*]

From: Enrique Tarrio <581632416>
To: Shane Lamond <869476955>

<MessageID 23> But I'm sure that doesn't mean what people think it means lol.

1/9/2021 11:56 PM
[*Telegram Secret Chat*]

USAO-DC-424390

January 7, 2021 – January 27, 2021

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 24> <image/jpg>

ph-5BD0A733-B36C-49FA-AA42-
0385802EE92C_L0_001--2421949073269359324



1/12/2021 2:49 PM
*[Telegram Secret Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 25> Is this legit?

1/12/2021 2:49 PM
*[Telegram Secret Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 24> <Reply to: <image/jpg> ph-
5BD0A733-B36C-49FA-AA42-0385802EE92C_L0_001--
2421949073269359324> What is this?

1/12/2021 3:44 PM
*[Telegram Secret Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 26> Claiming to be a proud boys sticker

1/12/2021 4:03 PM
*[Telegram Secret Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 25> <audio/ogg> secret-file-
5183797759861326305-1

*[Transcript: "I don't know. Let me check, but…"]*

1/12/2021 4:43 PM
*[Telegram Secret Chat]*

10 of 12

USAO-DC-424391

January 7, 2021 – January 27, 2021

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 27> Do you know if any of your guys will be at VA Lobby Day on the 18th?

1/12/2021 4:44 PM
*[Telegram Secret Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 26> <audio/ogg> secret-file-5183686292575093143-1

*[Transcript: "Doubt. Big doubt. Uh… I might go, uh, but I don't think I'll make it. There's like a, probably, uh, 20% chance of me going."]*

1/12/2021 4:44 PM
*[Telegram Secret Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 27> <audio/ogg> secret-file-5183901990127665427-1

*[Transcript: "My guys don't even know that uh… If I do go my guys won't even know that I'm going."]*

1/12/2021 4:45 PM
*[Telegram Secret Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 28> Enrique set the self-destruct timer to 30 seconds

1/13/2021 8:52 PM
*[Telegram Secret Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 34> <Self-Destruct Timer: 30 seconds>
Hey brother, are your guys planning to come to DC on March 4th?

1/16/2021 6:47 PM
*[Telegram Secret Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 35> <Self-Destruct Timer: 30 seconds>
Bump

1/19/2021 11:06 AM
*[Telegram Secret Chat]*

USAO-DC-424392

January 7, 2021 – January 27, 2021



USAO-DC-424393

**Timeline**
**Shane Lamond's Contacts**
**(Employment information as of date of communication)**

| Individual | Position | Division | Agency |
|---|---|---|---|
| John Branch | Captain | Narcotics & Special Investigations Division | DC Metropolitan Police Department |
| Jeffery Carroll | Assistant Chief | Homeland Security Bureau | DC Metropolitan Police Department |
| Nicole Copeland | Detective Sergeant | Riot Task Force (within Criminal Investigations Division) | DC Metropolitan Police Department |
| Robert Glover | Captain | Special Operations Division (within Homeland Security Bureau) | DC Metropolitan Police Department |
| John Haines | Commander | Narcotics & Special Investigations Division | DC Metropolitan Police Department |
| David Hong | Captain | Special Liaison Branch | DC Metropolitan Police Department |
| Carolyn Montagna | Director | Joint Strategic and Tactical Analysis Command Center (within Homeland Security Bureau) | DC Metropolitan Police Department |
| Ahsan Mufti | Detective | Riot Task Force (within Criminal Investigations Division) | DC Metropolitan Police Department |
| Leslie "Andy" Parsons | Commander | Criminal Investigations Division | DC Metropolitan Police Department |
| Franklyn Then | Detective | Riot Task Force (within Criminal Investigations Division) | DC Metropolitan Police Department |
| Robert Pond | | | Alexandria Police Department |
| Brian Carney | | | Anne Arundel County Police Department |
| Kevin Riley | | | Arlington County Police Department |
| Paul Courtney | Assistant United States Attorney | Superior Court Division | DC United States Attorney's Office |

**Timeline**
**Shane Lamond's Contacts**
**(Employment information as of date of communication)**

| Individual | Position | Division | Agency |
|---|---|---|---|
| Julianne Johnston | Deputy Chief | Superior Court Division | DC United States Attorney's Office |
| Charlie Cox | Field Intelligence Officer | Transportation Security Administration | Department of Homeland Security |
| Dave Engel | | | Maryland State Police |
| Daren Demarco | | | New York Police Department |
| Justin Scanlon | | | Private Sector (former New York Police Department) |
| John Donohue | Director | Intelligence and Interagency Coordination Division | United States Capitol Police |
| Julie Farnam | Assistant Director | Intelligence and Interagency Coordination Division | United States Capitol Police |
| Carl Holmberg | | | United States Park Police |
| David Lamond | | | United States Park Police |
| Ben Tyler | | | Virginia State Police |

USAO-DC-424395