| | US v Shane Lamond 23-cr-00177 (ABJ) | |
|---|---|---|
| **Exhibit Number** | **Exhibit** | **Bates Range** |
| **SERIES 1000** | | |
| 1001 | Lamond Secret Chat Forensic Report | USAO-DC-00424084-00424087 |
| 1002 | Tarrio Secret Chat Forensic Report | USAO-DC-00424026-00424029 |
| 1003 | Tarrio Phone Forensic Report_Timeline | USAO-DC 00424101-00424134 |
| 1004 | Lamond Phone Forensic Report_Timeline | USAO-DC-00424089-00424124 |
| 1005 | Email from P. Courtney to A. Mufti, Subject : Review Warrant (12/28/20) | USAO-DC-00405187-00405190 |
| 1006 | Manicini Report 1B2 Part One Final | USAO-DC-00424125-00424127 |
| 1006A | 12.20.2020 Email from Shane Lamond to Commander Parsons FW: Subject in Photo | USAO-DC-00424128 |
| 1006B | 12.13.2020 Email from Shane Lamond to Kelly O'Meara re: BLM signs | USAO-DC-424129-00424130 |
| 1006C | 12.22.2020 email from Shane Lamond to Commander Parsons re: Podcast | USAO-DC-00424131-004242132 |
| 1006D | 12.20.2020 email from Shane Lamond to Franklyn Then re: Subject in Photo | USAO-DC-00424133-00424134 |
| 1007 | Mancini Report_1B2 Part 2_Final | USAO-DC-00424135-00424137 |
| 1007A | 1.2.2021 email from Shane Lamond to Charlie Cox, subject: Passenger Check | USAO-DC-00424138 |
| 1007B | 1.3.2021 email from Charlie Cox to Shane Lamond RE: | USAO-DC-00424139 |
| 1007C | 1.2.2021 email from Shane Lamond to Charlie Cox, subject: Subject Info | USAO-DC-00424140-00424141 |
| 1008 | Mancini Report 1B3 Emails Final | USAO-DC-00424142-00424144 |
| 1008A | 12.18.2020 email from Shane Lamond to David T. Hong, Re: BLM Banner | USAO-DC-00424145-00424146 |
| 1008B | 12.18.2020 email from Shane Lamond to Carolyn Montagna, Re: Phone Tip | USAO-DC-00424147-00424148 |
| 1008C | 12.21.2020 email from Shane Lamond to Commander Parsons, Re: Tarrio? | USAO-DC-00424149-00424151 |

| 1009 | 12.21.2020 email from Ahsan Mufti, FW: Review Warrant | USAO-DC-00424053-00424055 |
|---|---|---|
| 1010 | 12.28.2020 email from Julianne Johnston, RE: Review Warrant | USAO-DC-00424056-00424059 |
| 1011 | 12.28.2020 email from Paul Courtney, RE: Review Warrant | USAO-DC-00424060-00424063 |
| 1012 | 12.22.2020 email from Ahsan Mufti with subject: Resubmission # 1 | USAO-DC-00424064 |
| 1013 | 12.30.2020 email from Ashan Mufti, FW: 2020 CRWSLD 005553 Henry Tario | USAO-DC-00405217-00405218 |
| 1014 | 12.29.2020 email from Ahsan Mufti, RE: Resubmission | USAO-DC-00424067-00424069 |
| 1015 | 1.7.2021 email from Julie E. Farnam to Shane Lamond, subject: FBI's List | USAO-DC-00388472 |
| 1016 | Shane Lamond Interview | USAO-DC 013970 |
| 1016A | Shane Lamond Interview Clip at 18:59 to 19:55 | USAO-DC 013970 |
| 1016B | Shane Lamond Interview Clip at 23:35 to 23:53 | USAO-DC 013970 |
| 1016C | Shane Lamond Interview Clip at 24:03 to 24:31 | USAO-DC 013970 |
| 1016D | Shane Lamond Interview Clip at 7:27 to 10:13 | USAO-DC 013970 |
| 1016E | Shane Lamond Interview Clip at 10:13 to 11:55 | USAO-DC 013970 |
| 1016F | Shane Lamond Interview Clip at 2:51 to 3:10 | USAO-DC 013970 |
| | | |
| **SERIES 2000: RECORDS** | | |
| 2001 | American Airlines Flight Records | USAO-DC-00424084-00424085 |
| 2002 | ATT Phone Toll Records for (202) 437-0434 | USAO-DC-00394591-00403109 |
| 2003 | Sprint Phone Toll Records for (703) 863-9829 | USAO-DC-00424032-00424032 |
| 2004 | Sprint Subscriber Records for (703) 863-9829 | USAO-DC-00394506-00394510 |
| 2005 | Tarrio flight information from 01/04/2021 | USAO-DC-424086-424091 |
| 2006 | Tmobile Records for (703) 863-9829 | USAO-DC-00394587 |
| | | |
| **SERIES 3000: MPD DOCUMENTS** | | |
| 3001 | 120.23 - Serious Misconduct Investigations | USAO-DC-00423999-00424014 |
| 3002 | 201.26 - Duties | USAO-DC-00423918-00423929 |
| 3003 | 201.36 - Code of Ethics | USAO-DC-00423930-00423932 |

| | | |
|---|---|---|
| 3004 | 301.04 - Criminal Investigations | USAO-DC-00423933-00423948 |
| 3005 | 601.02 Preservation of Discovery | USAO-DC-00423949-00423951 |
| 3006 | 302.08 - MPD Expectation of Privacy | USAO-DC-00423952-00423963 |
| 3007 | 304.12 - Sources | USAO-DC-00389095-00389114 |
| 3008 | PD-127 - Confidential Fund Expenditure Sheet | USAO-DC-00421691 |
| 3009 | PD-153 - Receipt for Expended Advanced MPDC Funds | USAO-DC-00421692 |
| 3010 | PD-854 - Investigative File Report | USAO-DC-00421693 |
| 3011 | Tarrio - Central Source Registry - MPD | USAO-DC-00421708 |
| 3012 | Lamond - Central Source Registry - MPD | USAO-DC-00421707 |
| | | |
| **SERIES 4000: Miscellaneous** | | |
| 4001 | 12/18/2020 Washington Post Article | USAO-DC-00424017-00424019 |
| 4002 | Video January 5, 2021 | USAO-DC 013992 |
| 4003 | Timeline Final: Summary Chart of communications between 02/09/2020 and 01/07/2021 | USAO-DC-00424030-00424030 |
| 4004 | Parler Post by @NobleLead (12/18/2020) | USAO-DC-00424016-00424016 |
| 4005 | Ex 4005 Summary Chart 10.24.2019 – 6.22.2020 | USAO-DC-00424195-00424208 |
| 4006 | Ex 4006 Timeline Final - Summary Chart of Communications 10.24.2019 - 1.27.2021 | USAO-DC-00424209-00424259 |
| 4007 | Ex 4007 Summary Chart 6.26.2020 – 7.8.2020 | USAO-DC-00424260-00424264 |
| 4008 | Ex 4008 Summary Chart 10.4.2020 – 10.19.2020 | USAO-DC-00424265-00424275 |
| 4009 | Ex 4009 Summary Chart 10.29.2020 | USAO-DC-00424276-00424279 |
| 4010 | Ex 4010 Summary Chart 11.2.2020 | USAO-DC-00424280-00424281 |
| 4011 | Ex 4011 Summary Chart 11.3.2020 – 11.5.2020 | USAO-DC-00424282-00424289 |
| 4012 | Ex 4012 Summary Chart 11.7.2020 | USAO-DC-00424290-00424293 |
| 4013 | Ex 4013 Summary Chart 11.8.2020 | USAO-DC-00424294-00424298 |
| 4014 | Ex 4014 Summary Chart 11.9.2020 – 11.10.2020 | USAO-DC-00424299-00424303 |
| 4015 | Ex 4015 Summary Chart 11.13.2020 | USAO-DC-00424304-00424306 |
| 4016 | Ex 4016 Summary Chart 11.14.2020 – 11.16.2020 | USAO-DC-00424307-00424310 |
| 4017 | Ex 4017 Summary Chart 12.7.2020 – 12.12.2020, 539PM | USAO-DC-00424311-00424320 |
| 4018 | Ex 4018 Summary Chart 12.12.2020, 730PM – 12.20.2020 | USAO-DC-00424321-00424350 |
| 4019 | Ex 4019 Summary Chart 12.21.2020 – 12.28.2020 | USAO-DC-00424351-00424355 |

| | | |
|---|---|---|
| 4020 | Ex 4020 Summary Chart 12.29.2020 – 12.30.2020, 239PM | USAO-DC-00424356-00424358 |
| 4021 | Ex 4021 Summary Chart 12.30.2020, 556PM – 12.31.2020 | USAO-DC-00424359-00424363 |
| 4022 | Ex 4022 Summary Chart 1.1.2021, 106PM – 1.1.2021, 111PM | USAO-DC-00424364-00424365 |
| 4023 | Ex 4023 Summary Chart 1.1.2021, 133PM – 1.2.2021 | USAO-DC-00424366-00424377 |
| 4024 | Ex 4024 Summary Chart 1.4.2021 | USAO-DC-00424378-00424381 |
| 4025 | Ex 4025 Summary Chart 1.7.2021 – 1.27.2021 | USAO-DC-00424382-00424393 |
| 4026 | Ex 4026 Summary Chart Shane Lamond's Contacts | USAO-DC-00424394-00424395 |
| 4027 | Ex 4027 Summary Chart of Messages between Shane Lamond & Enrique Tarrio, Oct 2019 - Jan 2021 | USAO-DC-00424396 |
| 4028 | Ex 4028 Summary Chart of Messages between Shane Lamond & Enrique Tarrio, Nov. 7, 2020 - Jan. 27, 2021 | USAO-DC-00424397 |
| 4029 | Ex 4029 Summary Chart of Messages between Shane Lamond & Enrique Tarrio before Nov. 7, 2020 | USAO-DC-00424398 |
| 4030 | Ex 4030 Summary Chart of Messages between Shane Lamond & Enrique Tarrio, Nov. 7, 2020 - Dec. 12, 2020 | USAO-DC-00424399 |
| 4031 | Ex 4031 Summary Chart of Messages between Shane Lamond & Enrique Tarrio after Dec. 12, 2020 | USAO-DC-00424400 |
| 4032 | Ex 4032 Summary Chart of Messages between Shane Lamond & Enrique Tarrio, Oct. 2019 - Jan. 2021 | USAO-DC-00424401 |
| | | |
| **SERIES 5000 IDENTIFICATION PURPOSES** | | |
| 5001 | Dell Latitude 5424 Rugged laptop computer image report 1 (1B2) | USAO-DC-00421759-00422902 |
| 5002 | Dell Latitude 5424 Rugged laptop computer image report 2 (1B2_Part 2) | USAO-DC-00421720-00421758 |
| 5003 | Dell Precision 3430 desktop computer, model D11S, image report (1B3) | USAO-DC-00422903-00423595 |
| 5004 | Forensic Report_Tarrio | USAO-DC-000021-000023 |
| 5005 | Forensic Report_Lamond | USAO-DC-00417119-00417121 |
| 5006 | Shane Lamond Interview Transcript | USAO-DC-00424154-00424194 |