| Exhibit | Description | Bates Range | Def.'s Objection[1] |
|---|---|---|---|
| **SERIES 1000** | | | |
| 1001 | Lamond Secret Chat Forensic Report | USAO-DC-00424084-00424087 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 1002 | Tarrio Secret Chat Forensic Report | USAO-DC-00424026-00424029 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 1003 | Tarrio Phone Forensic Report_Timeline | USAO-DC 00424101-00424134 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 1004 | Lamond Phone Forensic Report_Timeline | USAO-DC-00424089-00424124 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 1005 | Email from P. Courtney to A. Mufti, Subject : Review Warrant (12/28/20) | USAO-DC-00405187-00405190 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 1006 | Manicini Report 1B2 Part One Final | USAO-DC-00424125-00424127 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 1006A | 12.20.2020 Email from Shane Lamond to Commander Parsons FW: Subject in Photo | USAO-DC-00424128 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 1006B | 12.13.2020 Email from Shane Lamond to Kelly O'Meara re: BLM signs | USAO-DC-424129-00424130 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 1006C | 12.22.2020 email from Shane Lamond to Commander Parsons re: Podcast | USAO-DC-00424131-004242132 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 1006D | 12.20.2020 email from Shane Lamond to Franklyn Then re: Subject in Photo | USAO-DC-00424133-00424134 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 1007 | Mancini Report_1B2 Part 2_Final | USAO-DC-00424135-00424137 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 1007 | 1.2.2021 email from Shane Lamond to Charlie Cox, subject: Passenger Check | USAO-DC-00424138 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 1007B | 1.3.2021 email from Charlie Cox to Shane Lamond RE: | USAO-DC-00424139 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 1007C | 1.2.2021 email from Shane Lamond to Charlie Cox, subject: Subject Info | USAO-DC-00424140-00424141 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 1008 | Mancini Report 1B3 Emails Final | USAO-DC-00424142-00424144 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |

---

[1] Defendant Shane Lamond objects to the use of the exhibits to the extent there are objections at this time. However, Mr. Lamond respectfully reserves the right to object during the course of trial to the use of any exhibit based on how the government intends to use the exhibit and how the exhibit is introduced into evidence.

| | | | |
|---|---|---|---|
| 100A | 12.18.2020 email from Shane Lamond to David T. Hong, Re: BLM Banner | USAO-DC-00424145-00424146 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 1008B | 12.18.2020 email from Shane Lamond to Carolyn Montagna, Re: Phone Tip | USAO-DC-00424147-00424148 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 1008C | 12.21.2020 email from Shane Lamond to Commander Parsons, Re: Tarrio? | USAO-DC-00424149-00424151 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 1009 | 12.21.2020 email from Ahsan Mufti, FW: Review Warrant | USAO-DC-00424053-00424055 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 1010 | 12.28.2020 email from Julianne Johnston, RE: Review Warrant | USAO-DC-00424056-00424059 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 1011 | 12.28.2020 email from Paul Courtney, RE: Review Warrant | USAO-DC-00424060-00424063 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 1012 | 12.22.2020 email from Ahsan Mufti with subject: Resubmission # 1 | USAO-DC-00424064 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 1013 | 12.30.2020 email from Ashan Mufti, FW: 2020 CRWSLD 005553 Henry Tario | USAO-DC-00405217-00405218 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 1014 | 12.29.2020 email from Ahsan Mufti, RE: Resubmission | USAO-DC-00424067-00424069 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 1015 | 1.7.2021 email from Julie E. Farnam to Shane Lamond, subject: FBI's List | USAO-DC-00388472 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 1016 | Shane Lamond Interview | USAO-DC 013970 | |
| 1016A | Shane Lamond Interview Clip at 18:59 to 19:55 | USAO-DC 013970 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 1016B | Shane Lamond Interview Clip at 23:35 to 23:53 | USAO-DC 013970 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 1016C | Shane Lamond Interview Clip at 24:03 to 24:31 | USAO-DC 013970 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 1016D | Shane Lamond Interview Clip at 7:27 to 10:13 | USAO-DC 013970 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 1016E | Shane Lamond Interview Clip at 10:13 to 11:55 | USAO-DC 013970 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 1016F | Shane Lamond Interview Clip at 2:51 to 3:10 | USAO-DC 013970 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| **SERIES 2000: RECORDS** | | | |
| 2001 | American Airlines Flight Records | USAO-DC-00424084-00424085 | |

| | | | |
|---|---|---|---|
| 2002 | ATT Phone Toll Records for (202) 437-0434 | USAO-DC-00394591-00403109 | |
| 2003 | Sprint Phone Toll Records for (703) 863-9829 | USAO-DC-00424032-00424032 | |
| 2004 | Sprint Subscriber Records for (703) 863-9829 | USAO-DC-00394506-00394510 | |
| 2005 | Tarrio flight information from 01/04/2021 | USAO-DC-424086-424091 | |
| 2006 | Tmobile Records for (703) 863-9829 | USAO-DC-00394587 | |
| **SERIES 3000: MPD DOCUMENTS** | | | |
| 3001 | 120.23 - Serious Misconduct Investigations | USAO-DC-00423999-00424014 | Objection – irrelevant under Fed. R. Evid. 402; Objection – even if relevant, its probative value is substantially outweighed by unfair prejudice, confusing the issues, and misleading the jury under Fed. R. Evid. 403 |
| 3002 | 201.26 - Duties | USAO-DC-00423918-00423929 | Objection – irrelevant under Fed. R. Evid. 402; Objection – even if relevant, its probative value is substantially outweighed by unfair prejudice, confusing the issues, and misleading the jury under Fed. R. Evid. 403 |
| 3003 | 201.36 - Code of Ethics | USAO-DC-00423930-00423932 | Objection – irrelevant under Fed. R. Evid. 402; Objection – even if relevant, its probative value is substantially outweighed by unfair prejudice, confusing the issues, and misleading the jury under Fed. R. Evid. 403 |
| 3004 | 301.04 - Criminal Investigations | USAO-DC-00423933-00423948 | Objection – irrelevant under Fed. R. Evid. 402; Objection – even if relevant, its probative value is substantially outweighed by unfair prejudice, confusing the issues, and misleading the jury under Fed. R. Evid. 403 |
| 3005 | 601.02 Preservation of Discovery | USAO-DC-00423949-00423951 | Objection – irrelevant under Fed. R. Evid. 402; Objection – even if relevant, its probative value is substantially outweighed by unfair prejudice, confusing the issues, and misleading the jury under Fed. R. Evid. 403 |
| 3006 | 302.08 - MPD Expectation of Privacy | USAO-DC-00423952-00423963 | Objection – irrelevant under Fed. R. Evid. 402; Objection – even if relevant, its probative value is substantially outweighed by unfair prejudice, confusing the issues, and misleading the jury under Fed. R. Evid. 403 |
| 3007 | 304.12 - Sources | USAO-DC-00389095-00389114 | Objection – irrelevant under Fed. R. Evid. 402; Objection – even if relevant, its probative value is substantially outweighed by unfair prejudice, confusing the issues, and misleading the jury under Fed. R. Evid. 403 |

| | | | |
|---|---|---|---|
| 3008 | PD-127 - Confidential Fund Expenditure Sheet | USAO-DC-00421691 | Objection – irrelevant under Fed. R. Evid. 402; Objection – even if relevant, its probative value is substantially outweighed by unfair prejudice, confusing the issues, and misleading the jury under Fed. R. Evid. 403 |
| 3009 | PD-153 - Receipt for Expended Advanced MPDC Funds | USAO-DC-00421692 | Objection – irrelevant under Fed. R. Evid. 402; Objection – even if relevant, its probative value is substantially outweighed by unfair prejudice, confusing the issues, and misleading the jury under Fed. R. Evid. 403 |
| 3010 | PD-854 - Investigative File Report | USAO-DC-00421693 | Objection – irrelevant under Fed. R. Evid. 402; Objection – even if relevant, its probative value is substantially outweighed by unfair prejudice, confusing the issues, and misleading the jury under Fed. R. Evid. 403 |
| 3011 | Tarrio - Central Source Registry - MPD | USAO-DC-00421708 | Objection – government has not produced evidence to support a finding that the document is what they say it is under Fed. R. Evid. 901(a); Objection – irrelevant under Fed. R. Evid. 402; Objection – even if relevant, its probative value is substantially outweighed by unfair prejudice, confusing the issues, and misleading the jury under Fed. R. Evid. 403 |
| 3012 | Lamond - Central Source Registry - MPD | USAO-DC-00421707 | Objection – government has not produced evidence to support a finding that the document is what they say it is under Fed. R. Evid. 901(a); Objection – irrelevant under Fed. R. Evid. 402; Objection – even if relevant, its probative value is substantially outweighed by unfair prejudice, confusing the issues, and misleading the jury under Fed. R. Evid. 403 |
| | **SERIES 4000: Miscellaneous** | | |
| 4001 | 12/18/2020 Washington Post Article | USAO-DC-00424017-00424019 | Objection – government has not produced evidence to support a finding that the document is what they say it is under Fed. R. Evid. 901(a); Objection – hearsay under Fed. R. Evid. 802 |
| 4002 | Video January 5, 2021 | USAO-DC 013992 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 4003 | Timeline Final: Summary Chart of communications between 02/09/2020 and 01/07/2021 | USAO-DC-00424030-00424030 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 4004 | Parler Post by @NobleLead (12/18/2020) | USAO-DC-00424016-00424016 | Objection – government has not produced evidence to support a finding that the document is what they say it is under Fed. R. Evid. 901(a); Objection – hearsay under Fed. R. Evid. 802 |
| 4005 | Summary Chart 10/24/2019 – 6/22/2020 | USAO-DC-00424195-00424208 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 4006 | Timeline Final - Summary Chart of Communications 10.24.2019 - | USAO-DC-00424209-00424259 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |

| | | | |
|---|---|---|---|
| | 1.27.2021 | | |
| 4007 | Summary Chart 6/26/2020 – 7/8/2020 | USAO-DC-00424260-00424264 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 4008 | Summary Chart 10/4/2020 – 10/19/2020 | USAO-DC-00424265-00424275 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 4009 | Summary Chart 10/29/2020 | USAO-DC-00424276-00424279 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 4010 | Summary Chart 11/2/2020 | USAO-DC-00424280-00424281 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 4011 | Summary Chart 11/3/2020 – 11/5/2020 | USAO-DC-00424282-00424289 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 4012 | Summary Chart 11/7/2020 | USAO-DC-00424290-00424293 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 4013 | Summary Chart 11/8/2020 | USAO-DC-00424294-00424298 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 4014 | Summary Chart 11/9/2020 – 11/10/2020 | USAO-DC-00424299-00424303 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 4015 | Summary Chart 11/13/2020 | USAO-DC-00424304-00424306 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 4016 | Summary Chart 11/14/2020 – 11/16/2020 | USAO-DC-00424307-00424310 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 4017 | Summary Chart 12/7/2020 – 12/12/2020, 5:39PM | USAO-DC-00424311-00424320 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 4018 | Summary Chart 12/12/2020, 7:30PM – 12/20/2020 | USAO-DC-00424321-00424350 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 4019 | Summary Chart 12/21/2020 – 12/28/2020 | USAO-DC-00424351-00424355 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 4020 | Summary Chart 12/29/2020 – 12/30/2020, 2:39PM | USAO-DC-00424356-00424358 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 4021 | Summary Chart 12/30/2020, 5:56PM – 12/31/2020 | USAO-DC-00424359-00424363 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 4022 | Summary Chart 1/1/2021, 1:11PM | USAO-DC-00424364-00424365 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 4023 | Summary Chart 1/1/2021, 1:33PM – 1/2/2021 | USAO-DC-00424366- | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |

| | | 00424377 | |
|---|---|---|---|
| 4024 | Summary Chart 1/4/2021 | USAO-DC-00424378-00424381 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 4025 | Summary Chart 1/7/2021 – 1/27/2021 | USAO-DC-00424382-00424393 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 4026 | Summary Chart Shame Lamond's Contacts | USAO-DC-00424394-00424395 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 4027 | Summary Chart of Messages between Shane Lamond and Enrique Tarrio, Oct. 2019-Jan. 2021 | USAO-DC-00424396 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 4028 | Summary Chart of Messages between Shane Lamond and Enrique Tarrio, Nov. 7, 2020 to Jan. 27, 2021 | USAO-DC-00424397 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 4029 | Summary Chart Messages between Shane Lamond & Enrique Tarrio Before November 7, 2020 | USAO-DC-00424398 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 4030 | Summary Chart Messages between Shane Lamond & Enrique Tarrio November 7, 2020 - December 12, 2020 | USAO-DC-00424399 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 4031 | Summary Chart Messages between Shane Lamond & Enrique Tarrio After December 12, 2020 | USAO-DC-00424400 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 4032 | Summary Chart Messages between Shane Lamond & Enrique Tarrio October 2019 through January 2021 | USAO-DC-00424401 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| **SERIES 5000 IDENTIFICATION PURPOSES** | | | |
| 5001 | Dell Latitude 5424 Rugged laptop computer image report 1 (1B2) | USAO-DC-00421759-00422902 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 5002 | Dell Latitude 5424 Rugged laptop computer image report 2 (1B2 Part 2) | USAO-DC-00421720-00421758 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |
| 5003 | Dell Precision 3430 desktop computer, model D11S, image report (1B3) | USAO-DC-00422903-00423595 | Objection – incomplete under Fed. R. Evid. 106; Objection – hearsay under Fed. R. Evid. 802 |

| 5004 | Forensic Report_Tarrio | USAO-DC-000021-000023 | Objection as hearsay under Fed. R. Evid. 802[2] |
| 5005 | Forensic Report_Lamond | USAO-DC-00417119-00417121 | Objection as hearsay under Fed. R. Evid. 802 |
| 5006 | Shane Lamond Interview Transcript | USAO-DC-00424154-00424194 | |

---

[2] It is unclear if the government intends to bring these reports in through their noticed expert, Jennifer Kathryn Cain. To do so, the government bears the burden to establish that Ms. Cain has the credentials to be admitted as an expert and to the extent that the government is unable to do so in trial, Defendant Shane Lamond reserves his right to object to her testimony as well as any reports she authored.