| Exhibit[1] | Description | Bates Range | Def.'s Objection[2] | Def.'s Exhibit in Response |
|---|---|---|---|---|
| 1001 | Lamond Secret Chat Forensic Report | USAO-DC-00424084-00424087 | | |
| 1002 | Tarrio Secret Chat Forensic Report | USAO-DC-00424026-00424029 | | |
| 1003 | Tarrio Phone Forensic Report_Timeline | USAO-DC 00424101-00424134 | | |
| 1004 | Lamond Phone Forensic Report_Timeline | USAO-DC-00424089-00424124 | | |
| 1005 | Email from P. Courtney to A. Mufti, Subject: Review Warrant (12/28/20) | USAO-DC-00405187-00405190 | | |
| 1006 | Manicini Report 1B2 Part One Final | USAO-DC-00424125-00424127 | | |
| 1006A | 12.20.2020 Email from Shane Lamond to Commander Parsons FW: Subject in Photo | USAO-DC-00424128 | | |
| 1006B | 12.13.2020 Email from Shane Lamond to Kelly O'Meara re: BLM signs | USAO-DC-424129-00424130 | Objection – incomplete under Fed. R. Evid. 106 because there are other emails in the email chain | Def. Ex. 1 - USAO-DC-00405329 – 12.13.20 16:15:39 Email chain Subject RE: BLM signs;<br><br>Def. Ex. 2 - USAO-DC-00388416 – 12.13.20 16:15:38 Email chain Subject RE: BLM signs |
| 1006C | 12.22.2020 email from Shane Lamond to Commander Parsons re: Podcast | USAO-DC-00424131-004242132 | | |

---

[1] Pursuant to the Court's Minute Order dated January 24, 2024, and in accordance with the Court's instructions at the January 24, 2024 hearing, Defendant Shane Lamond is refiling the government's exhibit list with his objections and to the extent he will be including an exhibit in response to a government exhibit for completeness, Mr. Lamond has identified that exhibit.

[2] Defendant Shane Lamond objects to the use of the exhibits to the extent there are objections at this time. However, Mr. Lamond respectfully reserves the right to object during the course of trial to the use of any exhibit based on how the government intends to use the exhibit and how the exhibit is introduced into evidence.

| 1006D | 12.20.2020 email from Shane Lamond to Franklyn Then re: Subject in Photo | USAO-DC-00424133-00424134 | | |
|---|---|---|---|---|
| 1007 | Mancini Report_1B2 Part 2_Final | USAO-DC-00424135-00424137 | | |
| 1007A | 1.2.2021 email from Shane Lamond to Charlie Cox, subject: Passenger Check | USAO-DC-00424138 | | |
| 1007B | 1.3.2021 email from Charlie Cox to Shane Lamond RE: | USAO-DC-00424139 | | |
| 1007C | 1.2.2021 email from Shane Lamond to Charlie Cox, subject: Subject Info | USAO-DC-00424140-00424141 | | |
| 1008 | Mancini Report 1B3 Emails Final | USAO-DC-00424142-00424144 | | |
| 1008A | 12.18.2020 email from Shane Lamond to David T. Hong, Re: BLM Banner | USAO-DC-00424145-00424146 | | |
| 1008B | 12.18.2020 email from Shane Lamond to Carolyn Montagna, Re: Phone Tip | USAO-DC-00424147-00424148 | Objection – incomplete under Fed. R. Evid. 106 because there are other emails in the email chain | Def. Ex. 3 - USAO-DC-00405192 – 12.28.2020 11:29 Email Chain Subject Fwd: Phone Tip |
| 1008C | 12.21.2020 email from Shane Lamond to Commander Parsons, Re: Tarrio? | USAO-DC-00424149-00424151 | Objection – incomplete under Fed. R. Evid. 106 because there are other emails in the email chain | Def. Ex. 4 - USAO-DC-00405207 – 12.20.2020 21:03 Email Chain Subject Fwd: Tarrio? |
| 1009 | 12.21.2020 email from Ahsan Mufti, FW: Review Warrant | USAO-DC-00424053-00424055 | | |
| 1010 | 12.28.2020 email from Julianne Johnston, RE: Review Warrant | USAO-DC-00424056-00424059 | | |
| 1011 | 12.28.2020 email from Paul Courtney, RE: Review Warrant | USAO-DC-00424060-00424063 | | |
| 1012 | 12.22.2020 email from Ahsan Mufti with | USAO-DC-00424064 | Defendant objects to this Exhibit to the extent the | |

| | subject: Resubmission # 1 | | attachments are not included. Currently, the attachments are embedded links as provided to the defense, and Defendant requests that if this exhibit goes to the jury, it includes the attachments with it. | |
|---|---|---|---|---|
| 1013 | 12.30.2020 email from Ashan Mufti, FW: 2020 CRWSLD 005553 Henry Tario | USAO-DC-00405217-00405218 | | |
| 1014 | 12.29.2020 email from Ahsan Mufti, RE: Resubmission | USAO-DC-00424067-00424069 | Defendant objects to this Exhibit to the extent the attachments are not included. Currently, the attachments are embedded links as provided to the defense, and Defendant requests that if this exhibit goes to the jury, it includes the attachments with it. | . |
| 1015 | 1.7.2021 email from Julie E. Farnam to Shane Lamond, subject: FBI's List | USAO-DC-00388472 | | |
| 1016 | Shane Lamond Interview | USAO-DC 013970 | | |
| 1016A | Shane Lamond Interview Clip at 18:59 to 19:55 | USAO-DC 013970 | | |
| 1016B | Shane Lamond Interview Clip at 23:35 to 23:53 | USAO-DC 013970 | | |
| 1016C | Shane Lamond Interview Clip at 24:03 to 24:31 | USAO-DC 013970 | | |
| 1016D | Shane Lamond Interview Clip at 7:27 to 10:13 | USAO-DC 013970 | | |
| 1016E | Shane Lamond Interview Clip at 10:13 to 11:55 | USAO-DC 013970 | | |
| 1016F | Shane Lamond Interview Clip at 2:51 to 3:10 | USAO-DC 013970 | | |
| 2001 | American Airlines Flight Records | USAO-DC-00424084- | | |

| | | 00424085 | | |
|---|---|---|---|---|
| 2002 | ATT Phone Toll Records for (202) 437-0434 | USAO-DC-00394591-00403109 | | |
| 2003 | Sprint Phone Toll Records for (703) 863-9829 | USAO-DC-00424032-00424032 | | |
| 2004 | Sprint Subscriber Records for (703) 863-9829 | USAO-DC-00394506-00394510 | | |
| 2005 | Tarrio flight information from 01/04/2021 | USAO-DC-424086-424091 | | |
| 2006 | Tmobile Records for (703) 863-9829 | USAO-DC-00394587 | | |
| 3001 | 120.23 - Serious Misconduct Investigations | USAO-DC-00423999-00424014 | Objection – irrelevant under Fed. R. Evid. 402; Objection – even if relevant, its probative value is substantially outweighed by unfair prejudice, confusing the issues, and misleading the jury under Fed. R. Evid. 403 | |
| 3002 | 201.26 - Duties | USAO-DC-00423918-00423929 | Objection – irrelevant under Fed. R. Evid. 402; Objection – even if relevant, its probative value is substantially outweighed by unfair prejudice, confusing the issues, and misleading the jury under Fed. R. Evid. 403 | |
| 3003 | 201.36 - Code of Ethics | USAO-DC-00423930-00423932 | Objection – irrelevant under Fed. R. Evid. 402; Objection – even if relevant, its probative value is substantially outweighed by unfair prejudice, confusing the issues, and misleading the jury under Fed. R. Evid. 403 | |
| 3004 | 301.04 - Criminal Investigations | USAO-DC-00423933-00423948 | Objection – irrelevant under Fed. R. Evid. 402; Objection – even if relevant, its probative value is substantially outweighed by unfair prejudice, confusing the issues, and misleading the jury under Fed. R. Evid. 403 | |

| 3005 | 601.02 Preservation of Discovery | USAO-DC-00423949-00423951 | Objection – irrelevant under Fed. R. Evid. 402; Objection – even if relevant, its probative value is substantially outweighed by unfair prejudice, confusing the issues, and misleading the jury under Fed. R. Evid. 403 | |
| 3006 | 302.08 - MPD Expectation of Privacy | USAO-DC-00423952-00423963 | Objection – irrelevant under Fed. R. Evid. 402; Objection – even if relevant, its probative value is substantially outweighed by unfair prejudice, confusing the issues, and misleading the jury under Fed. R. Evid. 403 | |
| 3007 | 304.12 - Sources | USAO-DC-00389095-00389114 | Objection – irrelevant under Fed. R. Evid. 402; Objection – even if relevant, its probative value is substantially outweighed by unfair prejudice, confusing the issues, and misleading the jury under Fed. R. Evid. 403 | |
| 3008 | PD-127 - Confidential Fund Expenditure Sheet | USAO-DC-00421691 | Objection – irrelevant under Fed. R. Evid. 402; Objection – even if relevant, its probative value is substantially outweighed by unfair prejudice, confusing the issues, and misleading the jury under Fed. R. Evid. 403 | |
| 3009 | PD-153 - Receipt for Expended Advanced MPDC Funds | USAO-DC-00421692 | Objection – irrelevant under Fed. R. Evid. 402; Objection – even if relevant, its probative value is substantially outweighed by unfair prejudice, confusing the issues, and misleading the jury under Fed. R. Evid. 403 | |
| 3010 | PD-854 - Investigative File Report | USAO-DC-00421693 | Objection – irrelevant under Fed. R. Evid. 402; Objection – even if relevant, its probative value is substantially outweighed by unfair prejudice, confusing the issues, and misleading the jury under Fed. R. Evid. 403 | |

| 3011 | Tarrio - Central Source Registry - MPD | USAO-DC-00421708 | Objection – government has not produced evidence to support a finding that the document is what they say it is under Fed. R. Evid. 901(a); Objection – irrelevant under Fed. R. Evid. 402; Objection – even if relevant, its probative value is substantially outweighed by unfair prejudice, confusing the issues, and misleading the jury under Fed. R. Evid. 403 | |
| 3012 | Lamond - Central Source Registry - MPD | USAO-DC-00421707 | Objection – government has not produced evidence to support a finding that the document is what they say it is under Fed. R. Evid. 901(a); Objection – irrelevant under Fed. R. Evid. 402; Objection – even if relevant, its probative value is substantially outweighed by unfair prejudice, confusing the issues, and misleading the jury under Fed. R. Evid. 403 | |
| 4001 | 12/18/2020 Washington Post Article | USAO-DC-00424017-00424019 | | |
| 4002 | Video January 5, 2021 | USAO-DC 013992 | Objection – hearsay under Fed. R. Evid. 802 | |
| 4003 | Timeline Final: Summary Chart of communications between 02/09/2020 and 01/07/2021 | USAO-DC-00424030-00424030 | | |
| 4004 | Parler Post by @NobleLead (12/18/2020) | USAO-DC-00424016-00424016 | | |
| 4005 | Summary Chart 10/24/2019 – 6/22/2020 | USAO-DC-00424195-00424208 | | |
| 4006 | Timeline Final - Summary Chart of Communications 10.24.2019 - 1.27.2021 | USAO-DC-00424209-00424259 | Objection – incomplete under Fed. R. Evid. 106 because the chart omits emails and communications between Shane Lamond and other intelligence law enforcement officers related to the Proud Boys, Enrique | Def. Ex. 005 – USAO-DC 000132 Shane Lamond Cellbrite Report; Def. Ex. 006 – USAO-DC-00423615 – 12.30.2020 Email Chain from S. Lamond to W. Nasworthy, Subject: |

| | | | Tarrio, and their protests related to Shane Lamond doing his job as an intelligence law enforcement officer | Re: Counters;<br><br>Def. Ex. 007 – USA USAO-DC-00405419 – 12.19.2020 Email Chain From S. Lamond to J. Donohue, J. Farnam, E. Orsini, W. Nasworthy, M. Varanelli, C. Silva, Subject: Re: Possible January Demo;<br><br>Def. Ex. 008 – USAO-DC-00416510 – 12.17.2020 Email Chain From M. Varanelli to S. Lamond, J. Donohue, Subject: DC Proud Boys Reference |
|---|---|---|---|---|
| 4007 | Summary Chart 6/26/2020 – 7/8/2020 | USAO-DC-00424260-00424264 | | |
| 4008 | Summary Chart 10/4/2020 – 10/19/2020 | USAO-DC-00424265-00424275 | | |
| 4009 | Summary Chart 10/29/2020 | USAO-DC-00424276-00424279 | | |
| 4010 | Summary Chart 11/2/2020 | USAO-DC-00424280-00424281 | | |
| 4011 | Summary Chart 11/3/2020 – 11/5/2020 | USAO-DC-00424282-00424289 | | |
| 4012 | Summary Chart 11/7/2020 | USAO-DC-00424290-00424293 | | |
| 4013 | Summary Chart 11/8/2020 | USAO-DC-00424294-00424298 | | |
| 4014 | Summary Chart 11/9/2020 – 11/10/2020 | USAO-DC-00424299-00424303 | | |
| 4015 | Summary Chart 11/13/2020 | USAO-DC-00424304-00424306 | | |
| 4016 | Summary Chart 11/14/2020 – 11/16/2020 | USAO-DC-00424307-00424310 | | |
| 4017 | Summary Chart 12/7/2020 – 12/12/2020, 5:39PM | USAO-DC-00424311-00424320 | | |

| 4018 | Summary Chart 12/12/2020, 7:30PM – 12/20/2020 | USAO-DC-00424321-00424350 | | |
|------|-----------------------------------------------|---------------------------|---|---|
| 4019 | Summary Chart 12/21/2020 – 12/28/2020 | USAO-DC-00424351-00424355 | | |
| 4020 | Summary Chart 12/29/2020 – 12/30/2020, 2:39PM | USAO-DC-00424356-00424358 | | |
| 4021 | Summary Chart 12/30/2020, 5:56PM – 12/31/2020 | USAO-DC-00424359-00424363 | | |
| 4022 | Summary Chart 1/1/2021, 1:11PM | USAO-DC-00424364-00424365 | | |
| 4023 | Summary Chart 1/1/2021, 1:33PM – 1/2/2021 | USAO-DC-00424366-00424377 | | |
| 4024 | Summary Chart 1/4/2021 | USAO-DC-00424378-00424381 | | |
| 4025 | Summary Chart 1/7/2021 – 1/27/2021 | USAO-DC-00424382-00424393 | | |
| 4026 | Summary Chart Shane Lamond's Contacts | USAO-DC-00424394-00424395 | | |
| 4027 | Summary Chart of Messages between Shane Lamond and Enrique Tarrio, Oct. 2019-Jan. 2021 | USAO-DC-00424396 | | |
| 4028 | Summary Chart of Messages between Shane Lamond and Enrique Tarrio, Nov. 7, 2020 to Jan. 27, 2021 | USAO-DC-00424397 | | |
| 4029 | Summary Chart Messages between Shane Lamond & Enrique Tarrio Before November 7, 2020 | USAO-DC-00424398 | | |
| 4030 | Summary Chart Messages between Shane Lamond & Enrique Tarrio November 7, 2020 - December 12, | USAO-DC-00424399 | | |

| | | | | |
|---|---|---|---|---|
| | 2020 | | | |
| 4031 | Summary Chart Messages between Shane Lamond & Enrique Tarrio After December 12, 2020 | USAO-DC-00424400 | | |
| 4032 | Summary Chart Messages between Shane Lamond & Enrique Tarrio October 2019 through January 2021 | USAO-DC-00424401 | | |
| 5001 | Dell Latitude 5424 Rugged laptop computer image report 1 (1B2) | USAO-DC-00421759-00422902 | | |
| 5002 | Dell Latitude 5424 Rugged laptop computer image report 2 (1B2_Part 2) | USAO-DC-00421720-00421758 | | |
| 5003 | Dell Precision 3430 desktop computer, model D11S, image report (1B3) | USAO-DC-00422903-00423595 | | |
| 5004 | Forensic Report_Tarrio | USAO-DC-000021-000023 | | |
| 5005 | Forensic Report_Lamond | USAO-DC-00417119-00417121 | | |
| 5006 | Shane Lamond Interview Transcript | USAO-DC-00424154-00424194 | | |

Dated: Washington, D.C.
      January 26, 2024

**VENABLE LLP**

*/s/ Mark E. Schamel*         
Mark E. Schamel
600 Massachusetts Ave, NW
Washington, DC 20001
Tel: (202) 344-4631
Fax: (202)344-8300
Email: MESchamel@Venable.com

*Counsel for Defendant Shane Lamond*

## <u>CERTIFICATE OF SERVICE</u>

On January 26, 2024, I caused a copy of the foregoing Exhibit List, Objections, and Defendant

Exhibits in Response, along with any exhibits, to be served on all counsel of record via the Court's

electronic system.

<u>/s/ Mark Schamel</u>
Mark Schamel
