UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHANE BRIAN LAMOND,<br><br>Defendant. | CRIMINAL NO. 23-cr-177-ABJ |

### UNITED STATES' MOTION IN LIMINE TO EXCLUDE DEFENSE EXHIBITS

The United States of America respectively moves *in limine* to exclude certain Defense Exhibits. On January 26, 2024, Defendant identified eight defense exhibits. The Government moves to exclude Defense Exhibits 6, 7, and 8 pursuant to Federal Rules of Evidence 402 and 802.[1] These documents are irrelevant to the elements of the offenses for which the jury must make a factual determination. Further, they are hearsay because they are the Defendant's statements offered for their truth.

For the foregoing reasons, the Court should grant the Government's motion.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

*/s/ Joshua S. Rothstein*
Joshua S. Rothstein
N.Y. Bar Number 4453759
Rebecca G. Ross
N.Y. Bar Number 5590666
Assistant United States Attorneys
601 D Street, N.W.

---

[1] The Government also notes that Defense Exhibit 1 is not a single email or email chain, but rather five separate emails. Each email should be its own exhibit and the admissibility of each exhibit must be individually determined.

Washington, D.C. 2053
Office: 202-252-7164 (JSR), 202-252-6937 (RR)
Joshua.Rothstein@usdoj.gov
Rebecca.Ross2@usdoj.gov