UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 23-cr-00177 (ABJ) |
| v. : | |
| : | |
| SHANE LAMOND : | |

### NOTICE OF FILING

The Government hereby files revised versions of Government Exhibits 4003, 4017, 4018, 4019, 4020, 4022, 4023, 4024. In the course of reviewing its exhibits, the Government noticed that the email entries had text not derived from the source email. With respect to Government Exhibit 4003, the issue only affects 17 emails entries contained on pages 31, 35, 37 - 42, 45, 46 and 48. The revised version of Government Exhibit 4003 only contains text from the source email. In addition, consistent with these revisions to Exhibit 4003, the Government made the same revisions to Exhibits 4017, 4018, 4019, 4020, 4023, and 4024.

The Government also notes that with respect to Government Exhibit 4003, a column has been added on the left-hand side to indicate the type of message. A hard copy of these exhibits will be delivered to the Court this afternoon.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:  /s/ Joshua S. Rothstein
Joshua S. Rothstein
Assistant United States Attorney
N.Y. Bar No. 4453759
United States Attorney's Office
601 D Street, N.W.
Washington, DC 205390

2

Phone: (202) 252-7164
Joshua.Rothstein@usdoj.gov