December 12, 2020, 7:30 PM – December 20, 2020

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

We just locked up one of your guys at 14th and K

12/12/2020 7:30 PM
*[Telegram Private Chat]*

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

2 of my guys stabbed

12/12/2020 9:19 PM
*[iMessage]*

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

I'm hearing may be a total of four.

12/12/2020 9:20 PM
*[iMessage]*

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

I'm up at 11th and F now

12/12/2020 9:21 PM
*[iMessage]*

**Destruction of Property - BLM banner is burned by group, including Tarrio, at church near intersection of 11th Street and E Street, NW, Washington, DC**

12/12/2020 (Evening)
*[MPD Case File]*

**From: Shane Lamond <shane.lamond@dc.gov>**
**To: Leslie Parsons <leslie.parsons@dc.gov>**
**David Hong <david.hong@dc.gov>**
**et al.**

Re: BLM signs

"That's a very tricky question and one that I was thinking about this morning. We have supported this offense in the past with the burning and destruction of gay pride flags and such. However, wouldn't that also mean that a lot of the criminal offenses (assaults, the stabbing on 11th Street) reported yesterday connected to the event would be possible hate crimes?"

12/13/2020 11:11 AM
*[Email]*

December 12, 2020, 7:30 PM – December 20, 2020

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

Shut Down DC is going after Harry's again. Urging people to report them to ABRA.

12/13/2020 5:07 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

We didn't even go into Harry's

12/13/2020 5:13 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

What's ABRA

12/13/2020 5:13 PM
[*Telegram Private Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

Alcoholic Beverage Regulatory Agency

12/13/2020 5:13 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

What codes would they have broken?

12/13/2020 5:14 PM
[*Telegram Private Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

We're your guys there on Friday?

12/13/2020 5:15 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<audio/ogg>

*[Audio File Unrecovered]*

12/13/2020 5:15 PM
[*Telegram Private Chat*]

December 12, 2020, 7:30 PM – December 20, 2020

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

There may be no evidence to support it but they have sent emails to their followers urging them to call ABRA and report violations and also to call both Harry's and Hotel Harrington and tell them not to let PB back. Just giving you a heads up

12/13/2020 5:17 PM
*[Telegram Private Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

On a brighter note, guy who stabbed your guys got locked up

12/13/2020 5:18 PM
*[Telegram Private Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<audio/ogg>

*[Audio File Unrecovered]*

12/13/2020 5:26 PM
*[Telegram Private Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

I haven't pulled the report yet but from what I learned on the scene last night it was only one person

12/13/2020 5:27 PM
*[Telegram Private Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

What's the general consensus with DC metro and my guys?

12/13/2020 5:32 PM
*[Telegram Private Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

That's too complicated for a text answer. That's an in person convo over a beer

12/13/2020 5:43 PM
*[Telegram Private Chat]*

December 12, 2020, 7:30 PM – December 20, 2020

From: Shane Lamond <869476955>
To: Enrique Tarrio <581632416>

That NomadPatriot86 guy I asked you about before pisses me off though. He was posting shit on Parler about behind here this weekend. It took everything I had not to call him out on his BS

12/13/2020 5:45 PM
[Telegram Private Chat]

From: Enrique Tarrio <581632416>
To: Shane Lamond <869476955>

I'll be in town till Thursday

12/13/2020 5:50 PM
[Telegram Private Chat]

From: Enrique Tarrio <581632416>
To: Shane Lamond <869476955>

We can go to the Dubliner

12/13/2020 5:50 PM
[Telegram Private Chat]

From: Shane Lamond <869476955>
To: Enrique Tarrio <581632416>

Perfect. I won't be working tomorrow but how about Tuesday afternoon?

12/13/2020 5:54 PM
[Telegram Private Chat]

From: Enrique Tarrio <581632416>
To: Shane Lamond <869476955>

Let's do it

12/13/2020 5:55 PM
[Telegram Private Chat]

From: Enrique Tarrio <581632416>
To: Shane Lamond <869476955>

<audio/ogg>

[Audio File Unrecovered]

12/14/2020 10:52 AM
[Telegram Private Chat]

December 12, 2020, 7:30 PM – December 20, 2020

**From: Enrique Tarrio <581632416>**
**To: Cuffs and gashes <9751355053>**

Just contacted my DC metro guy

12/14/2020 10:52 AM
*[Telegram Group Chat]*

**From: Shane Lamond <2024370434>**
**To: Carolyn Montagna <2024897859>**

I know what happened

12/14/2020 12:05 PM
*[WhatsApp Message]*

**From: Shane Lamond <2024370434>**
**To: Carolyn Montagna <2024897859>**

Also - I'm having drinks with ET tomorrow afternoon to discuss some things with him

12/14/2020 12:05 PM
*[WhatsApp Message]*

**From: Carolyn Montagna <2024897859>**
**To: Shane Lamond <2024370434>**

Eek

12/14/2020 12:05 PM
*[WhatsApp Message]*

**From: Carolyn Montagna <2024897859>**
**To: Shane Lamond <2024370434>**

Is that smart? To do social?

12/14/2020 12:05 PM
*[WhatsApp Message]*

**From: Shane Lamond <2024370434>**
**To: Carolyn Montagna <2024897859>**

It's fine. Only the two of us and at a low key place - NOT Harry's

12/14/2020 12:05 PM
*[WhatsApp Message]*

**From: Carolyn Montagna <2024897859>**
**To: Shane Lamond <2024370434>**

OK

12/14/2020 12:05 PM
*[WhatsApp Message]*

December 12, 2020, 7:30 PM – December 20, 2020

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

Just heard your message. He will be released at the ramp at 3rd and C Streets NW this afternoon. The ramp is at the underpass between MPD headquarters and Dept. Of Labor on 3rd Street

12/14/2020 12:46 PM
*[Telegram Private Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

Is your guy Corey Nielsen?

12/14/2020 12:47 PM
*[Telegram Private Chat]*

**From: Jon 2A <669336167>**
**To: Enrique Tarrio <581632416>**

https://twitter.com/DCPoliceDept/status/1338529064353673219?s=09

12/14/2020 3:26 PM
*[Telegram Private Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

How about 4:30 tomorrow at Dubliner?

12/14/2020 6:31 PM
*[Telegram Private Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<Reply to: How about 4:30 tomorrow at Dubliner?>

Deal

12/14/2020 6:51 PM
*[Telegram Private Chat]*

**From: Enrique Tarrio <581632416>**
**To: Jon 2A <669336167>**

Yeah I'm following this...meeting with my DC metro contact

12/14/2020 9:09 PM
*[Telegram Private Chat]*

December 12, 2020, 7:30 PM – December 20, 2020

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<Reply to: Is your guy Corey Nielsen?>

Yes.

12/14/2020 9:35 PM
[*Telegram Private Chat*]

**From: Colors&Creed <832743213>**
**To: Cuffs and gashes <9751355053>**

Corey is still in hospital or in custody we haven't found out where but we do know he was arrested they charged him with misdemeanor petty assault so we're hoping it's all over soon when he is out of the hospital or jail some boys back East are going to pick him up and bring him to the airport we should know more when the lawyer we got for Corey gets back in touch with us this morning keep you posted boys

12/15/2020 7:54 AM
[*Telegram Group Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<audio/ogg>

*[Audio File Unrecovered]*

12/15/2020 2:03 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Cuffs and gashes <9751355053>**

DC metro asking about Corey

12/15/2020 2:07 PM
[*Telegram Group Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

Yes. I'm doing this training now but should be done by 4 so I will be there at 4:30

12/15/2020 2:09 PM
[*Telegram Private Chat*]

**From: Jeffery Carroll <jeffery.carroll@dc.gov>**
**To: Shane Lamond <2024370434>**

Shane have you received any information that would lead you to believe the proud boys are going to be here for inauguration

12/15/2020 2:39 PM
[*iMessage*]

December 12, 2020, 7:30 PM – December 20, 2020

**From: Shane Lamond <2024370434>**
**To: Jeffery Carroll <jeffery.carroll@dc.gov>**

My source told me months ago they would probably be here for inauguration but nothing lately. I'm meeting with him this afternoon so I will confirm

12/15/2020 2:40 PM
*[iMessage]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

On my way now

12/15/2020 4:14 PM
*[Telegram Private Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

Have a table in the room to the right when you walk in

12/15/2020 4:21 PM
*[Telegram Private Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

Going down

12/15/2020 4:31 PM
*[Telegram Private Chat]*

**From: Shane Lamond <2024370434>**
**To: Jeffery Carroll <jeffery.carroll@dc.gov>**

Just confirmed that proud boys are not planning on coming to DC for inauguration at this time

12/15/2020 5:52 PM
*[iMessage]*

**From: Jeffery Carroll <jeffery.carroll@dc.gov>**
**To: Shane Lamond <2024370434>**

Hopefully it stays that way

12/15/2020 5:52 PM
*[iMessage]*

December 12, 2020, 7:30 PM – December 20, 2020

**From: Shane Lamond <2024370434>**
**To: Jeffery Carroll <jeffery.carroll@dc.gov>**

He is not happy with what happened on Saturday and admitted that their crowd was way too big and unmanageable so he wants to rethink what they will do in the future

12/15/2020 5:54 PM
*[iMessage]*

**From: Jeffery Carroll <jeffery.carroll@dc.gov>**
**To: Shane Lamond <2024370434>**

How about never come to dc again.

Can he ID those people in the flyers?

12/15/2020 6:04 PM
*[iMessage]*

**From: Shane Lamond <2024370434>**
**To: Jeffery Carroll <jeffery.carroll@dc.gov>**

He's claiming that he doesn't recognize them and said that he had close to 1,000 members here and doesn't know all of them

12/15/2020 6:05 PM
*[iMessage]*

**From: Jeffery Carroll <jeffery.carroll@dc.gov>**
**To: Shane Lamond <2024370434>**

I bet

12/15/2020 6:06 PM
*[iMessage]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<photo>

*[Image Unrecovered]*

12/17/2020 11:26 AM
*[Telegram Private Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

You didn't tell me we are going to be neighbors 😂.

12/17/2020 11:26 AM
*[Telegram Private Chat]*

December 12, 2020, 7:30 PM – December 20, 2020

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<audio/ogg>

*[Audio File Unrecovered]*

12/17/2020 11:48 AM
*[Telegram Private Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

If that's the case sounds like you have a leak...

12/17/2020 12:00 PM
*[Telegram Private Chat]*

~

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<audio/ogg>

*[Audio File Unrecovered]*

12/17/2020 12:03 PM
*[Telegram Private Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

It's an Antifa IG handle

12/17/2020 12:04 PM
*[Telegram Private Chat]*

**From: Enrique Tarrio**
**To: Parler**

Tarrio Parler Post:

"The FBI is currently the [sic] investigating a supposed 'hate crime' perpetrated by the ProudBoys. They're even offering a reward. I'm here to tell you that there was no hate crime committed. The only hate there is in my heart is for communism and an authoritarian government. BLM is a Marxist movement. It isn't about the color of someone's skin. Against the wishes of my attorney I am here today to admit that I am the person responsible for the burning of this sign. And I am not ashamed of what I did because I didn't do it out of hate…I did it out of love. Love for a country that has given my family SO MUCH. The burning of this banner wasn't about race religion or political ideology it was about a racist movement that has terrorized the citizens of this country. I will not standby [sic] and watch them burn another city. So let me make this simple. I did it. Come get me if you feel like what I did was wrong. We'll let the public decide. Forever PROUD. -Enrique "



12/18/2020 12:00 AM
*[Open Source]*

December 12, 2020, 7:30 PM – December 20, 2020

**From: Enrique Tarrio**
**To: Washington Post**

Tarrio tells Washington Post in telephone interivew that he burned the BLM banner.

(https://www.washingtonpost.com/local/public-safety/enrique-tarrio-proud-boys-black-lives-matter-sign/2020/12/18/c056c05e-415a-11eb-8db8-395dedaaa036_story.html)



Proud Boys leader says he burned Black
Lives Matter banner stolen from church
during demonstrations in D.C.

12/18/2020 12:00 AM
*[Open Source]*

**From: Carolyn Montagna <2024897859>**
**To: Shane Lamond <2024370434>**

Did you see the crime solvers tip?

12/18/2020 7:25 AM
*[WhatsApp Message]*

**From: Carolyn Montagna <2024897859>**
**To: Shane Lamond <2024370434>**

On 12/18/2020 at 0145 hours stating that a male by the name of Henry Enrique Carrio who is a member of the Proud Boys is claiming responsibility for the destruction of property at the church located in the 400 block of 11th Street NW.  The caller stated that Mr. Carrio is living in Miami Florida at 5730 North West 2nd Street

12/18/2020 7:26 AM
*[WhatsApp Message]*

**From: Shane Lamond <2024370434>**
**To: Carolyn Montagna <2024897859>**

Oh fuck!

12/18/2020 7:26 AM
*[WhatsApp Message]*

**From: Carolyn Montagna <2024897859>**
**To: Shane Lamond <2024370434>**

What?

12/18/2020 7:26 AM
*[WhatsApp Message]*

December 12, 2020, 7:30 PM – December 20, 2020

**From: Carolyn Montagna <2024897859>**
**To: Shane Lamond <2024370434>**

The tip?

12/18/2020 7:26 AM
[*WhatsApp Message*]

**From: Shane Lamond <2024370434>**
**To: Carolyn Montagna <2024897859>**

Yes! Remember what he told me?

12/18/2020 7:27 AM
[*WhatsApp Message*]

**From: Carolyn Montagna <2024897859>**
**To: Shane Lamond <2024370434>**

I mean - it's for Mr. Carrio

12/18/2020 7:27 AM
[*WhatsApp Message*]

**From: Carolyn Montagna <2024897859>**
**To: Shane Lamond <2024370434>**

Yes

12/18/2020 7:27 AM
[*WhatsApp Message*]

**From: Carolyn Montagna <2024897859>**
**To: Shane Lamond <2024370434>**

But this tip is for Carrio 🤣.

12/18/2020 7:27 AM
[*WhatsApp Message*]

**From: Shane Lamond <2024370434>**
**To: Carolyn Montagna <2024897859>**

Orrrr the CIC screwed up and got his name wrong 🤣.

12/18/2020 7:28 AM
[*WhatsApp Message*]

**From: Carolyn Montagna <2024897859>**
**To: Shane Lamond <2024370434>**

It's not recorded so the world may never know

12/18/2020 7:29 AM
[*WhatsApp Message*]

December 12, 2020, 7:30 PM – December 20, 2020

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 1> Hey brother, did you call in an anonymous tip to MPD claiming responsibility for the banner burning?

12/18/2020 7:34 AM
*[Telegram Secret Chat]*

**From: Shane Lamond <2024370434>**
**To: Carolyn Montagna <2024897859>**

I think he called that tip in on himself because very few people know that Henry is his legal name

12/18/2020 8:12 AM
*[WhatsApp Message]*

**From: Carolyn Montagna <2024897859>**
**To: Shane Lamond <2024370434>**

Hahaha maybe? I thought it's out there

12/18/2020 8:12 AM
*[WhatsApp Message]*

**From: Carolyn Montagna <2024897859>**
**To: Shane Lamond <2024370434>**

I've seen it online before

12/18/2020 8:12 AM
*[WhatsApp Message]*

**From: Shane Lamond <2024370434>**
**To: Carolyn Montagna <2024897859>**

You have? I've always seen Enrique

12/18/2020 8:13 AM
*[WhatsApp Message]*

**From: Carolyn Montagna <2024897859>**
**To: Shane Lamond <2024370434>**

<photo>



12/18/2020 8:13 AM
*[WhatsApp Message]*

December 12, 2020, 7:30 PM – December 20, 2020

**From: Carolyn Montagna <2024897859>**
**To: Shane Lamond <2024370434>**

<photo>



12/18/2020 8:14 AM
[*WhatsApp Message*]

---

**From: Carolyn Montagna <2024897859>**
**To: Shane Lamond <2024370434>**

It's definitely out there

12/18/2020 8:14 AM
[*WhatsApp Message*]

---

**From: Shane Lamond <2024370434>**
**To: Carolyn Montagna <2024897859>**

Ahhhh

12/18/2020 8:52 AM
[*WhatsApp Message*]

---

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 1> I did more than that. It's on my social media

12/18/2020 9:30 AM
[*Telegram Secret Chat*]

---

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 2> I gotcha. Someone called in an anonymous tip saying that you claimed responsibility for it.

12/18/2020 9:50 AM
[*Telegram Secret Chat*]

---

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 2> This wasn't a hate crime. And I want to see it play out.

12/18/2020 10:05 AM
[*Telegram Secret Chat*]

December 12, 2020, 7:30 PM – December 20, 2020

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 3> I'm curious to see what happens too. I will check with our CID people to see if they have you on video.

12/18/2020 10:06 AM
*[Telegram Secret Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 4> Also - you've got the FBI and USSS all spun up over what was said on InfoWars the other night about PB dressing up as Biden supporters on Inauguration Day. Got an email first thing this morning 😳.

12/18/2020 10:08 AM
*[Telegram Secret Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 3> <audio/ogg>

*[Audio File Unrecovered]*

12/18/2020 10:11 AM
*[Telegram Secret Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 4> <audio/ogg>

*[Audio File Unrecovered]*

12/18/2020 10:12 AM
*[Telegram Secret Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 5> <audio/ogg>

*[Audio File Unrecovered]*

12/18/2020 10:21 AM
*[Telegram Secret Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 6> Lol...just searched. I never said this haha <photo>

*[Image Unrecovered]*

12/18/2020 10:22 AM
*[Telegram Secret Chat]*

December 12, 2020, 7:30 PM – December 20, 2020

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 7> <audio/ogg>

*[Audio File Unrecovered]*

12/18/2020 10:30 AM
*[Telegram Secret Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 9> Lol yep that's exactly what o [sic] got from FBI and USSS

12/18/2020 10:42 AM
*[Telegram Secret Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 8> The video is out there

12/18/2020 10:42 AM
*[Telegram Secret Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 10> I think it was included. I'm just going to let them get all freaked out. They're idiots

12/18/2020 10:52 AM
*[Telegram Secret Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 9> Lol

12/18/2020 10:52 AM
*[Telegram Secret Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 10> <audio/ogg>

*[Audio File Unrecovered]*

12/18/2020 10:52 AM
*[Telegram Secret Chat]*

December 12, 2020, 7:30 PM – December 20, 2020

**From: Shane Lamond <shane.lamond@dc.gov>**
**To: David Hong <david.hong@dc.gov>**
**Leslie Parsons <leslie.parsons@dc.gov>**
**et al.**

Re: BLM Banner

"Good Afternoon All, Is anyone aware of whether the burning of the BLM banner is being investigated by the FBI as a possible hate crime? I know we talked about it on Sunday but I didn't hear anything about the FBI taking over the investigation. As you may be aware, the current chairman of the Proud Boys, Enrique Tarrio, just publicly admitted that he was responsible for its destruction."

*[Attachment - image001.png]*



12/18/2020 2:46 PM
*[Email]*

**From: Shane Lamond <shane.lamond@dc.gov>**
**To: Carolyn Montagna <carolyn.montagna@dc.gov>**
**Leslie Parsons <leslie.parsons@dc.gov>**
**Nicole Copeland <nicoleg.copeland@dc.gov>**
**et al.**

Re: Phone Tip

"Please let me know if you need anything related to this. I know him so I can probably fill in any blanks you may have. I have attached his picture for your awareness."

*[Attachment]*



Proud Boys Chairman Enrique Tarrio. AP Photo/Noah

12/18/2020 2:50 PM
*[Email]*

**From: Enrique Tarrio <581632416>**
**To: Skull and Bones 2020/2021**
**<4755540701>**

We got the jump on the narrative for the banner burning. This should make it next to impossible for them to use the "hate crime" enhancement.

As per my contact at DC metro

12/18/2020 3:33 PM
*[Telegram Group Chat]*

December 12, 2020, 7:30 PM – December 20, 2020

From: Enrique Tarrio <581632416>
To: Skull and Bones 2020/2021
<4755540701>

This stays in here

12/18/2020 3:33 PM
[*Telegram Group Chat*]

From: Enrique Tarrio <581632416>
To: Shane Lamond <869476955>

<MessageID 11> So what do you think?

12/18/2020 4:09 PM
[*Telegram Secret Chat*]

From: Shane Lamond <869476955>
To: Enrique Tarrio <581632416>

<MessageID 12> About which part? You clearing the air about the Biden gear or the BLM banner?

12/18/2020 4:13 PM
[*Telegram Secret Chat*]

From: Enrique Tarrio <581632416>
To: Shane Lamond <869476955>

<MessageID 12> BLM banner

12/18/2020 4:52 PM
[*Telegram Secret Chat*]

From: Enrique Tarrio <581632416>
To: Shane Lamond <869476955>

<MessageID 13> You think they'll make a stink of it?

12/18/2020 4:52 PM
[*Telegram Secret Chat*]

From: Enrique Tarrio <581632416>
To: Shane Lamond <869476955>

<MessageID 14> <Reply to: About which part? You clearing the air about the Biden gear or the BLM banner?>

The Biden gear is a non issue.

12/18/2020 4:53 PM
[*Telegram Secret Chat*]

From: Enrique Tarrio <581632416>
To: Shane Lamond <869476955>

<MessageID 15> That's just media retards

12/18/2020 4:53 PM
[*Telegram Secret Chat*]

December 12, 2020, 7:30 PM – December 20, 2020

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 13> No, a bit of the opposite. I've been talking to CID about it. They wanted to know what I know about your group and if I think you all are racist. I told them you are made up of a lot of Latinos and blacks so not a racist thing. If anything I said it's political but then I drew attention to the Trump and American flags that were taken by Antifa and set on fire. I said all those would have to be classified as hate crimes too. It's not being investigated by FBI though. Just us (MPD)

12/18/2020 4:55 PM
*[Telegram Secret Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 16> Ahhhh ok!

12/18/2020 4:55 PM
*[Telegram Secret Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 17> Awesome.

12/18/2020 4:56 PM
*[Telegram Secret Chat]*

**From: Enrique Tarrio <581632416>**
**To: Skull and Bones 2020/2021 <4755540701>**

For our eyes only.

12/18/2020 4:56 PM
*[Telegram Group Chat]*

**From: Enrique Tarrio <581632416>**
**To: Skull and Bones 2020/2021 <4755540701>**

No, a bit of the opposite. I've been talking to CID about it. They wanted to know what I know about your group and if I think you all are racist. I told them you are made up of a lot of Latinos and blacks so not a racist thing. If anything I said it's political but then I drew attention to the Trump and American flags that were taken by Antifa and set on fire. I said all those would have to be classified as hate crimes too. It's not being investigated by FBI though. Just us (MPD)

12/18/2020 4:56 PM
*[Telegram Group Chat]*

December 12, 2020, 7:30 PM – December 20, 2020

**From: Enrique Tarrio <7869616789>**
**To: Amy Harris Photo <9312614575>**

Ok so off the record… You won't be having any fun watching me get put away

12/18/2020 4:57 PM
*[iMessage]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 14> I don't think they have any pictures of you though

12/18/2020 4:58 PM
*[Telegram Secret Chat]*

**From: Enrique Tarrio <581632416>**
**To: Mexizzachet <968117524>**

So I just got word

12/18/2020 4:58 PM
*[Telegram Private Chat]*

**From: Enrique Tarrio <581632416>**
**To: Mexizzachet <968117524>**

We're clear on the banner

12/18/2020 4:59 PM
*[Telegram Private Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 18> Strange

12/18/2020 4:59 PM
*[Telegram Secret Chat]*

**From: Enrique Tarrio <581632416>**
**To: Amy Harris Photo <14121086837>**

DC metro just told me they won't be pursuing it

12/18/2020 5:16 PM
*[Telegram Secret Chat]*

**From: Amy Harris Photo <1472679606>**
**To: Enrique Tarrio <581632416>**

What about the FBI

12/18/2020 5:16 PM
*[Telegram Private Chat]*

December 12, 2020, 7:30 PM – December 20, 2020

**From: Enrique Tarrio <581632416>**
**To: Amy Harris Photo <14121086837>**

FBI isn't investigating

12/18/2020 5:16 PM
*[Telegram Secret Chat]*

**From: Amy Harris Photo <1472679606>**
**To: Enrique Tarrio <581632416>**

Are they going to still look for your guys

12/18/2020 5:16 PM
*[Telegram Private Chat]*

**From: Enrique Tarrio <581632416>**
**To: Amy Harris Photo <14121086837>**

They signal boosted DC metro

12/18/2020 5:16 PM
*[Telegram Secret Chat]*

**From: Enrique Tarrio <581632416>**
**To: Amy Harris Photo <14121086837>**

They can't because they're not investigating

12/18/2020 5:17 PM
*[Telegram Secret Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 19> <photo>

*[Image Unrecovered]*

12/19/2020 12:53 AM
*[Telegram Secret Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 15> Got it. We will see if we can ID the person

12/19/2020 3:11 AM
*[Telegram Secret Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 16> <photo>

*[Image Unrecovered]*

12/19/2020 8:06 AM
*[Telegram Secret Chat]*

December 12, 2020, 7:30 PM – December 20, 2020

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 17> Have you heard anything about this? Is this legit?

12/19/2020 8:06 AM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 20> <audio/ogg>

[*Audio File Unrecovered*]

12/19/2020 10:26 AM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 19> No, we really can't catch a break. I just found the article written by Cassandra. I just asked her if she thinks this is going to grow legs. Would you let me know if your group decides to participate?

12/19/2020 10:49 AM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 21> If we do it'll be extremely small and not in colors...no night March

12/19/2020 10:59 AM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 20> Copy that. I appreciate it.

12/19/2020 11:00 AM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 22> <application/pdf> The 2020 Election Disruption Guide by Antifa.pdf

[*Attachment Unrecovered*]

12/19/2020 11:02 AM
[*Telegram Secret Chat*]

December 12, 2020, 7:30 PM – December 20, 2020

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 21> Thanks, brother. We've had that for a few months now. They posted that on a website a while ago.

12/19/2020 11:05 AM
*[Telegram Secret Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 23> I don't know if it's legit

12/19/2020 11:10 AM
*[Telegram Secret Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 22> We think it was more of a poison pen document. The person who posted it wanted to stir shit up but we didn't see any of this actually materialize

12/19/2020 11:12 AM
*[Telegram Secret Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 23> <photo>



12/19/2020 11:31 AM
*[Telegram Secret Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 24> <Reply to: MessageID 23>
😊.

12/19/2020 11:31 AM
*[Telegram Secret Chat]*

December 12, 2020, 7:30 PM – December 20, 2020

From: Shane Lamond <869476955>
To: Enrique Tarrio <581632416>

<MessageID 24> It's growing legs alright...
https://fox5dc.com/news/trump-promises-wild-protest-in-dc-on-jan-6-the-day-congress-to-count-electoral-votes



12/19/2020 11:41 AM
[Telegram Secret Chat]

From: Enrique Tarrio <7869616789>
To: Amy Harris Photo <9312614575>

FBI said they'll "look into it"

12/19/2020 12:04 PM
[iMessage]

From: Shane Lamond <2024370434>
To: <iMessage Group Chat 6376016548877529>
Carolyn Montagna <2024897859>
Jeffery Carroll <2024378198>
et al.

From my source about Jan. 6:

If we do it'll be extremely small and not in colors...no night March

12/19/2020 3:32 PM
[iMessage]

From: Franklyn Then <2404187386>
To: Shane Lamond <2024370434>

Incoming Call from 2404187386 | Answered |

Duration: 5:19

12/19/2020 5:58 PM
[Phone Call]

From: Shane Lamond <2024370434>
To: Franklyn Then <2404187386>

Outgoing Call to 2404187386 | Answered |

Duration: 1:17

12/19/2020 6:06 PM
[Phone Call]

December 12, 2020, 7:30 PM – December 20, 2020

From: Shane Lamond <2024370434>
To: Franklyn Then <2404187386>

Outgoing Call to 2404187386 | Answered |

Duration: 1:33

12/19/2020 6:30 PM
[*Phone Call*]

From: Franklyn Then <2404187386>
To: Shane Lamond <2024370434>

Incoming Call from 2404187386 | Voicemail |

Duration: 0:02

12/19/2020 7:08 PM
[*Phone Call*]

From: Franklyn Then <2404187386>
To: Shane Lamond <2024370434>

Incoming Call from 2404187386 | Voicemail |

Duration: 0:02

12/19/2020 7:34 PM
[*Phone Call*]

From: Shane Lamond <2024370434>
To: Franklyn Then <2404187386>

Outgoing Call to 2404187386 | Answered |

Duration: 1:43

12/19/2020 7:43 PM
[*Phone Call*]

From: Shane Lamond <869476955>
To: Enrique Tarrio <581632416>

<MessageID 25> Police want to talk to you about the banner. You have a certain phone number you want me to give them?

12/19/2020 7:48 PM
[*Telegram Secret Chat*]

From: Shane Lamond <shane.lamond@dc.gov>
To: Franklyn Then <Franklyn.Then@dc.gov>

Re: Subject in photo

Henry "Enrique" Tarrio

H/M DOB 2/9/1984

LKA: 5730 NW 2nd Street, Miami, FL

Phone: 786-961-6789

12/19/2020 8:14 PM
[*Email*]

December 12, 2020, 7:30 PM – December 20, 2020

**From: Briam AG <559462827>**
**To: State Head Leadership Chat**
**<9893590771>**

Your admitted relationship with law enforcement, combined with your support of Biggs when he threatened to have brothers arrested, and your willingness to turn yourself in... leads alot of us to believe that you may have some reason to be confident the law is not a threat to you.  The rest of us dont have this level of faith and trust in the pigs.

12/20/2020 12:50 PM
*[Telegram Group Chat]*

**From: Enrique Tarrio <581632416>**
**To: State Head Leadership Chat**
**<9893590771>**

I admitted to talking to them about our movements in DC. And not on this last trip...that's a secret. Never was. Anyone who has ever planned something with me knows I contact local LEO to keep a level of separation between the groups.

12/20/2020 12:55 PM
*[Telegram Group Chat]*

**From: Enrique Tarrio <581632416>**
**To: State Head Leadership Chat**
**<9893590771>**

Stay on topic...we're talking about contacting LEO here

12/20/2020 12:58 PM
*[Telegram Group Chat]*

**From: Enrique Tarrio <581632416>**
**To: State Head Leadership Chat**
**<9893590771>**

I literally just contact them when we're in town...

12/20/2020 1:04 PM
*[Telegram Group Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 25> <Reply to: Police want to talk to you about the banner. You have a certain phone number you want me to give them?>  Miami Dade PD reached out. I'm going to use my 5th. I'll be in DC on the 6th if MDC wants to talk to me they can see me there. Are they pushing the hate crime thing?

12/20/2020 4:40 PM
*[Telegram Secret Chat]*

December 12, 2020, 7:30 PM – December 20, 2020

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 26> Give me a call when you can

12/20/2020 4:51 PM
*[Telegram Secret Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 26> Through here?

12/20/2020 4:51 PM
*[Telegram Secret Chat]*

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

Outgoing Call to Shane FBI Police |

Duration: 411 seconds

12/20/2020 4:52 PM
*[Telegram Call]*

**From: Shane Lamond <shane.lamond@dc.gov>**
**To: Leslie Parsons <leslie.parsons@dc.gov>**

FW: Subject in photo

"Good Evening Commander, I have viewed the attached photograph and it is difficult for me to conclusively identify with 100% certainty that the individual depicted in this photograph is Mr. Henry "Enrique" Tarrio since I cannot see his whole face. However, I physically observed Mr. Tarrio on December 12th and have reviewed multiple videos that captured him on December 12th in Washington, DC.  Based on a comparison of those videos with the attached photograph, I believe this is Mr. Henry "Enrique" Tarrio kneeling down next to the banner based on the clothing he is wearing, the placement of the patches and the drink on his tactical vest, and the limited view of his face."



12/20/2020 6:02 PM
*[Email]*

December 12, 2020, 7:30 PM – December 20, 2020

**From: Shane Lamond <shane.lamond@dc.gov>**
**To: Leslie Parsons <leslie.parsons@dc.gov>**
**Nicole Copeland <nicoleg.copeland@dc.gov>**

Re: Tarrio?

"The first picture from the article is one of the pictures I reviewed.  That is 100% him and accurately depicts how he looked when I physically observed him on December 12th.  The second and third pictures appear to be the same guy who was kneeling down next to the banner in the original photograph I was asked to identify.  Again, I believe that is Mr. Tarrio based on the clothing he is wearing, the placement of the patches and the drink on his tactical vest, and the limited view of his face.

I forgot to provide the background on my familiarity with Mr. Tarrio in my previous email.  I have known him for almost 1.5 years, since meeting him while working the Demand Free Speech First Amendment event in July 6, 2019.  I have seen him in person and spoken with him approx. 5-6 times since first meeting him in July 2019."



12/20/2020 7:16 PM
*[Email]*

**From: Shane Lamond <2024370434>**
**To: Carolyn Montagna <2024897859>**

Also - Parsons has called me multiple times this evening.  They are really going after ET

12/20/2020 7:19 PM
*[WhatsApp Message]*

**From: Enrique Tarrio <581632416>**
**To: Oly <850106533>**

They don't have anything. Just confirmed...they're searching

12/20/2020 7:31 PM
*[Telegram Private Chat]*

**From: Enrique Tarrio <581632416>**
**To: Oly <850106533>**

That's why they want to talk

12/20/2020 7:31 PM
*[Telegram Private Chat]*

December 12, 2020, 7:30 PM – December 20, 2020

**From: Enrique Tarrio <581632416>**
**To: Oly <850133>**

*[Message Unrecovered]*

12/20/2020 7:31 PM
*[Telegram Private Chat]*

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

Do what Martin said. If you do that they can't talk to you

12/20/2020 7:32 PM
*[Telegram Private Chat]*

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

<Photo>

*[Message Unrecovered]*

12/20/2020 7:34 PM
*[Telegram Private Chat]*

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

Once you do this they can't talk to you

12/20/2020 7:42 PM
*[Telegram Private Chat]*

**From: Enrique Tarrio <581632416>**
**To: Oly <850106533>**

I don't think they can force me to talk to them regardless of legal representation. I'm going to get my lawyer to do it anyway

12/20/2020 7:43 PM
*[Telegram Private Chat]*

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

They will try if you are not lawyered up

12/20/2020 7:43 PM
*[Telegram Private Chat]*

December 12, 2020, 7:30 PM – December 20, 2020

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

Will explain on a case that I have when I see you.  They haven't been able to arrest him because of this.  They have nothing on him so they were hoping to talk to him but he lawyered up.

12/20/2020 7:44 PM
*[Telegram Private Chat*]

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

Your pain in the ass baby sister wants to know if you contacted the attorney

12/20/2020 9:56 PM
*[Telegram Private Chat*]