December 21, 2020 – December 28, 2020

**From: Ashan Mufti <2025681986>**
**To: Enrique Tarrio <7869616789>**

Good Morning Mr. Henry Tarrio. This is Detective Mufti from Metropolitan Police Department, Washington, D.C. Do we have permission to reach out to your counsel?

12/21/2020 7:33 AM
[*SMS/MMS*]

**From: Enrique Tarrio <7869616789>**
**To: Ashan Mufti <2025681986>**

Detective Mufti, Thanks for reaching out. Out [sic] this point, I haven't retained my attorney in this situation yet. But I won't need my attorney to inform you that I will be using my 5th. Thanks.

12/21/2020 8:01 AM
[*SMS/MMS*]

**From: Enrique Tarrio <7869616789>**
**To: Ashan Mufti <2025681986>**

*At

12/21/2020 8:04 AM
[*SMS/MMS*]

**From: Ashan Mufti <2025681986>**
**To: Enrique Tarrio <7869616789>**

Received. Thanks!

12/21/2020 8:04 AM
[*SMS/MMS*]

**From: Enrique Tarrio <581632416>**
**To: Oly <850106533>**

<Voice or Instant Video>

*[Message Unrecovered]*

12/21/2020 11:34 AM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Oly <850106533>**

<Voice or Instant Video>

*[Message Unrecovered]*

12/21/2020 11:34 AM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Oly <850106533>**

Cancelled Call to Oly | Duration: 0 seconds

12/21/2020 11:35 AM
[*Telegram Private Chat*]

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

Call Again

12/21/2020 11:35 AM
[*Telegram Private Chat*]

---

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

Incoming Call from Oly | Duration: 139 seconds

12/21/2020 11:38 AM
[*Telegram Private Chat*]

---

**From: Ashan Mufti <ashan.mufti@dc.gov>**
**To: Paul Courtney <pcourtney@usa.doj.gov>**
**Leslie Parsons <leslie.parsons@dc.gov>**
**Nicole Copeland <nicoleg.copleand@dc.gov>**
**et al.**

FW: Review Warrant - CCN 20176767 - Destruction of Property/Church - Hate Crime

"Good Evening all, Please see the attached warrant for review."

[*Multiple Attachments*]

12/21/2020 12:34 PM
[*Email*]

---

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 27> <photo>

12/22/2020 8:08 AM
[*Telegram Secret Chat*]

---

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 27> Shane FBI Police set the self-destruct timer to 5 seconds

12/22/2020 8:10 AM
[*Telegram Secret Chat*]

December 21, 2020 – December 28, 2020

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 30> NOBLE LEAD set the self-destruct timer to 30 seconds

12/22/2020 8:11 AM
[*Telegram Secret Chat*]

**From: Shane Lamond <shane.lamond@dc.gov>**
**To: Leslie Parsons <leslie.parsons@dc.gov>**

Re: Podcast

"Good Afternoon Commander, I have listened to the podcast and can confirm with 100% certainty that the individual speaking about white supremacy beginning at the 15:39 mark on the podcast is Henry "Enrique" Tarrio."

12/22/2020 12:54 PM
[*Email*]

**From: Shane Lamond <shane.lamond@dc.gov>**
**To: Franklyn Then <Franklyn.Then@dc.gov>**
**Ashan Mufti <ashan.mufti@dc.gov>**
**Leslie Parsons <leslie.parsons@dc.gov>**
**Nicole Copeland <nicoleg.copleand@dc.gov>**
**et al.**

Updated list of Right Wing Members

"Good Afternoon All, Please see below weblink containing an updated list of members associated with right wing extremists for your awareness."

https://airtable.com/shrHKu6MSMRVbNnEx/tblrMMoeL6GWb5e97

12/22/2020 1:19 PM
[*Email*]

**From: Ashan Mufti <ashan.mufti@dc.gov>**
**To: Paul Courtney <pcourtney@usa.doj.gov>**
**Leslie Parsons <leslie.parsons@dc.gov>**
**Nicole Copeland <nicoleg.copleand@dc.gov>**
**et al.**

Resumbission [sic] # 1 - Review Warrant - CCN 20176767 - Destruction of Property/Church - Hate Crime

"Warrant attached."

[*Attachment - Arrest Warrant PDF AFFIDAVIT 2.pdf*]

12/22/2020 2:03 PM
[*Email*]

December 21, 2020 – December 28, 2020

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 37> <Self-Destruct Timer: 30 seconds> Just a heads up, CID had me ID you from a photo you posted on Parler kneeling down next to the BLM banner so they may be submitting an arrest warrant to US Attorney's Office

12/25/2020 12:14 PM
[*Telegram Secret Chat*]

**From: Paul Courtney <pcourtney@usa.doj.gov>**
**To: Julianne Johnston <jjohnston1@usa.doj.gov>**
**et al.**

FW: Reveiw Warrant - CCN 20176767 - Destruction of Property/Church - Hate Crime

"FYI—I will call Lamond now for additional info but the ID procedure appears to be captured in these emails. I will give you a ring once I've spoken to Lamond."

[*Multiple Attachments*]

12/28/2020 10:25 AM
[*Email*]

**From: Shane Lamond <2024370434>**
**To: Carolyn Montagna <2024897859>**

Yep, although I have to wait another 30 minutes to eat but that's ok. USAO is calling me in 10 minutes for ID on Tarrio

12/28/2020 1:31 PM
[*WhatsApp Message*]

**From: Enrique Tarrio**
**To: American Airlines**

Tarrio books 1/4/2021 American Airlines flight 4782 from MIA to DCA

12/28/2020 5:41 PM
[*American Airlines*]

**From: Enrique Tarrio <7869616789>**
**To: Linda C <3057337071>**

I'm getting in on the 4th. I have a feeling DC metro is going to pick me up at the airport

12/28/2020 10:12 PM
[*iMessage*]

**From: Linda C <3057337071>**
**To: Enrique Tarrio <7869616789>**

I don't know why he would call us there to lose

12/28/2020 10:13 PM
[*iMessage*]

December 21, 2020 – December 28, 2020

**From: Linda C <3057337071>**
**To: Enrique Tarrio <7869616789>**

I think he has something up his sleeve

12/28/2020 10:13 PM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Linda C <3057337071>**

I hope so.

12/28/2020 10:13 PM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Linda C <3057337071>**



12/28/2020 10:14 PM
[*iMessage*]

**From: Linda C <3057337071>**
**To: Enrique Tarrio <7869616789>**

You have to be fucking kidding me

12/28/2020 10:15 PM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Linda C <3057337071>**

That's why I'm getting there a day early

12/28/2020 10:15 PM
[*iMessage*]