January 1, 2021, 1:33 PM – January 2, 2021

**From: Enrique Tarrio <581632416>**
**To: Oly <850106533>**

So they did all of this for a misdemeanor. The DA hasn't signed the warrant…I don't know if they're going to. But there's not "hate crime" enhancements

1/1/2021 1:33 PM
[*Telegram Private Chat*]

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

Did what. What's going on

1/1/2021 1:38 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Oly <850106533>**

DC metro submitted an arrest warrant to the Attorneys office

1/1/2021 1:38 PM
[*Telegram Private Chat*]

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

Incredible

1/1/2021 1:39 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Oly <850106533>**

Destruction of property. No hate crime enhancement

1/1/2021 1:39 PM
[*Telegram Private Chat*]

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

🤦🏽‍♀️.

1/1/2021 1:39 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Oly <850106533>**

But he says that he's doesn't think they're going to sign off on it

1/1/2021 1:40 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Oly <850106533>**

Because they're afraid I'll take it to trial and their argument is very weak

1/1/2021 1:41 PM
[*Telegram Private Chat*]

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

They will do it to make a point

1/1/2021 1:41 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Oly <850106533>**

So will I

1/1/2021 1:42 PM
[*Telegram Private Chat*]

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

Yeah ok. DC is all democrats and the jury will convict you because you are the leader of the Proud Boys

1/1/2021 1:42 PM
[*Telegram Private Chat*]

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

What a waste of tax dollars on that shit

1/1/2021 1:43 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Oly <850106533>**

Lol to contact another dept 4 states away

1/1/2021 1:43 PM
[*Telegram Private Chat*]

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

There murder rate is high and they are focusing on this shit

1/1/2021 1:43 PM
[*Telegram Private Chat*]

January 1, 2021, 1:33 PM – January 2, 2021

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

Or maybe they don't want you to go on the 6th

1/1/2021 1:45 PM
[*Telegram Private Chat*]

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

So that you don't help the President

1/1/2021 1:45 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Oly <850106533>**

If I walk into the station on the 4th they'll have no choice but to pick me up

1/1/2021 1:46 PM
[*Telegram Private Chat*]

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

Don't do it

1/1/2021 1:46 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Oly <850106533>**

Can't miss my flight on Friday

1/1/2021 1:47 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Oly <850106533>**

I rather let that bandage tear

1/1/2021 1:47 PM
[*Telegram Private Chat*]

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

😭😭😭.

1/1/2021 1:47 PM
[*Telegram Private Chat*]

January 1, 2021, 1:33 PM – January 2, 2021

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

You are so stubborn

1/1/2021 1:48 PM
[*Telegram Private Chat*]

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

Coñjo

1/1/2021 1:48 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Oly <850106533>**

That's if they sign the warrant

1/1/2021 1:48 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 50> NOBLE LEAD set the self-destruct timer to 1 hour

1/1/2021 1:48 PM
[*Telegram Secret Chat*]

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

Martin said that it's a misdemeanor and it didn't happen in the presence of an officer

1/1/2021 1:49 PM
[*Telegram Private Chat*]

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

Fucking a joke

1/1/2021 1:49 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 52> NOBLE LEAD set the self-destruct timer to 30 seconds

1/1/2021 1:49 PM
[*Telegram Secret Chat*]

January 1, 2021, 1:33 PM – January 2, 2021

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

But it's ok for them to destroy and vandalize Republicans property or assault them

1/1/2021 1:50 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Oly <850106533>**

Yes it is

1/1/2021 1:50 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Oly <850106533>**

They're immune

1/1/2021 1:50 PM
[*Telegram Private Chat*]

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

😩😩😩😩😩.

1/1/2021 1:51 PM
[*Telegram Private Chat*]

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

Is your attorney going with you

1/1/2021 1:51 PM
[*Telegram Private Chat*]

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

Do you need me to go

1/1/2021 1:52 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Oly <850106533>**

It'll be fine

1/1/2021 2:00 PM
[*Telegram Private Chat*]

January 1, 2021, 1:33 PM – January 2, 2021

> **From: Enrique Tarrio <581632416>**
> **To: Oly <850106533>**
>
> I'll wait till it happens. I'm not going to talk to anyone
>
> 1/1/2021 2:01 PM
> [*Telegram Private Chat*]

> **From: Oly <850106533>**
> **To: Enrique Tarrio <581632416>**
>
> First of all they don't have you pulling down the sign. Second it was on the street making it trash on public sidewalk
>
> 1/1/2021 2:01 PM
> [*Telegram Private Chat*]

> **From: Oly <850106533>**
> **To: Enrique Tarrio <581632416>**
>
> WTF
>
> 1/1/2021 2:01 PM
> [*Telegram Private Chat*]

> **From: Enrique Tarrio <581632416>**
> **To: Oly <850106533>**
>
> Exactly.  I was getting rid of some garbage
>
> 1/1/2021 2:02 PM
> [*Telegram Private Chat*]

> **From: Oly <850106533>**
> **To: Enrique Tarrio <581632416>**
>
> Now I have a headache
>
> 1/1/2021 2:03 PM
> [*Telegram Private Chat*]

> **From: Oly <850106533>**
> **To: Enrique Tarrio <581632416>**
>
> Great
>
> 1/1/2021 2:03 PM
> [*Telegram Private Chat*]

> **From: Enrique Tarrio <581632416>**
> **To: Oly <850106533>**
>
> They throw out misdemeanors all the time.  Specially when it's during protests
>
> 1/1/2021 2:04 PM
> [*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Oly <850106533>**

Including my guys

1/1/2021 2:04 PM
[*Telegram Private Chat*]

**From: mamafe <1431764167>**
**To: Enrique Tarrio <581632416>**

Have you heard anything about that warrant

1/1/2021 7:11 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: mamafe <1431764167>**

They can't sign it till Monday

1/1/2021 7:12 PM
[*Telegram Private Chat*]

**From: John Haines <john.haines@dc.gov>**
**To: Shane Lamond <2024370434>**

Shane do we have any flight info or travel info on when and whre Enrique Tarrio will arrive in DC or which airport

1/1/2021 8:25 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: John Haines <john.haines@dc.gov>**

No specific flight info, but I know he is fying into DCA on 1/4.  Don't have the time

1/1/2021 8:31 PM
[*iMessage*]

**From: John Haines <john.haines@dc.gov>**
**To: Shane Lamond <2024370434>**

Ok. Thanks

1/1/2021 8:32 PM
[*iMessage*]

January 1, 2021, 1:33 PM – January 2, 2021

**From: Shane Lamond <shane.lamond@dc.gov>**
**To: Charlie Cox <charlie.cox@tsa.dhs.gov>**

Passenger Check

"Good Evening Charlie, I hope you had a great Christmas and New Year! I am hoping that you can help me with something. MPD has obtained an arrest warrant for someone in connection with the December 12th protest in Washington, DC. We have information to believe the person will be flying into DCA on January 4th. Is it possible to check to see if the person has booked travel into DCA?"

1/1/2021 8:37 PM
[*Email*]

**From: Shane Lamond <2024370434>**
**To: John Haines <john.haines@dc.gov>**

I just reached out to my TSA contact to see if they have access to booking information.  Will let you know if I can confirm his flight info

1/1/2021 8:37 PM
[*iMessage*]

**From: John Haines <john.haines@dc.gov>**
**To: Shane Lamond <2024370434>**

Thanks.  We tried ours but with the holiday weekend no success on a response

1/1/2021 8:38 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: John Haines <john.haines@dc.gov>**

Copy.  I just emailed mine so I will let you know when he responds

1/1/2021 8:39 PM
[*iMessage*]

**From: John Haines <john.haines@dc.gov>**
**To: Shane Lamond <2024370434>**

Thank you

1/1/2021 8:39 PM
[*iMessage*]

**From: Robert Pond <7039678616>**
**To: Shane Lamond <2024370434>**

Hey Shane, sorry to bother you. It seems that we have a "credible source " that is indicating PB are going to the Hampton inn on king st in Alexandria. Can you verify?

1/1/2021 9:57 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Robert Pond <7039678616>**

Yep I will check now but that seems a little far out

1/1/2021 9:58 PM
[*iMessage*]

**From: Robert Pond <7039678616>**
**To: Shane Lamond <2024370434>**

Thanks!

1/1/2021 9:58 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Robert Pond <7039678616>**

You're welcome. Message sent. Will let you know when I get a response

1/1/2021 10:11 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Robert Pond <7039678616>**

Just heard back. Said he doesn't think any PB are staying in VA, and certainly not that far south

1/1/2021 10:13 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Robert Pond <7039678616>**

I'm sure there is a very good chance Trump supporters will be staying there but not PB

1/1/2021 10:14 PM
[*iMessage*]

**From: Robert Pond <7039678616>**
**To: Shane Lamond <2024370434>**

Thanks again!

1/1/2021 10:14 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Robert Pond <7039678616>**

Anytime, brother

1/1/2021 10:14 PM
[*iMessage*]

**From: Shane Lamond <shane.lamond@dc.gov>**
**To: Charlie Cox <charlie.cox@tsa.dhs.gov>**

Subject Info

"Please see attached document. Password to follow."

[Attachment - Subject Info.docx]

1/1/2021 11:24 PM
[*Email*]

**From: Shane Lamond <2024370434>**
**To: John Haines <john.haines@dc.gov>**

Hey John, my TSA guy is going to come through for us. He can only check 72 hours out so he is going to hold off on checking until tomorrow. Will advise when he responds

1/1/2021 11:38 PM
[*iMessage*]

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

Any update on the Warrant?

1/2/2021 2:26 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Oly <850106533>**

Won't know until I land

1/2/2021 2:31 PM
[*Telegram Private Chat*]

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

O [sic] my god.

1/2/2021 2:31 PM
[*Telegram Private Chat*]

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

Did you go to Rubio's

1/2/2021 2:31 PM
[*Telegram Private Chat*]

January 1, 2021, 1:33 PM – January 2, 2021

**From: Enrique Tarrio <581632416>**
**To: Oly <850106533>**

telegram-cloud-photo-size-1-5154871576485800141-m.jpg



1/2/2021 2:32 PM
[*Telegram Private Chat*]

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

I love it

1/2/2021 2:32 PM
[*Telegram Private Chat*]

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

But not a lot of people

1/2/2021 2:32 PM
[*Telegram Private Chat*]

**From: Charlie Cox <charlie.cox@tsa.dhs.gov>**
**To: Shane Lamond <shane.lamond@dc.gov>**

RE:

"Shane, Also I show LKA via CLEAR, source Experian as of 10/17/2020: 5730 SW 142 Ct, Miami, FL, 33184 Miami-Dade County"

[*Attachment - image003.png*]

"Gate 40?"

1/2/2021 7:09 PM
[*Email*]

11 of 12

January 1, 2021, 1:33 PM – January 2, 2021

**From: Shane Lamond <2024370434>**
**To: Leslie Parsons <2024875277>**
**Jeffery Carroll <2024378198>**
**John Haines <2025537511>**

Here's his flight info



1/2/2021 8:33 PM
[*SMS/MMS*]

**From: Leslie Parsons <2024875277>**
**To: Shane Lamond <2024370434>**
**Jeffery Carroll <2024378198>**
**John Haines <2025537511>**

Thanks.

1/2/2021 8:33 PM
[*SMS/MMS*]

**From: John Haines <john.haines@dc.gov>**
**To: Shane Lamond <2024370434>**
**Jeffery Carroll <2024378198>**
**Leslie Parsons <2024875277>**

Awesome.  Thank you

1/2/2021 8:34 PM
[*iMessage*]