January 4, 2021

---

**Tarrio checks in for American Airlines flight 4782 from MIA to DCA**

> 1/4/2021 6:44 AM
> [*American Airlines*]

---

**Tarrio checks in baggage for American Airlines flight 4782 from MIA to DCA**

> 1/4/2021 7:27 AM
> [*American Airlines*]

---

**Tarrio's originally scheduled AA flight 4782 from MIA to DCA:** "PAX WAS LATE AT THE GATE 11 MIN PRIOR DEPARTURE, I WAS PROCESING STANBYE LIST ALREADY, I EXPLAIN THAT SINCE 15 MIN PRIOR WE SUPOST TO START PROCESING STANBYE AND I WAIT UNTIL 12 MIN WAITING FOR HIM, BUT HE ITS SUPOST TO BE AT THE DEP GATE 30 MIN PRIOR DEPARTURE. PAX WAS VERY UPSET AND CURSING SAYING BULL SHIT TO ME AND TO THE LEAD AGENT"

> 1/4/2021 8:33 AM
> [*American Airlines*]

---

**From: John Donohue <9174171702>**
**To: Shane Lamond <2024370434>**

FYI. Tarrio may be staying at Phoenix Park hotel.

> 1/4/2021 9:23 AM
> [*iMessage*]

---

**From: Shane Lamond <2024370434>**
**To: John Donohue <9174171702>**

Yes that's confirmed. Supposed to be arriving later today

> 1/4/2021 9:24 AM
> [*iMessage*]

---

**From: Shane Lamond <2024370434>**
**To: John Donohue <9174171702>**

Will talk in person for additional info

> 1/4/2021 9:24 AM
> [*iMessage*]

---

**From: Shane Lamond <2024370434>**
**To: Ben Tyler <7034315078>**

ET changed his flight info. Was supposed to arrive this morning, now not coming until this afternoon. Our Crim Apprehension Unit will be picking him up as soon as he enters the city

> 1/4/2021 9:38 AM
> [*WhatsApp Message*]

---

**Tarrio boards American Airlines flight 925 from MIA to DCA**

> 1/4/2021 11:55 AM
> [*American Airlines*]

January 4, 2021

> **Tarrio's American Airlines flight 925 departs from MIA to DCA**
>
> 1/4/2021 12:32 PM
> [*American Airlines*]

> **From: Shane Lamond <869476955>**
> **To: Enrique Tarrio <581632416>**
>
> <MessageID 93> Shane FBI Police set the self-destruct timer to 10 seconds
>
> 1/4/2021 1:02 PM
> [*Telegram Secret Chat*]

> **From: Enrique Tarrio <581632416>**
> **To: mamafe <1431764167>**
>
> Warrant was signed
>
> 1/4/2021 1:30 PM
> [*Telegram Private Chat*]

> **From: Enrique Tarrio <581632416>**
> **To: Avva <1443484443>**
>
> Warrant for my arrest was just signed
>
> 1/4/2021 1:30 PM
> [*Telegram Private Chat*]

> **From: Enrique Tarrio <581632416>**
> **To: Ministry Of Self Defense <4778170400>**
>
> The warrant was just signed
>
> 1/4/2021 1:31 PM
> [*Telegram Group Chat*]

> **From: Avva <1443484443>**
> **To: Enrique Tarrio <581632416>**
>
> Omg
>
> 1/4/2021 1:32 PM
> [*Telegram Private Chat*]

> **From: Avva <1443484443>**
> **To: Enrique Tarrio <581632416>**
>
> Babe :/
>
> 1/4/2021 1:32 PM
> [*Telegram Private Chat*]

January 4, 2021

**From: Enrique Tarrio <581632416>**
**To: Avva <1443484443>**

It's cool. They'll have to have me in and out

1/4/2021 1:32 PM
[*Telegram Private Chat*]

**From: Avva <1443484443>**
**To: Enrique Tarrio <581632416>**

When you land? Are they taking you on stage

1/4/2021 1:33 PM
[*Telegram Private Chat*]

**From: Avva <1443484443>**
**To: Enrique Tarrio <581632416>**

This is so fucked

1/4/2021 1:33 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Avva <1443484443>**

Don't know if my contact will tell me that

1/4/2021 1:33 PM
[*Telegram Private Chat*]

**From: mamafe <1431764167>**
**To: Enrique Tarrio <581632416>**

Fuck

1/4/2021 1:36 PM
[*Telegram Private Chat*]

**From: mamafe <1431764167>**
**To: Enrique Tarrio <581632416>**

Try to keep me in the loop

1/4/2021 1:37 PM
[*Telegram Private Chat*]

**From: mamafe <1431764167>**
**To: Enrique Tarrio <581632416>**

Although I'll understand if you can't

1/4/2021 1:37 PM
[*Telegram Private Chat*]

January 4, 2021

**From: Enrique Tarrio <581632416>**
**To: Bianca TuVoz <469344339>**

The warrant has been signed

1/4/2021 2:04 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Skull and Bones 2020/2021 <4755540701>**

Warrant has been signed.

1/4/2021 2:47 PM
[*Telegram Group Chat*]

**From: Enrique Tarrio <581632416>**
**To: Jacob Engels Z4 <666419820>**

Warrant for my arrest is out

1/4/2021 3:16 PM
[*Telegram Private Chat*]

**From: Shane Lamond <2024370434>**
**To: John Donohue <9174171702>**

ET locked up for warrant

1/4/2021 4:17 PM
[*iMessage*]

**Arrest of Enrique Tarrio**

1/4/2021 4:18 PM
[*MPD Case File*]