January 7, 2021 – January 27, 2021

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 1> I think I could have stopped this whole thing.

1/7/2021 3:25 AM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 1> I don't know, bro. You know it's fucking bad when Alex Jones was the voice of reason and they wouldn't listen to him. He got on the bullhorn and urged everyone to stop attacking the police and march around the US Capitol and they ignored him

1/7/2021 7:55 AM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 2> How you holding up? I checked on your charges and the Poss of High Capacity Mags is a felony

1/7/2021 7:55 AM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 2> <Reply to: How you holding up? I checked on your charges and the Poss of High Capacity Mags is a felony> So gay

1/7/2021 8:38 AM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 3> <Reply to: I don't know, bro. You know it's fucking bad when Alex Jones was the voice of reason and they wouldn't listen to him. He got on the bullhorn and urged everyone to stop attacking the police and march around the US Capitol and they ignored him>

Yeah but I have guys I can line up...he doesn't

1/7/2021 8:39 AM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 4> Lol

1/7/2021 8:39 AM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 3> That is true

1/7/2021 9:39 AM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 4> Yesterday was a total shitshow

1/7/2021 9:40 AM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 5> I have someone you guys might be looking for.

Nicole Danielle Roberson.

She had Maryland police go to her house yesterday.

1/7/2021 10:36 AM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 6> She thinks they came because of the Capitol stuff.

1/7/2021 10:37 AM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 5> Copy. Not that I'm aware of offhand but i will check

1/7/2021 10:44 AM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 6> I know we are working on identifying a number of people

1/7/2021 10:45 AM
[*Telegram Secret Chat*]

January 7, 2021 – January 27, 2021

**From: Brian Carney <4438482927>**
**To: Shane Lamond <2024370434>**

[Video File] MOV_8812.mov



1/7/2021 11:03 AM
[*iMessage*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 7> Let me know if she's on your list. I'll have her turn herself in

1/7/2021 11:14 AM
[*Telegram Secret Chat*]

**From: Shane Lamond <2024370434>**
**To: Brian Carney <4438482927>**

Thanks, Brian. The one we were looking at is Nicole Danielle Roberson.

1/7/2021 11:15 AM
[*iMessage*]

**From: Brian Carney <4438482927>**
**To: Shane Lamond <2024370434>**

Ok I'll look into it

1/7/2021 11:20 AM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Julie Farnam <6176534771>**

Hey Julie can you send me the FBI list?

1/7/2021 3:17 PM
[*SMS/MMS*]

**From: Julie Farnam <julie.farnam@uscp.gov>**
**To: Shane Lamond <shane.lamond@dc.gov>**

FBI's List

1/7/2021 3:30 PM
[*Email*]

**From: Julie Farnam <6176534771>**
**To: Shane Lamond <2024370434>**

Sent

1/7/2021 3:33 PM
[*SMS/MMS*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 7> Nope. Not on our list

1/7/2021 3:37 PM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 8> Looks like the feds are locking people up for rioting at the Capitol. I hope none of your guys were among them.

1/8/2021 7:51 PM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 8> So far from what I'm seeing and hearing we're good.

1/8/2021 7:53 PM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 9> Great to hear. Of course I can't say it officially, but personally I support you all and don't want to see your group's name or reputation dragged through the mud

1/8/2021 7:59 PM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 9> One of my guys did get arrested in Hawaii. But he was just in there behind people. Recorded the whole thing for his YouTube. No damage

1/8/2021 7:59 PM
[*Telegram Secret Chat*]

January 7, 2021 – January 27, 2021

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 10> <Reply to: Great to hear. Of course I can't say it officially, but personally I support you all and don't want to see your group's name or reputation dragged through the mud> Thanks but I think we're passed that...the brunt of this will come down on us.

1/8/2021 8:00 PM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 11> Past*

1/8/2021 8:00 PM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 10> It's not going to matter. Simply entering the building will be enough to get charged. Being up on the upper terrace past the police lines may even be enough

1/8/2021 8:00 PM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 12> Yeah I know. Will those be felonies?

1/8/2021 9:01 PM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 11> Yes. 100%

1/8/2021 9:09 PM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 13> What felony is it?

1/8/2021 9:10 PM
[*Telegram Secret Chat*]

January 7, 2021 – January 27, 2021

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 12> 18 USC 1752 - Restricted Building or Ground

1/8/2021 9:17 PM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 13> Lots of bad and misinformation circulating around regarding your group. I need you to be totally honest with me. Are there any plans for PB to be in DC anytime between January 16-20? You can call if you prefer. Thanks

1/9/2021 12:45 PM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 14> At ALL

1/9/2021 12:56 PM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 14> Copy. A private organization put an alert that specifically mentions PROUD BOYS will be conducting armed protests at every state Capitol and US Capitol on January 17th

1/9/2021 12:57 PM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 15> I take it you mean NOT at all?

1/9/2021 12:58 PM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 15> <audio/ogg> secret-file-5175186517936570551-1

[Transcript: "Uh… Yeah. Not at all. We're uh… Definitely not going anywhere."]

1/9/2021 1:07 PM
[*Telegram Secret Chat*]

January 7, 2021 – January 27, 2021

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 16> <audio/ogg> secret-file-5175012155149254839-1

*[Transcript: "Give me a few and I'll give you a call."]*

1/9/2021 1:07 PM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 16> Sounds good

1/9/2021 1:07 PM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

Outgoing Call to Shane FBI Police |

Duration: 1522 seconds

1/9/2021 1:48 PM
[*Telegram Call*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 17> <image/jpg>

ph-004BBD65-634F-4039-A961-83E018B3ED63_L0_001--4822025450748646744



1/9/2021 5:08 PM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 17> <Reply to: <image/jpg> ph-004BBD65-634F-4039-A961-83E018B3ED63_L0_001--4822025450748646744> That's a felony?

1/9/2021 5:11 PM
[*Telegram Secret Chat*]

January 7, 2021 – January 27, 2021

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 18> Yes

1/9/2021 5:13 PM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 19> Same ones first 13 were charged with

1/9/2021 5:14 PM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 20> What are we standing by for??

1/9/2021 11:25 PM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 18> <Reply to: What are we standing by for??> Huh?

1/9/2021 11:32 PM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 21> Joe Biggs just posted "Stand by" on Parler

1/9/2021 11:32 PM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 19> Dunno but we just banned rallies for awhile

1/9/2021 11:33 PM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 20> A while

1/9/2021 11:33 PM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 22> That's a good idea

1/9/2021 11:34 PM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 21> It looks like his account is hacked or something. Look at the posts under that

1/9/2021 11:34 PM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 22> <image/jpg> secret-file-5175018369966932151-1



1/9/2021 11:34 PM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 23> I gotcha. Lots of eyes are on you all right now. I got a First Alert on his post 😂.

1/9/2021 11:35 PM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 23> But I'm sure that doesn't mean what people think it means lol.

1/9/2021 11:56 PM
[*Telegram Secret Chat*]

January 7, 2021 – January 27, 2021

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 24> <image/jpg>

ph-5BD0A733-B36C-49FA-AA42-0385802EE92C_L0_001--2421949073269359324



1/12/2021 2:49 PM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 25> Is this legit?

1/12/2021 2:49 PM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 24> <Reply to: <image/jpg> ph-5BD0A733-B36C-49FA-AA42-0385802EE92C_L0_001--2421949073269359324> What is this?

1/12/2021 3:44 PM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 26> Claiming to be a proud boys sticker

1/12/2021 4:03 PM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 25> <audio/ogg> secret-file-5183797759861326305-1

[Transcript: "I don't know. Let me check, but…"]

1/12/2021 4:43 PM
[*Telegram Secret Chat*]

January 7, 2021 – January 27, 2021

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 27> Do you know if any of your guys will be at VA Lobby Day on the 18th?

1/12/2021 4:44 PM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 26> <audio/ogg> secret-file-5183686292575093143-1

[*Transcript: "Doubt. Big doubt. Uh… I might go, uh, but I don't think I'll make it. There's like a, probably, uh, 20% chance of me going."*]

1/12/2021 4:44 PM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 27> <audio/ogg> secret-file-5183901990127665427-1

[*Transcript: "My guys don't even know that uh… If I do go my guys won't even know that I'm going."*]

1/12/2021 4:45 PM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 28> Enrique set the self-destruct timer to 30 seconds

1/13/2021 8:52 PM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 34> <Self-Destruct Timer: 30 seconds> Hey brother, are your guys planning to come to DC on March 4th?

1/16/2021 6:47 PM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 35> <Self-Destruct Timer: 30 seconds> Bump

1/19/2021 11:06 AM
[*Telegram Secret Chat*]

January 7, 2021 – January 27, 2021



**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 36> <Self-Destruct Timer: 30 seconds>
https://www.reuters.com/article/us-usa-proudboys-leader-idUSKBN29W1PE

1/27/2021 11:13 AM
[*Telegram Secret Chat*]