UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 23-cr-00177 (ABJ) |
| v. : | |
| : | |
| SHANE LAMOND : | |

## NOTICE OF FILING (AMENDED)

As the Court correctly noted, there was an error in labeling the revised Government Exhibits filed earlier this afternoon (D.E. 47). The Government hereby files revised versions of Government Exhibits 4006, 4017, 4018, 4019, 4020, 4022, 4023, and 4024.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:   /s/ Joshua S. Rothstein
Joshua S. Rothstein
Assistant United States Attorney
N.Y. Bar No. 4453759
United States Attorney's Office
601 D Street, N.W.
Washington, DC 205390
Phone: (202) 252-7164
Joshua.Rothstein@usdoj.gov