December 7, 2020 – December 12, 2020, 5:39 PM

**From: Ben Tyler <7034315078>**
**To: Shane Lamond <2024370434>**

What #'s do y'all anticipate for Saturday?

12/7/2020 2:00 PM
[*WhatsApp Message*]

**From: Shane Lamond <2024370434>**
**To: Ben Tyler <7034315078>**

We are estimating between 5-10k. Not as big as last time but still big

12/7/2020 2:01 PM
[*WhatsApp Message*]

**From: Ben Tyler <7034315078>**
**To: Shane Lamond <2024370434>**

Have you heard from ET?

12/7/2020 2:02 PM
[*WhatsApp Message*]

**From: Shane Lamond <2024370434>**
**To: Ben Tyler <7034315078>**

Not in a few days

12/7/2020 2:02 PM
[*WhatsApp Message*]

**From: Shane Lamond <2024370434>**
**To: Ben Tyler <7034315078>**

Texted last week. He said there should be more of them this time

12/7/2020 2:03 PM
[*WhatsApp Message*]

**From: Ben Tyler <7034315078>**
**To: Shane Lamond <2024370434>**

Oh boy!!!

12/7/2020 2:20 PM
[*WhatsApp Message*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

You have any info on the event planned Saturday night after the March?

12/7/2020 2:29 PM
[*iMessage*]

GOVERNMENT
EXHIBIT
4017
_____

USAO-DC-424311

December 7, 2020 – December 12, 2020, 5:39 PM

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

March at 6pm I don't know the location yet

12/7/2020 2:29 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

I gotcha. Going to be like November 14th?

12/7/2020 2:30 PM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

Somewhat.

12/7/2020 2:31 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Thanks

12/7/2020 2:31 PM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

Harry's is getting bombarded with harassing calls.

12/7/2020 2:34 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Yep I was about to send it to you. Shut Down DC is telling people to call Harry's and demand they close for Dec. 12

12/7/2020 2:35 PM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

Then we turn into the bad guys somehow.

12/7/2020 2:35 PM
[*iMessage*]

USAO-DC-424312

December 7, 2020 – December 12, 2020, 5:39 PM

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

This is all not cool.

12/7/2020 2:35 PM
*[iMessage]*

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Unfortunately nothing can be done about the calls.
Not breaking the law

12/7/2020 2:36 PM
*[iMessage]*

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

Yeah I know

12/7/2020 2:36 PM
*[iMessage]*

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**



12/7/2020 2:36 PM
*[iMessage]*

**From: Ben Tyler <7034315078>**
**To: Shane Lamond <2024370434>**

Good morning!  At some point, when you have a
minute, can you see if ET plans to attend the VA lobby
day in January.

12/9/2020 11:05 AM
*[WhatsApp Message]*

**From: Shane Lamond <2024370434>**
**To: Ben Tyler <7034315078>**

Hey Ben! Yep, I will reach out to him today

12/9/2020 11:06 AM
*[WhatsApp Message]*

USAO-DC-424313

December 7, 2020 – December 12, 2020, 5:39 PM

**From: Ben Tyler <7034315078>**
**To: Shane Lamond <2024370434>**

Thanks

12/9/2020 11:06 AM
[*WhatsApp Message*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

Hey brother, I'm sure you've heard Antifa is calling the hotels urging them to cancel reservations for trump supporters this weekend. Will you have guys staying at Harrington again? That's one of them on the list

12/9/2020 12:05 PM
[*Telegram Private Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

I'm hearing Harry's is going to be closed Saturday

12/10/2020 10:12 AM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

Yeah I figured. I told my guys to not go to Harry's

12/10/2020 10:26 AM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<Reply to: Hey brother, I'm sure you've heard Antifa is calling the hotels urging them to cancel reservations for trump supporters this weekend. Will you have guys staying at Harrington again? That's one of them on the list>

<audio/ogg>

[*Audio File Unrecovered*]

12/10/2020 10:27 AM
[*Telegram Private Chat*]

USAO-DC-424314

December 7, 2020 – December 12, 2020, 5:39 PM

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

Do you know where Alex Jones is speaking? We are hearing conflicting locations - SCOTUS, Freedom Plaza, and National Mall. Any way you can find out where he is going?

12/10/2020 1:20 PM
*[Telegram Private Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

Will you all be at Freedom Plaza or National Mall?

12/10/2020 1:22 PM
*[Telegram Private Chat]*

**From: Enrique Tarrio <581632416>**
**To: East Coast Rally Command <4705500185>**

The only way we control the safety of our guys is to lead them into situations we control

12/10/2020 5:36 PM
*[Telegram Group Chat]*

**From: Enrique Tarrio <581632416>**
**To: East Coast Rally Command <4705500185>**

I've had little communication with DC metro which is odd

12/10/2020 6:06 PM
*[Telegram Group Chat]*

**From: Enrique Tarrio <581632416>**
**To: East Coast Rally Command <4705500185>**

They've been really short

12/10/2020 6:06 PM
*[Telegram Group Chat]*

**From: Shane Lamond <2024370434>**
**To: Ben Tyler <7034315078>**

Sorry for the delayed response but he just got back to me now. He says he hasn't decided yet. He's going to be in DC for inauguration but not sure when he's coming to the area. He said he's let me know once he decides

12/11/2020 9:55 AM
*[WhatsApp Message]*

USAO-DC-424315

December 7, 2020 – December 12, 2020, 5:39 PM

**From: Ben Tyler <7034315078>**
**To: Shane Lamond <2024370434>**

Thanks for checking

12/11/2020 10:17 AM
[*WhatsApp Message*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<Reply to: Will you all be at Freedom Plaza or National Mall?>

<audio/ogg>

[*Audio File Unrecovered*]

12/11/2020 3:57 PM
[*Telegram Private Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

Yep I know. Cuban Embassy called police on you lol

12/11/2020 3:58 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<audio/ogg>

[*Audio File Unrecovered*]

12/11/2020 4:02 PM
[*Telegram Private Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

Midget tossing??? I think that certainly qualifies as civil disobedience 😂.

12/11/2020 4:03 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

We're clearing out

12/11/2020 4:21 PM
[*Telegram Private Chat*]

USAO-DC-424316

December 7, 2020 – December 12, 2020, 5:39 PM

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

Copy. Thanks brother

12/11/2020 4:21 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

I'll update you on movements from now on

12/11/2020 4:21 PM
[*Telegram Private Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

I appreciate it. Any other plans for this evening? I hear Harry's is shutting down at 7

12/11/2020 4:23 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

We're going to have a briefing tonight at 1030 at the national mall. We're marching from Harrington's

12/11/2020 4:24 PM
[*Telegram Private Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

Copy. Antifa should be staying up at BLM Plaza. Do you want me to let our uniformed officers know that or keep it to myself? I will be around all night in case anything kicks off

12/11/2020 4:26 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<audio/ogg>

[*Audio File Unrecovered*]

12/11/2020 4:27 PM
[*Telegram Private Chat*]

USAO-DC-424317

December 7, 2020 – December 12, 2020, 5:39 PM

**From: Shane Lamond <2024370434>**
**To: <SMS Group Chat 142450766355613995>**
**Carolyn Montagna <2024897859>**
**Jeffery Carroll <2024378198>**
**et al.**

Just got word that PB will be having a meeting on National Mall at 2230 hours tonight. They are planning on marching over from Harrington around 2200. Will send to USPP as well

12/11/2020 4:33 PM
*[SMS/MMS]*

**From: Jeffery Carroll <2024378198>**
**To: <SMS Group Chat 142450766355613995>**
**Shane Lamond <2024370434>**
**Carolyn Montagna <2024897859>**
**et al.**

Thx.  Are they planning on going anywhere after that?

12/11/2020 4:34 PM
*[SMS/MMS]*

**From: Shane Lamond <2024370434>**
**To: <SMS Group Chat 142450766355613995>**
**Carolyn Montagna <2024897859>**
**Jeffery Carroll <2024378198>**
**et al.**

No. The meeting is to discuss their game plan for tomorrow. They will all break up and head to hotels from there

12/11/2020 4:36 PM
*[SMS/MMS]*

**From: Jeffery Carroll <2024378198>**
**To: <SMS Group Chat 142450766355613995>**
**Shane Lamond <2024370434>**
**Carolyn Montagna <2024897859>**
**et al.**

Well at least we will get an idea of how many are actually here based on that meeting

12/11/2020 4:57 PM
*[SMS/MMS]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

Where you all headed?

12/11/2020 9:36 PM
*[Telegram Private Chat]*

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

Is your group at 11th and E heading to FP or the Mall?

12/12/2020 9:49 AM
*[Telegram Private Chat]*

USAO-DC-424318

December 7, 2020 – December 12, 2020, 5:39 PM

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

And invite to the White House? 👍.

12/12/2020 9:49 AM
[*Telegram Private Chat*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Hey brother, what's the plan for the rest of the day?

12/12/2020 3:43 PM
[*iMessage*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

6-7pm Harrington's. Then we're going to March. Don't know the route yet

12/12/2020 5:31 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Copy. I'm up with your boys at McPherson Square now

12/12/2020 5:32 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

Do you know where you are heading to?

12/12/2020 5:32 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: <SMS Group Chat 570516334336022408>**
**Carolyn Montagna <2024897859>**
**Jeffery Carroll <2024378198>**
**et al.**

From PB source:

6-7pm Harrington's. Then we're going to March. Don't know the route yet

12/12/2020 5:33 PM
[*SMS/MMS*]

USAO-DC-424319

December 7, 2020 – December 12, 2020, 5:39 PM

**From: Shane Lamond <2024370434>**
**To: Carolyn Montagna <2024897859>**

6-7pm Harrington's. Then we're going to March. Don't know the route yet

12/12/2020 5:37 PM
[*WhatsApp Message*]

**From: Shane Lamond <2024370434>**
**To: Carolyn Montagna <2024897859>**

From ET

12/12/2020 5:37 PM
[*WhatsApp Message*]

**From: Carolyn Montagna <2024897859>**
**To: Shane Lamond <2024370434>**

Wow!

12/12/2020 5:39 PM
[*WhatsApp Message*]

USAO-DC-424320