**From: Ben Tyler <7034315078>**
**To: Shane Lamond <2024370434>**

Have you heard from ET?  Have they changed their mind and plan to come next week?

12/29/2020 7:53 AM
[*WhatsApp Message*]

**From: Shane Lamond <2024370434>**
**To: Ben Tyler <7034315078>**

Yep we've been in communication. They are still planning on coming next week but he says it will be a much smaller group

12/29/2020 8:17 AM
[*WhatsApp Message*]

**From: Shane Lamond <2024370434>**
**To: Ben Tyler <7034315078>**

There is also an arrest warrant for him pending with USAO for the destruction of the BLM banner…

12/29/2020 8:18 AM
[*WhatsApp Message*]

**From: Ben Tyler <7034315078>**
**To: Shane Lamond <2024370434>**

Okay. Video was located???

12/29/2020 8:18 AM
[*WhatsApp Message*]

**From: Shane Lamond <2024370434>**
**To: Ben Tyler <7034315078>**

Yes, but he was only standing next to it. No evidence that he actually torched it. He also posted a picture on his Parler page when he took responsbility for it.

12/29/2020 8:19 AM
[*WhatsApp Message*]

**From: Ben Tyler <7034315078>**
**To: Shane Lamond <2024370434>**

Okay… 'so let's make a charge that really won't stick but then we can say we did something'

12/29/2020 8:20 AM
[*WhatsApp Message*]

**From: Shane Lamond <2024370434>**
**To: Ben Tyler <7034315078>**

Yep, basically. Lots of pressure for an arrest on this one

12/29/2020 8:21 AM
[*WhatsApp Message*]

GOVERNMENT
EXHIBIT
4020

**From:** Shane Lamond <2024370434>
**To:** Leslie Parsons <2024875277>

Any update on the warrant? Did the USAO approve it?

12/29/2020 3:56 PM
[*iMessage*]

**From:** Leslie Parsons <2024875277>
**To:** Shane Lamond <2024370434>

Not yet

12/29/2020 4:09 PM
[*iMessage*]

**From:** Shane Lamond <2024370434>
**To:** Leslie Parsons <2024875277>

Copy. Give me a call when approved and we can discuss how you want it served

12/29/2020 4:18 PM
[*iMessage*]

**From:** Ashan Mufti <ashan.mufti@dc.gov>
**To:** Paul Courtney <pcourtney@usa.doj.gov>
Leslie Parsons <leslie.parsons@dc.gov>
Nicole Copeland <nicoleg.copleand@dc.gov>
et al.

RE: Resubmission - Arrest Warrant - CCN 20176767 - Destruction of Property/Church - Hate Crime

"Please see the attached resubmission in reference to Defendant Henry Tarrio's case."

[*Multiple Attachments*]

12/29/2020 7:47 PM
[*Email*]

**From:** Leslie Parsons <2024875277>
**To:** Shane Lamond <2024370434>

Incoming Call from 2024875277 | Voicemail |

Duration: 0:03

12/30/2020 11:18 AM
[*Phone Call*]

**From:** Shane Lamond <2024370434>
**To:** Leslie Parsons <2024875277>

Outgoing Call to 2024875277 | Answered |

Duration: 4:57

12/30/2020 11:22 AM
[*Phone Call*]

USAO-DC-00424518

December 29, 2020 – December 30, 2020, 2:39 PM

**From: Shane Lamond <2024370434>**
**To: Leslie Parsons <2024875277>**

Outgoing Call to 2024875277 | Voicemail|

Duration: 0:03

> 12/30/2020 2:25 PM
> [*Phone Call*]

**From: Leslie Parsons <2024875277>**
**To: Shane Lamond <2024370434>**

Two minutes

> 12/30/2020 2:25 PM
> [*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Leslie Parsons <2024875277>**

Copy

> 12/30/2020 2:25 PM
> [*iMessage*]

**From: Leslie Parsons <2024875277>**
**To: Shane Lamond <2024370434>**

Incoming Call from 2024875277 | Answered |

Duration: 6:00

> 12/30/2020 2:39 PM
> [*Phone Call*]

USAO-DC-00424519