December 30, 2020, 5:56 PM – December 31, 2020

---

**To: Ashan Mufti <ashan.mufti@dc.gov>**

RE: 2020 CRWSLD 005553 Henry Tarrio

"I have attached the signed warrant."

*[Attachment - 2020 CRWSLD 5553 Henry Tarrio AW-SIGNED.pdf]*

12/30/2020 5:56 PM
*[Email]*

---

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

Incoming Call from Shane FBI Police |

Duration: 849 seconds

12/30/2020 6:20 PM
*[Telegram Call]*

---

**From: Enrique Tarrio <581632416>**
**To: mamafe <1431764167>**

*<Voice or Instant Video>*

*[Audio File Unrecovered]*

12/30/2020 6:35 PM
*[Telegram Private Chat]*

---

**From: Enrique Tarrio <581632416>**
**To: Ministry Of Self Defense <4778170400>**

Emergency voice chat.

12/30/2020 6:38 PM
*[Telegram Group Chat]*

---

**From: Enrique Tarrio <581632416>**
**To: Ministry Of Self Defense <4778170400>**

Hit join

12/30/2020 6:38 PM
*[Telegram Group Chat]*

---

**From: Robert Glover <2024971162>**
**To: Shane Lamond <2024370434>**

Incoming Call from 20249711562 | Answered |

Duration: 9:56

12/30/2020 6:52 PM
*[Phone Call]*

---

GOVERNMENT
EXHIBIT
4021

December 30, 2020, 5:56 PM – December 31, 2020

**From: Enrique Tarrio <581632416>**
**To: mamafe <1431764167>**

My contact just called me

12/30/2020 6:55 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: mamafe <1431764167>**

DA hasn't signed it yet

12/30/2020 6:55 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: mamafe <1431764167>**

He says they wanna take me on stage...this is gonna be fun

12/30/2020 6:56 PM
[*Telegram Private Chat*]

**From:  Enrique Tarrio <581632416>**
**To: mamafe <1431764167>**

They want a show...I'll give them one

12/30/2020 6:58 PM
[*Telegram Private Chat*]

**From: Ashan Mufti <ashan.mufti@dc.gov>**
**To: Paul Courtney <pcourtney@usa.doj.gov>**
**Leslie Parsons <leslie.parsons@dc.gov>**
**Nicole Copeland <nicoleg.copleand@dc.gov>**
**et al.**

FW: 2020 CRWSLD 005553 Henry Tarrio

"Please see the attached arrest warrant signed by Honorable Judge Pittman."

[*Attachment - 2020 CRWSLD 5553 Henry Tarrio AW-SIGNED.pdf*]

12/30/2020 7:01 PM
[*Email*]

**From: Johnny Blackbeard <759787552>**
**To: Ministry Of Self Defense <4778170400>**

What's up, was in the shower

12/30/2020 7:12 PM
[*Telegram Private Chat*]

**From: NobleBeard <1261651524>**
**To: Ministry Of Self Defense <4778170400>**

The n----- is going to jail

12/30/2020 7:12 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Ministry Of Self Defense <4778170400>**

Info stays here

12/30/2020 7:12 PM
[*Telegram Group Chat*]

**From: Johnny Blackbeard <759787552>**
**To: Ministry Of Self Defense <4778170400>**

Why now

12/30/2020 7:12 PM
[*Telegram Group Chat*]

**From: Enrique Tarrio <581632416>**
**To: Ministry Of Self Defense <4778170400>**

No one else knows

12/30/2020 7:12 PM
[*Telegram Group Chat*]

**From: NobleBeard <1261651524>**
**To: Ministry Of Self Defense <4778170400>**

Burning honored black fellows banners

12/30/2020 7:12 PM
[*Telegram Group Chat*]

**From: Johnny Blackbeard <759787552>**
**To: Ministry Of Self Defense <4778170400>**

I thought you were assured it was nothing

12/30/2020 7:13 PM
[*Telegram Group Chat*]

**From: Enrique Tarrio <581632416>**
**To: Ministry Of Self Defense <4778170400>**

It's just the misdemeanor. Not hate crime

12/30/2020 7:13 PM
[*Telegram Group Chat*]

USAO-DC-00424522

**From: Enrique Tarrio <581632416>**
**To: Ministry Of Self Defense <4778170400>**

And it hasn't been solid yet

12/30/2020 7:13 PM
[*Telegram Group Chat*]

**From: Johnny Blackbeard <759787552>**
**To: Ministry Of Self Defense <4778170400>**

Then why jail? I knocked a cop out and never went in

12/30/2020 7:13 PM
[*Telegram Group Chat*]

**From: NobleBeard <1261651524>**
**To: Ministry Of Self Defense <4778170400>**

It's always a HATE crime

12/30/2020 7:13 PM
[*Telegram Group Chat*]

**From: Enrique Tarrio <581632416>**
**To: Ministry Of Self Defense <4778170400>**

They'll probably drop the charges or something

12/30/2020 7:14 PM
[*Telegram Group Chat*]

**From: Enrique Tarrio <581632416>**
**To: Ministry Of Self Defense <4778170400>**

They want the arrest

12/30/2020 7:14 PM
[*Telegram Group Chat*]

**From: Johnny Blackbeard <759787552>**
**To: Ministry Of Self Defense <4778170400>**

Is this coming on the 6th?

12/30/2020 7:14 PM
[*Telegram Group Chat*]

**From: Enrique Tarrio <581632416>**
**To: Ministry Of Self Defense <4778170400>**

The DA might or might not give it to them

12/30/2020 7:14 PM
[*Telegram Group Chat*]

USAO-DC-00424523

December 30, 2020, 5:56 PM – December 31, 2020

> **From: Enrique Tarrio <581632416>**
> **To: Ministry Of Self Defense <4778170400>**
>
> I'm pushing for that
>
> 12/30/2020 7:15 PM
> [*Telegram Group Chat*]

> **From: Jeffery Carroll <2024378198>**
> **To: Shane Lamond <2024370434>**
>
> Shane, call John branch about the arrival info for Enrique
>
> 12/31/2020 7:10 PM
> [*iMessage*]

> **From: Shane Lamond <2024370434>**
> **To: Jeffery Carroll <2024378198>**
>
> Copy
>
> 12/31/2020 7:12 PM
> [*iMessage*]

USAO-DC-00424524