IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) |
| v. | ) ) Criminal No.: 1:23-cr-00177-ABJ |
| SHANE LAMOND, | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF APPEARANCE

Please take notice that Ana L. Jara appears before this court on behalf of Defendant, Shane Lamond as co-counsel with Mark. E. Schamel.

Date:  January 30, 2024

Respectfully submitted,

 /s/ Ana L. Jara
Ana L. Jara (Bar No. 1023086)
Mark E. Schamel (Bar No. 463965)
Venable LLP
600 Massachusetts Ave NW
Washington, DC 20001
Tel: (202) 344- 4796
Fax: (202) 344-8300
Email: aljara@venable.com
           meschamel@venable.com

*Counsel for Defendant Shane Lamond*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 30, 2024, I caused a copy of the foregoing to be sent via the Court's CM/ECF system to all counsel of record.

                                        /s/ Ana L. Jara
                                        Ana L. Jara