UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 23-cr-177-ABJ |
| SHANE BRIAN LAMOND, | |
| Defendant. | |

### GOVERNMENT'S NOTICE OF INTENT TO WITHDRAW ITS MOTION TO ADMIT CERTAIN EVIDENCE PURSUANT TO FEDERAL RULES OF EVIDENCE 807 AND 801(d)(2)(E)

The United States of America, by and through the United States Attorney for the District of Columbia, hereby provides notice of its intent to withdraw its motion *in limine*, filed on December 20, 2023, which sought to admit statements pursuant to Federal Rules of 807 and 801(d)(2)(E). *See* ECF No. 29. The Government reserves the right to use the proffered evidence, *see id.* at 13-26, as impeachment evidence pursuant to Federal Rule of Evidence 607 if necessary.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:   */s/ Rebecca G. Ross*
Rebecca G. Ross
N.Y. Bar Number 5590666
Joshua S. Rothstein
N.Y. Bar Number 4453759
Assistant United States Attorneys
601 D Street, N.W.
Washington, D.C. 2053
202-252-7164 (JSR), 202-252-6937 (RR)
Rebecca.Ross2@usdoj.gov
Joshua.Rothstein@usdoj.gov

## CERTIFICATE OF SERVICE

Rebecca G. Ross, attorney for the United States, hereby certifies that a true and correct copy of the motion has been electronically filed and accordingly served upon attorney for the defendant.

*/s/ Rebecca G. Ross*
Rebecca G. Ross