IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>SHANE LAMOND, )<br>)<br>Defendant. )<br>) | Criminal No.: 1:23-cr-00177-ABJ |

## NOTICE OF FILING

On January 31, 2024, during the pretrial conference, Defendant Shane Lamond ("Mr. Lamond"), through counsel, represented that he would submit to the Court specific references in the Cellebrite Report (Defendant's Exhibit 5) of communications with law enforcement that were not included in the government's summary timeline (Government's Exhibit 4006). Attached to this Notice are these references, labeled as Defendant's Exhibit 9. The government only included one of these communications from Mr. Lamond in its timeline, and attached to this Notice are the other texts in that conversation.

Date:  February 1, 2024                                    Respectfully submitted,

 /s/ Mark E. Schamel
Mark E. Schamel (Bar No. 463965)
Ana L. Jara (Bar No. 1023086)
Venable LLP
600 Massachusetts Ave NW
Washington, DC 20001
Tel: (202) 344-4631
Fax: (202) 344-8300
Email: meschamel@venable.com
          aljara@venable.com

*Counsel for Defendant Shane Lamond*

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2024, I caused a copy of the foregoing, along with the accompanying attachment, to be sent via the Court's CM/ECF system to all counsel of record.

       /s/ Mark E. Schamel
      Mark E. Schamel