

88

**Details:**

Group photos:

     

Start Time: 9/22/2020 12:52(UTC-4)
Last Activity: 1/15/2021 20:53(UTC-5)
Number of attachments: 38
Source: WhatsApp
Source file: 00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/ChatStorage.sqlite : 0x5716E (Table: ZWAMESSAGE, ZWACHATSESSION, ZWAGROUPMEMBER; Size: 19689472 bytes)
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x5E6 (Size: 15919 bytes)
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/Media/Profile/17034315078-1583455112.thumb : 0x0 (Size: 4601 bytes)
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/Media/Profile/17034315078-1583455112.jpg : 0x0 (Size: 106350 bytes)
Body file: chat-88.txt

**Participants:**

   17034315078@s.whatsapp.net
Ben Tyler

   12024370434@s.whatsapp.net
Shane (owner)

Identifier: 17034315078@s.whatsapp.net

17034315078@s.whatsapp.net Ben Tyler
Do you think you all will be making a MOU request for CDU from VSP?
Status: Read
Platform: Mobile
1/4/2021 09:37(UTC-5)

Source Info:
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/ChatStorage.sqlite : 0x9B7A04 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 19689472 bytes)

From: 12024370434@s.whatsapp.net Shane (owner)
To: 17034315078@s.whatsapp.net Ben Tyler
I don't think so. We rarely ask for assistance outside of Inauguration

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 17034315078@s.whatsapp.net Ben Tyler | 1/4/2021 09:37(UTC-5) | 1/4/2021 09:42(UTC-5) | |

Status: Sent
Platform: Mobile
1/4/2021 09:37(UTC-5)

Source Info:
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/ChatStorage.sqlite : 0x9B7948 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 19689472 bytes)
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x5E6 (Size: 15919 bytes)

From: 12024370434@s.whatsapp.net Shane (owner)
To: 17034315078@s.whatsapp.net Ben Tyler
ET changed his flight info. Was supposed to arrive this morning, now not coming until this afternoon. Our Crim Apprehension Unit will be picking him up as soon as he enters the city

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 17034315078@s.whatsapp.net Ben Tyler | 1/4/2021 09:38(UTC-5) | 1/4/2021 09:42(UTC-5) | |

Status: Sent
Platform: Mobile
1/4/2021 09:38(UTC-5)

Source Info:
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/ChatStorage.sqlite : 0x9B781D (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 19689472 bytes)
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x5E6 (Size: 15919 bytes)

17034315078@s.whatsapp.net Ben Tyler
Okay thanks
Status: Read
Platform: Mobile
1/4/2021 09:42(UTC-5)

Source Info:
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/ChatStorage.sqlite : 0x9B77A0 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 19689472 bytes)

17034315078@s.whatsapp.net Ben Tyler

**Busy?**

**Status:** Read
**Platform:** Mobile

1/4/2021 15:42(UTC-5)

Source Info:
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/ChatStorage.sqlite : 0x9BDBE4 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 19689472 bytes)

From: 12024370434@s.whatsapp.net Shane (owner)
To: 17034315078@s.whatsapp.net Ben Tyler

**Yes but always have time for you.**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 17034315078@s.whatsapp.net Ben Tyler | 1/4/2021 15:44(UTC-5) | 1/4/2021 15:44(UTC-5) | |

**Status:** Sent
**Platform:** Mobile

1/4/2021 15:44(UTC-5)

Source Info:
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/ChatStorage.sqlite : 0x9BDB51 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 19689472 bytes)
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x5E6 (Size: 15919 bytes)

17034315078@s.whatsapp.net Ben Tyler

**Call me when you are free**

**Status:** Read
**Platform:** Mobile

1/4/2021 15:45(UTC-5)

Source Info:
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/ChatStorage.sqlite : 0x9BDAC7 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 19689472 bytes)

USAO-DC 000530

From: 12024370434@s.whatsapp.net Shane (owner)
To: 17034315078@s.whatsapp.net Ben Tyler

**I just did and you didn't answer lol**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 17034315078@s.whatsapp.net Ben Tyler | 1/4/2021 15:45(UTC-5) | 1/4/2021 15:45(UTC-5) | |

**Status:** Sent
**Platform:** Mobile

1/4/2021 15:45(UTC-5)

Source Info:
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/ChatStorage.sqlite : 0x9BDA2E (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 19689472 bytes)
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x5E6 (Size: 15919 bytes)

From: 12024370434@s.whatsapp.net Shane (owner)
To: 17034315078@s.whatsapp.net Ben Tyler

**Looks like I was wrong. Carroll just informed me that we requested mutual aid to Arlington, PGPD, and MoCo**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 17034315078@s.whatsapp.net Ben Tyler | 1/4/2021 16:13(UTC-5) | 1/4/2021 16:16(UTC-5) | |

**Status:** Sent
**Platform:** Mobile

1/4/2021 16:13(UTC-5)

Source Info:
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/ChatStorage.sqlite : 0x9BD6BC (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 19689472 bytes)
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x5E6 (Size: 15919 bytes)

From: 12024370434@s.whatsapp.net Shane (owner)
To: 17034315078@s.whatsapp.net Ben Tyler

**ET just got locked up**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 17034315078@s.whatsapp.net Ben Tyler | 1/4/2021 16:13(UTC-5) | 1/4/2021 16:16(UTC-5) | |

**Status:** Sent
**Platform:** Mobile

1/4/2021 16:13(UTC-5)

Source Info:
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/ChatStorage.sqlite : 0x9BD584 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 19689472 bytes)
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x5E6 (Size: 15919 bytes)

From: 12024370434@s.whatsapp.net Shane (owner)
To: 17034315078@s.whatsapp.net Ben Tyler

**Also confirmed we asked for your assistance in VA, not coming into DC. TIGHT HOLD!!!!**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 17034315078@s.whatsapp.net Ben Tyler | 1/4/2021 16:16(UTC-5) | 1/4/2021 16:16(UTC-5) | |

**Status:** Sent
**Platform:** Mobile

1/4/2021 16:16(UTC-5)

Source Info:
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/ChatStorage.sqlite : 0x9BD40D (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 19689472 bytes)
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x5E6 (Size: 15919 bytes)

---

17034315078@s.whatsapp.net Ben Tyler

**Direct**

**Status:** Read
**Platform:** Mobile

1/4/2021 16:17(UTC-5)

Source Info:
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/ChatStorage.sqlite : 0x9BD395 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 19689472 bytes)

---

17034315078@s.whatsapp.net Ben Tyler

**Figured he was making this a PR thing.**

https://twitter.com/willcarless/status/1346205470403350529?s=24

**Attachments:**



Title: Will Carless on Twitter
Size: 3553
File name: 4488652c-b9f9-424b-ada9-bc2337afcc2e.thumb
Path: https://twitter.com/willcarless/status/1346205470403350529?s=24
4488652c-b9f9-424b-ada9-bc2337afcc2e.thumb

**Status:** Read
**Platform:** Mobile

1/4/2021 16:53(UTC-5)

Source Info:
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/ChatStorage.sqlite : 0x9BD12C (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION, ZWAMEDIAITEM; Size: 19689472 bytes)
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/Message/Media/17034315078@s.whatsapp.net/4/4/4488652c-b9f9-424b-ada9-bc2337afcc2e.thumb : (Size: 3553 bytes)

> From: 12024370434@s.whatsapp.net Shane (owner)
> To: 17034315078@s.whatsapp.net Ben Tyler
>
> Oh wow
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | 17034315078@s.whatsapp.net Ben Tyler | 1/4/2021 16:57(UTC-5) | 1/4/2021 16:58(UTC-5) | |
>
> **Status:** Sent
> **Platform:** Mobile
>
> 1/4/2021 16:57(UTC-5)

Source Info:
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/ChatStorage.sqlite : 0x9BD0AB (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 19689472 bytes)
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x5E6 (Size: 15919 bytes)

> From: 12024370434@s.whatsapp.net Shane (owner)
> To: 17034315078@s.whatsapp.net Ben Tyler
>
> From TR:
>
> Hello LT Lamond,
>
> All good here, thanks for asking. I wanted to reach out to you actually. PF is not participating in this week's activities in Washington DC but I might other some other critical info for you. Will email you again later today.
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | 17034315078@s.whatsapp.net Ben Tyler | 1/5/2021 07:38(UTC-5) | 1/5/2021 07:38(UTC-5) | |
>
> **Status:** Sent
> **Platform:** Mobile
>
> 1/5/2021 07:38(UTC-5)

Source Info:
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/ChatStorage.sqlite : 0x9C5A9A (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 19689472 bytes)
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x5E6 (Size: 15919 bytes)

> 17034315078@s.whatsapp.net Ben Tyler
>
> Interesting, I wonder what he has up his sleeve.
>
> **Status:** Read
> **Platform:** Mobile
>
> 1/5/2021 07:39(UTC-5)

Source Info:
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/ChatStorage.sqlite : 0x9C58C4 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 19689472 bytes)

**From:** 12024370434@s.whatsapp.net Shane (owner)
**To:** 17034315078@s.whatsapp.net Ben Tyler

Yup. Me too

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 17034315078@s.whatsapp.net Ben Tyler | 1/5/2021 07:40(UTC-5) | 1/5/2021 07:48(UTC-5) | |

**Status:** Sent
**Platform:** Mobile

1/5/2021 07:40(UTC-5)

Source Info:
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/ChatStorage.sqlite : 0x9C5766 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 19689472 bytes)
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x5E6 (Size: 15919 bytes)

---

17034315078@s.whatsapp.net Ben Tyler

This postal crap is bullshit

**Status:** Read
**Platform:** Mobile

1/5/2021 11:10(UTC-5)

Source Info:
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/ChatStorage.sqlite : 0x9C864A (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 19689472 bytes)

---

**From:** 12024370434@s.whatsapp.net Shane (owner)
**To:** 17034315078@s.whatsapp.net Ben Tyler

Yep. Just looking at it now

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 17034315078@s.whatsapp.net Ben Tyler | 1/5/2021 11:15(UTC-5) | 1/5/2021 11:23(UTC-5) | |

**Status:** Sent
**Platform:** Mobile

1/5/2021 11:15(UTC-5)

Source Info:
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/ChatStorage.sqlite : 0x9C85BC (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 19689472 bytes)
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x5E6 (Size: 15919 bytes)

**17034315078@s.whatsapp.net Ben Tyler**

That postal thing has Jasmine written all over it

Status: Read
Platform: Mobile

1/5/2021 11:48(UTC-5)

Source Info:
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/ChatStorage.sqlite : 0x9CAC15 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 19689472 bytes)

From: 12024370434@s.whatsapp.net Shane (owner)
To: 17034315078@s.whatsapp.net Ben Tyler

Hahaha!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 17034315078@s.whatsapp.net Ben Tyler | 1/5/2021 11:51(UTC-5) | 1/5/2021 11:51(UTC-5) | |

Status: Sent
Platform: Mobile

1/5/2021 11:51(UTC-5)

Source Info:
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/ChatStorage.sqlite : 0x9CAB9B (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 19689472 bytes)
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x5E6 (Size: 15919 bytes)

From: 12024370434@s.whatsapp.net Shane (owner)
To: 17034315078@s.whatsapp.net Ben Tyler

I wouldn't know. I haven't talked to her in months

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 17034315078@s.whatsapp.net Ben Tyler | 1/5/2021 11:51(UTC-5) | 1/5/2021 11:51(UTC-5) | |

Status: Sent
Platform: Mobile

1/5/2021 11:51(UTC-5)

Source Info:
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/ChatStorage.sqlite : 0x9CAAF1 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 19689472 bytes)
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x5E6 (Size: 15919 bytes)

**17034315078@s.whatsapp.net Ben Tyler**

I think I'm gonna plan to hang with you tomorrow. But I'm gonna probably have to put eyes on the convoy from Tennessee and Alabama

Status: Read
Platform: Mobile

1/5/2021 11:54(UTC-5)

Source Info:
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/ChatStorage.sqlite : 0x9CA7BF (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 19689472 bytes)

From: 12024370434@s.whatsapp.net Shane (owner)
To: 17034315078@s.whatsapp.net Ben Tyler

**Copy sounds good**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 17034315078@s.whatsapp.net Ben Tyler | 1/5/2021 11:54(UTC-5) | 1/5/2021 11:56(UTC-5) | |

Status: Sent
Platform: Mobile

1/5/2021 11:54(UTC-5)

Source Info:
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/ChatStorage.sqlite : 0x9CA73B (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 19689472 bytes)
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x5E6 (Size: 15919 bytes)

From: 12024370434@s.whatsapp.net Shane (owner)
To: 12024370434@s.whatsapp.net Shane
To: 17034315078@s.whatsapp.net Ben Tyler

**ET given a stay away from entire city except for court appearances**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 12024370434@s.whatsapp.net Shane | | | |
| 17034315078@s.whatsapp.net Ben Tyler | 1/5/2021 16:51(UTC-5) | 1/5/2021 16:54(UTC-5) | |

Status: Sent
Platform: Mobile

1/5/2021 16:51(UTC-5)

Source Info:
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/ChatStorage.sqlite : 0x9D339F (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 19689472 bytes)
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x5E6 (Size: 15919 bytes)

17034315078@s.whatsapp.net Ben Tyler

**I saw that and the video ford Fischer did.**

Status: Read
Platform: Mobile

1/5/2021 16:54(UTC-5)

Source Info:
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/ChatStorage.sqlite : 0x9D3302 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 19689472 bytes)

USAO-DC 000536

From: 12024370434@s.whatsapp.net Shane (owner)
To: 12024370434@s.whatsapp.net Shane
To: 17034315078@s.whatsapp.net Ben Tyler

**300 Indians Ave NW**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 12024370434@s.whatsapp.net Shane | | | |
| 17034315078@s.whatsapp.net Ben Tyler | 1/5/2021 17:24(UTC-5) | 1/5/2021 17:36(UTC-5) | |

**Status:** Sent
**Platform:** Mobile

1/5/2021 17:24(UTC-5)

Source Info:
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/ChatStorage.sqlite : 0x9D6CEB (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 19689472 bytes)
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x5E6 (Size: 15919 bytes)

From: 12024370434@s.whatsapp.net Shane (owner)
To: 12024370434@s.whatsapp.net Shane
To: 17034315078@s.whatsapp.net Ben Tyler

**300 Indiana Avenue NW**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 12024370434@s.whatsapp.net Shane | | | |
| 17034315078@s.whatsapp.net Ben Tyler | 1/5/2021 17:26(UTC-5) | 1/5/2021 17:36(UTC-5) | |

**Status:** Sent
**Platform:** Mobile

1/5/2021 17:26(UTC-5)

Source Info:
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/ChatStorage.sqlite : 0x9D6C61 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 19689472 bytes)
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x5E6 (Size: 15919 bytes)

17034315078@s.whatsapp.net Ben Tyler

Are the buses from caravans being staged somewhere in particular?
**Status:** Read
**Platform:** Mobile

1/5/2021 18:41(UTC-5)

Source Info:
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/ChatStorage.sqlite : 0x9D610C (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 19689472 bytes)

> From: 12024370434@s.whatsapp.net Shane (owner)
> To: 12024370434@s.whatsapp.net Shane
> To: 17034315078@s.whatsapp.net Ben Tyler
>
> **Yes, Union Station parking garage**
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | 12024370434@s.whatsapp.net Shane | | | |
> | 17034315078@s.whatsapp.net Ben Tyler | 1/5/2021 18:47(UTC-5) | 1/5/2021 18:47(UTC-5) | |
>
> **Status:** Sent
> **Platform:** Mobile
>
> 1/5/2021 18:47(UTC-5)

Source Info:
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/ChatStorage.sqlite : 0x9D6356 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 19689472 bytes)
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x5E6 (Size: 15919 bytes)

> 17034315078@s.whatsapp.net Ben Tyler
>
> **Okay thanks**
> **Status:** Read
> **Platform:** Mobile
>
> 1/5/2021 18:47(UTC-5)

Source Info:
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/ChatStorage.sqlite : 0x9D6091 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 19689472 bytes)

> 17034315078@s.whatsapp.net Ben Tyler
>
> **The 2 va beach subjects arrested in philly over the summer are in dc evidently.**
> **Status:** Read
> **Platform:** Mobile
>
> 1/5/2021 18:50(UTC-5)

Source Info:
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/ChatStorage.sqlite : 0x9D9DBB (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 19689472 bytes)

USAO-DC 000538

> From: 12024370434@s.whatsapp.net Shane (owner)
> To: 12024370434@s.whatsapp.net Shane
> To: 17034315078@s.whatsapp.net Ben Tyler
>
> **Oh wonderful**
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | 12024370434@s.whatsapp.net Shane | | | |
> | 17034315078@s.whatsapp.net Ben Tyler | 1/5/2021 18:51(UTC-5) | 1/5/2021 18:51(UTC-5) | |
>
> **Status:** Sent
> **Platform:** Mobile
>
> 1/5/2021 18:51(UTC-5)

Source Info:
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/ChatStorage.sqlite : 0x9D9D3B (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 19689472 bytes)
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x5E6 (Size: 15919 bytes)

> 17034315078@s.whatsapp.net Ben Tyler
>
> Antonio LaMotta (DOB: 6-3-1959
>
> **Status:** Read
> **Platform:** Mobile
>
> 1/5/2021 18:52(UTC-5)

Source Info:
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/ChatStorage.sqlite : 0x9D9B4F (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 19689472 bytes)

> 17034315078@s.whatsapp.net Ben Tyler
>
> https://6abc.com/joshua-macias-philadelphia-attack-pennsylvania-convention-center-plot/8027784
>
> **Status:** Read
> **Platform:** Mobile
>
> 1/5/2021 18:53(UTC-5)

Source Info:
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/ChatStorage.sqlite : 0x9D987B (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 19689472 bytes)

USAO-DC 000539

From: 12024370434@s.whatsapp.net Shane (owner)
To: 12024370434@s.whatsapp.net Shane
To: 17034315078@s.whatsapp.net Ben Tyler

**Attachments:**



Title: Lol! I wonder what they have planned...
Size: 72064
File name: 4ea31cb6-9072-4aa2-a3cf-d19a25f1cd20.jpg
Path: https://mmg.whatsapp.net/d/f/Ali_rZQi7i1GwbhVjGoG3BNFYs3w_3vlkzBX7VpoVddL.enc

4ea31cb6-9072-4aa2-a3cf-d19a25f1cd20.jpg

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 12024370434@s.whatsapp.net Shane | | | |
| 17034315078@s.whatsapp.net Ben Tyler | 1/5/2021 23:45(UTC-5) | 1/6/2021 04:22(UTC-5) | |

**Status:** Sent
**Platform:** Mobile

1/5/2021 23:45(UTC-5)

Source Info:
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/ChatStorage.sqlite : 0x9E4704 (Table: ZWAMESSAGE, ZWAMEDIAITEM, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 19689472 bytes)
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x5E6 (Size: 15919 bytes)
00008020-000948AC3C0B002E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/267984F2-2197-4AFA-83CD-6D8D0F4D1498/Message/Media/17034315078@s.whatsapp.net/4/e/4ea31cb6-9072-4aa2-a3cf-d19a25f1cd20.jpg :  (Size: 72064 bytes)



USAO-DC 000540

516