IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.: 1:23-cr-00177-ABJ |
| | ) | |
| SHANE LAMOND, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE

Now comes the defendant, Shane Lamond, by and through undersigned counsel to request the Court reset this matter to either July 15th, September 23rd or September 30, 2024. Mr. Lamond anticipates that the defense case will take longer than originally anticipated, for a total trial length of more than two weeks.

This is the first requested continuance of the trial and is necessary in the interests of justice and to permit the defense the necessary time to prepare. Mr. Lamond understands his constitutional right to a speedy trial and agrees that the requested delay is in the interests of justice and has agreed to waive his right to a speedy trial and to exclude the time until October as needed for the requested continuance. Moreover, Mr. Lamond and counsel understand that the requested delay is necessary to assure the appearance of necessary witnesses and the additional time required for the defense preparation. There is no prejudice to the government by the requested delay, while the risks to Mr. Lamond are significant if the delay is not granted.

The government does not consent to the requested delay but has confirmed its availability for the proposed dates as supplied by the Court and has asked that the record

reflect that the trial should begin on March 4, 2024.  Based on the estimates of the United States Marshals Service, Mr. Tarrio should be transferred to DC within 30 days (March 2, 2024).  Based on the estimates of the parties, Mr. Tarrio's testimony would not be needed until March 11, 2023, more than 38 days from today.   However, if the Court does not schedule the trial for March 4, 2024, the Government's preference is the following (1) July 15, 2024; (2) September 23, 2024; (3) September 30, 2024, in that order.

Date:  February 2, 2024           Respectfully submitted,

 /s/ Mark E. Schamel
Mark E. Schamel (Bar No. 463965)
Ana L. Jara (Bar No. 1023086)
Venable LLP
600 Massachusetts Ave NW
Washington, DC 20001
Tel: (202) 344-4631
Fax: (202) 344-8300
Email: meschamel@venable.com
      aljara@venable.com

*Counsel for Defendant Shane Lamond*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2024, I caused a copy of the foregoing, along with the accompanying attachment, to be sent via the Court's CM/ECF system to all counsel of record.

      /s/ Mark E. Schamel
      Mark E. Schamel