IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No.: 1:23-cr-00177-ABJ |
| ) | |
| SHANE LAMOND, ) | |
| ) | |
| Defendant.  ) | |

**Defendant's Witness List**

Defendant Shane Lamond ("Mr. Lamond") submits this witness list subject to the Court's scheduled deadline. (MINUTE ORDER, Dated January 31, 2024.) Preserving his rights and noting his objections as set forth in the joint pretrial statement dated January 22, 2024, ECF 41, Mr. Lamond may call the following individuals as witnesses to testify at trial:

1. Frank "Ben" Tyler
2. Enrique Tarrio
3. Mark Veranelli
4. Chris Silva
5. Jay Nasworthy
6. John Donohue
7. Julie Farnham
8. Paulina Murphy
9. David Hong
10. Paul Courtney
11. Martin Moraitis
12. Charlie Cox
13. Julianne Johnston
14. Any witness listed by the government called in its case in chief or listed on its witness list.
15. Any witness necessary for impeachment purposes or to rebut evidence presented by the government.