UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Case No. 23-cr-00177 (ABJ) |
| v. | : | |
| | : | |
| **SHANE LAMOND** | : | |

## NOTICE OF INTENT TO WITHDRAW GOVERNMENT EXHIBITS 3007, 3010 and 3012 AND SEEK ADMISSION OF GOVERNMENT EXHIBIT 3011

At trial, the Government does not intend to seek admission of Government Exhibits 3007, 3010 and 3012.

The Government will, however, seek admission of Government Exhibit 3011, a record from the Metropolitan Police Department's Central Source Registry related to Enrique Tarrio. This document is relevant because it demonstrates that Mr. Tarrio was never registered as a source by anyone at the Metropolitan Police Department and, therefore, rebuts any argument or insinuation by the Defendant that Mr. Tarrio was speaking with other Metropolitan Police Department employees who might have been aware of his arrest warrant or the plans for his arrest when he arrived in the District of Columbia.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:  */s/ Joshua S. Rothstein*
Joshua S. Rothstein
Assistant United States Attorney
N.Y. Bar No. 4453759
United States Attorney's Office
601 D Street, N.W.
Washington, DC 20539
(202)- 252-7164