# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | )<br>)<br>) |
| v. | )    Criminal No.: 1:23-cr-00177-ABJ<br>) |
| **SHANE LAMOND,** | )<br>) |
|       **Defendant.** | )<br>) |

## NOTICE OF WAIVER OF SPEEDY TRIAL

Pursuant to the Court's Minute Order on June 18, 2024, Defendant Shane Lamond hereby waives his right to a speedy trial from September 30, 2024 to October 2, 2024.

Date: June 25, 2024

Respectfully submitted,

/s/ Mark E. Schamel
Mark E. Schamel (Bar No. 463965)
Ana L. Jara (Bar No. 1023086)
Venable LLP
600 Massachusetts Ave NW
Washington, DC 20001
Tel: (202) 344-4631
Fax: (202) 344-8300
Email: meschamel@venable.com
        aljara@venable.com

*Counsel for Defendant Shane Lamond*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 25, 2024, I caused a copy of the foregoing to be sent via the Court's CM/ECF system to all counsel of record.

                                              /s/ Mark E. Schamel
                                            Mark E. Schamel