UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **CRIMINAL NO. 23-cr-177-ABJ** |
| **SHANE BRIAN LAMOND,** | |
| **Defendant.** | |

## GOVERNMENT'S NOTICE OF UPDATED EXHIBITS AND MOTION TO ADMIT IN ADVANCE OF TRIAL

On March 4, 2024, this Court issued an order admitting specified exhibits for the Government and the Defendant. Following that order, the Government has updated Government Exhibits 1003, 4006, 4019, 4020, and 4023. The Government has also updated its exhibit list to include Government Exhibits 1017-1023, which correspond to Defense Exhibits 1, 2, 3, 4, 6, and 7.

Pursuant to this Court's order, Defense Exhibit 3 is now marked as Government Exhibit 1019 and Defense Exhibit 4 is now marked as Government Exhibit 1020. The Government believes this satisfies the Court's order and moves to admit Government Exhibits 1008B and 1008C.

On August 8, 2024, the Government provided these updated exhibits to the Defendant.[1] The Government and counsel for the Defendant met and conferred and the Defendant does not object to the Government admitting these exhibits at trial.

---

[1] On August 22, 2024, the Government also provided these updated exhibits to the Court.

Additionally, in this Court's March 4, 2024, order it did not make a ruling on Government Exhibits 1008C and 4009.  Defense Counsel did not object to Government Exhibit 4009.

Pursuant to the Court's order, the Government notified the Court that it does not intend to seek admission of Government Exhibits 3007, 3010, 3012. *See* ECF No. 59. For the reasons provided in its notice, the Government continues to seek admission of Government Exhibit 3011, which is a record from the Metropolitan Police Department's Central Source Registry related to Enrique Tarrio. *Id.*

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:  */s/ Rebecca G. Ross*
Rebecca G. Ross
N.Y. Bar Number 5590666
Joshua S. Rothstein
N.Y. Bar Number 4453759
Assistant United States Attorneys
601 D Street, N.W.
Washington, D.C. 2053
202-252-7164 (JSR), 202-252-6937 (RR)
Rebecca.Ross2@usdoj.gov
Joshua.Rothstein@usdoj.gov

## CERTIFICATE OF SERVICE

Rebecca G. Ross, attorney for the United States, hereby certifies that a true and correct copy of the motion has been electronically filed and accordingly served upon attorney for the defendant.

*/s/ Rebecca G. Ross*
Rebecca G. Ross