# Attachment A

| | | | | |
|---|---|---|---|---|
| Government | ☒ | UNITED STATES OF AMERICA | | Civil/Criminal No. 23-cr-177 |
| Plaintiff | ☐ | VS. | | |
| Defendant | ☐ | | | |
| Joint | ☐ | SHANE LAMOND | | |
| Court | ☐ | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | DEFENDANT OBJECTIONS | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|
| SERIES 1000 | COMMUNICATIONS | | | |
| 1001 | Lamond Secret Chat Forensic Report | | | |
| 1002 | Tarrio Secret Chat Forensic Report | | | |
| 1003 | Tarrio Phone Forensic Report_Timeline | | | |
| 1004 | Lamond Phone Forensic Report_Timeline | | | |
| 1005 | Email from P. Courtney to A. Mufti, Subject : Review Warrant (12/28/20) | | | |
| 1006 | Manicini Report 1B2 Part One Final | | | |
| 1006A | 12.20.2020 Email from Shane Lamond to Commander Parsons FW: Subject in Photo | | | |
| 1006B | 12.13.2020 Email from Shane Lamond to Kelly O'Meara re: BLM signs | | | |
| 1006C | 12.22.2020 email from Shane Lamond to Commander Parsons re: Podcast | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | DEFENDANT OBJECTIONS | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|
| 1006D | 12.20.2020 email from Shane Lamond to Franklyn Then re: Subject in Photo | | | |
| 1007 | Mancini Report_1B2 Part 2_Final | | | |
| 1007A | 1.2.2021 email from Shane Lamond to Charlie Cox, subject: Passenger Check | | | |
| 1007B | 1.3.2021 email from Charlie Cox to Shane Lamond RE: | | | |
| 1007C | 1.2.2021 email from Shane Lamond to Charlie Cox, subject: Subject Info | | | |
| 1008 | Mancini Report 1B3 Emails Final | | | |
| 1008A | 12.18.2020 email from Shane Lamond to David T. Hong, Re: BLM Banner | | | |
| 1008B | 12.18.2020 email from Shane Lamond to Carolyn Montagna, Re: Phone Tip | | | |
| 1008C | 12.21.2020 email from Shane Lamond to Commander Parsons, Re: Tarrio? | | | |
| 1009 | 12.21.2020 email from Ahsan Mufti, FW: Review Warrant | | | |
| 1010 | 12.28.2020 email from Julianne Johnston, RE: Review Warrant | | | |
| 1011 | 12.28.2020 email from Paul Courtney, RE: Review Warrant | | | |
| 1012 | 12.22.2020 email from Ahsan Mufti with subject: Resubmission # 1 | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | DEFENDANT OBJECTIONS | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|
| 1013 | 12.30.2020 email from Ashan Mufti, FW: 2020 CRWSLD 005553 Henry Tario | | | |
| 1014 | 12.29.2020 email from Ahsan Mufti, RE: Resubmission | | | |
| 1015 | 1.7.2021 email from Julie E. Farnam to Shane Lamond, subject: FBI's List | | | |
| 1016 | Shane Lamond Interview | | | |
| 1016A | Shane Lamond Interview Clip at 18:59 to 19:55 | | | |
| 1016B | Shane Lamond Interview Clip at 23:35 to 23:53 | | | |
| 1016C | Shane Lamond Interview Clip at 24:03 to 24:31 | | | |
| 1016D | Shane Lamond Interview Clip at 7:27 to 10:13 | | | |
| 1016E | Shane Lamond Interview Clip at 10:13 to 11:55 | | | |
| 1016F | Shane Lamond Interview Clip at 2:51 to 3:10 | | | |
| 1017 | 12.13.2020 Email between O'Meara and Lamond RE BLM signs – Defense Exhibit 001 | | | |
| 1018 | 12.13.2020 Email between Metzger and Hong et al. RE BLM signs – Defense Exhibit 002 | | | |
| 1019 | 12.28.2020 Email between Copeland and Johnston, Courtney Fwd Phone Tip – Defense Exhibit 003 | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | DEFENDANT OBJECTIONS | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|
| 1020 | 12.20.2020 Email between Copeland and Mufti Fwd Tarrio? – Defense Exhibit 004 | | | |
| 1021 | 12.30.2020 Email between Lamond and Nasworthy Re Counters – Defense Exhibit 006 | | | |
| 1022 | 12.19.2020 Email between Lamond and Donohue et al. RE Possible January Demo – Defense exhibit 007 | | | |
| Category: 2000 | RECORDS | | | |
| 2001 | American Airlines Flight Records | | | |
| 2002 | ATT Phone Toll Records for (202) 437-0434 | | | |
| 2003 | Sprint Phone Toll Records for (703) 863-9829 | | | |
| 2004 | Sprint Subscriber Records for (703) 863-9829 | | | |
| 2005 | Tarrio flight information from 01/04/2021 | | | |
| 2006 | Tmobile Records for (703) 863-9829 | | | |
| Category: 3000 | MPD DOCUMENTS | | | |
| 3002 | 201.26 - Duties | | | |
| 3003 | 201.36 - Code of Ethics | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | DEFENDANT OBJECTIONS | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|
| 3005 | 601.02 Preservation of Discovery | | | |
| 3011 | Tarrio - Central Source Registry - MPD | | | |
| Category: 4000 | **MISCELLANEOUS** | | | |
| 4001 | 12/18/2020 Washington Post Article | | | |
| 4002 | RESERVED | | | |
| 4003 | RESERVED | | | |
| 4004 | Parler Post by @NobleLead (12/18/2020) | | | |
| 4005 | Summary Chart 10.24.2019 – 6.22.2020 | | | |
| 4006 | Timeline Final - Summary Chart of Communications 10.24.2019 - 1.27.2021 | | | |
| 4007 | Summary Chart 6.26.2020 – 7.8.2020 | | | |
| 4008 | Summary Chart 10.4.2020 – 10.19.2020 | | | |
| 4009 | Summary Chart 10.29.2020 | | | |
| 4010 | Summary Chart 11.2.2020 | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | DEFENDANT OBJECTIONS | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|
| 4011 | Summary Chart 11.3.2020 - 11.5.2020 | | | |
| 4012 | Summary Chart 11.7.2020 | | | |
| 4013 | Summary Chart 11.8.2020 | | | |
| 4014 | Summary Chart 11.9.2020 - 11.10.2020 | | | |
| 4015 | Summary Chart 11.13.2020 | | | |
| 4016 | Summary Chart 11.14.2020 - 11.16.2020 | | | |
| 4017 | Summary Chart 12.7.2020 - 12.12.2020, 539PM | | | |
| 4018 | Summary Chart 12.12.2020, 730PM - 12.20.2020 | | | |
| 4019 | Summary Chart 12.21.2020 - 12.28.2020 | | | |
| 4020 | Summary Chart 12.29.2020 - 12.30.2020, 239PM | | | |
| 4021 | Summary Chart 12.30.2020, 556PM - 12.31.2020 | | | |
| 4022 | Summary Chart 1.1.2021, 106PM - 1.1.2021, 111PM | | | |
| 4023 | Summary Chart 1.1.2021, 133PM - 1.2.2021 | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | DEFENDANT OBJECTIONS | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|
| 4024 | Summary Chart 1.4.2021 | | | |
| 4025 | Summary Chart 1.7.2021 – 1.27.2021 | | | |
| 4026 | Summary Chart Shane Lamond's Contacts | | | |
| 4027 | Summary Chart of Messages between Shane Lamond & Enrique Tarrio, Oct 2019 - Jan 2021 | | | |
| 4028 | Summary Chart of Messages between Shane Lamond & Enrique Tarrio, Nov. 7, 2020 - Jan. 27, 2021 | | | |
| 4029 | Summary Chart of Messages between Shane Lamond & Enrique Tarrio before Nov. 7, 2020 | | | |
| 4030 | Summary Chart of Messages between Shane Lamond & Enrique Tarrio, Nov. 7, 2020 - Dec. 12, 2020 | | | |
| 4031 | Summary Chart of Messages between Shane Lamond & Enrique Tarrio after Dec. 12, 2020 | | | |
| 4032 | Summary Chart of Messages between Shane Lamond & Enrique Tarrio, Oct. 2019 - Jan. 2021 | | | |
| Category: 5000 | IDENTIFICATION PURPOSES | | | |
| 5001 | Dell Latitude 5424 Rugged laptop computer image report 1 (1B2) | | | |
| 5002 | Dell Latitude 5424 Rugged laptop computer image report 2 (1B2_Part 2) | | | |
| 5003 | Dell Precision 3430 desktop computer, model D11S, image report (1B3) | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | DEFENDANT OBJECTIONS | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|
| 5004 | Forensic Report_Tarrio | | | |
| 5005 | Forensic Report_Lamond | | | |
| 5006 | Shane Lamond Interview Transcript | | | |