UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHANE BRIAN LAMOND,<br><br>Defendant. | CRIMINAL NO. 23-cr-177-ABJ |

## GOVERNMENT'S SECOND NOTICE OF UPDATED EXHIBITS AND MOTION TO ADMIT IN ADVANCE OF TRIAL

The Government hereby provides notice of new and updated exhibits. An updated exhibit list is attached hereto as Attachment A, which conforms to this Court's September 23, 2024 minute order.[1]

| Exhibit Number | Description of Exhibits | Additional Information |
|---|---|---|
| Government Exhibit 1020 | 12.20.2020 Email between Copeland and Mufti Fwd Tarrio? – Defense Exhibit 004 | Updated only to remove the AUSA's name at the top of the exhibit. Her name at the top is irrelevant and was originally included only because the email was obtained through Outlook. The substance is the same. |
| Government Exhibit 2003 | Sprint Phone Toll Records for (703) 863-9829 | Updated only to convert from a native file to a PDF. It is now in PDF format with an exhibit sticker. |
| Government Exhibit 2007 | American Airlines Flight 925 Data | New exhibit consisting of business records obtained from the Federal Aviation Administration. |
| Government Exhibit 2008 | Enrique Tarrio Bank Account January 2021 | New exhibit consisting of Enrique Tarrio's January 2021 bank statement. |

---

[1] On September 23, 2024, the Government provided the Court with a copy of these exhibits and an updated Exhibit List by delivering a binder to the Clerk's office.

| Exhibit Number | Description of Exhibits | Additional Information |
|---|---|---|
| Government Exhibit 4006 | Timeline Final - Summary Chart of Communications 10.24.2019 - 1.27.2021 | Slightly updated master summary chart to include additional records. |
| Government Exhibit 4007 | Summary Chart 6.26.2020 – 7.8.2020 | Updated only to move the Exhibit Sticker to the bottom corner of the first page. |
| Government Exhibit 4018 | Summary Chart 12.12.2020, 730PM – 12.20.2020 | Slightly updated summary chart to include additional records. |
| Government Exhibit 4024 | Summary Chart 1.4.2021 | Slightly updated summary chart to include additional records. |
| Government Exhibit 5007 | Shane Lamond Phone Demonstrative | New demonstrative exhibit, marked for identification purposes only. |
| Government Exhibit 5008 | Encrypted Message Explanation Demonstrative | New demonstrative exhibit, marked for identification purposes only. |
| Government Exhibit 5009 | Tarrio Phone Demonstrative_Final | New demonstrative exhibit, marked for identification purposes only. |

The Government notes, as indicated in Attachment A, that this Court has previously admitted Government Exhibits 4006, 4007, 4018, and 4024.

//

//

//

//

//

//

//

//

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By: /s/ Rebecca G. Ross
Rebecca G. Ross
N.Y. Bar Number 5590666
Joshua S. Rothstein
N.Y. Bar Number 4453759
Assistant United States Attorneys
601 D Street, N.W.
Washington, D.C. 2053
202-252-7164 (JSR), 202-252-6937 (RR)
Rebecca.Ross2@usdoj.gov
Joshua.Rothstein@usdoj.gov

## CERTIFICATE OF SERVICE

Rebecca G. Ross, attorney for the United States, hereby certifies that a true and correct copy of the motion has been electronically filed and accordingly served upon attorney for the defendant.

*/s/ Rebecca G. Ross*
Rebecca G. Ross