UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 23-cr-177-ABJ |
| SHANE BRIAN LAMOND, | |
| Defendant. | |

## GOVERNMENT'S THIRD NOTICE OF UPDATED EXHIBITS

The Government hereby provides notice that it has updated Government Exhibits 1003, 1004, 4006, and 4018. These exhibits were previously admitted on March 24, 2024. As discussed at the pretrial conference on September 24, 2024, and as indicated in ECF No. 63 and ECF No. 68, these exhibits were previously updated to include additional relevant information.

Since the pretrial conference on September 24, 2024, the Government has again updated the master summary chart, Government Exhibit 4006, to include additional relevant information, previously provided in discovery:

- On Page 32, a Telegram Group Chat message sent at 1:09am on December 14, 2020;
- On Page 33, a Telegram Group Chat message sent at 1:30am on December 14, 2020;
- On Page 33, a photograph corresponding to Telegram Private Chat message sent at 3:26pm on December 14, 2020;
- On Page 34, four Telegram Group Chat messages sent between 7:10pm and 7:12pm on December 15, 2020; and
- On Page 37, four emails, including an email sent at 2:47pm and three emails sent with the subject line "BLM Banner" between 2:50pm and 3:04pm on December 18, 2020.

To correspond with these updates to the master summary chart, the Government also had to update Government Exhibit 4018, which is the summary chart that includes communications from December 14, 2020, to December 18, 2020. The same additional communications are now included in Government Exhibit 4018 as follows:

- On Page 6, the Telegram Group Chat message sent at 1:09am on December 14, 2020;
- On Page 6, the Telegram Group Chat message sent at 1:30am on December 14, 2020;
- On Page 8, the photograph corresponding to Telegram Private Chat message sent at 3:26pm on December 14, 2020;
- On Page 11, three Telegram Group Chat messages sent between 7:10pm and 7:12pm on December 15, 2020;
- On Page 12, one Telegram Group Chat message sent at 7:12pm on December 15, 2020;
- On Page 20, one email, including the email sent at 2:47pm on December 18, 2020; and
- On Page 21, three emails, including the three emails sent with the subject line "BLM Banner" between 2:50pm and 3:04pm on December 18, 2020.

To correspond with the updated Telegram information in the master summary chart, the Government also had to update Government Exhibit 1003, which is the forensic report of Telegram communications found on Tarrio's phone. The same additional Telegram information described above is now included in Government Exhibit 1003 as follows:

- On Page 25, the Telegram Group Chat message sent at 1:09am on December 14, 2020;
- On Page 25, the Telegram Group Chat message sent at 1:30am on December 14, 2020;
- On Pages 25-26, four Telegram Group Chat messages sent between 7:10pm and 7:12pm on December 15, 2020.

Unrelated to any additional information, the Government also had to update Government Exhibit 1004, which contained an image within the SMS at 20:34:06 on January 2, 2021, that was misplaced. Government Exhibit 1004 has been updated only to remove that image from page 34.

The Government has conferred with the Defendant about the updated Government Exhibits 1003, 1004, 4006, and 4018. The Defendant indicated he does not oppose these exhibits. As such, only the exhibits have been updated. The representations in the previously filed exhibit list, *see* ECF No. 68 at Attachment A, have not changed. However, the Government has again provided that Exhibit List herein as Attachment A.

                                        Respectfully submitted,

                                        MATTHEW M. GRAVES
                                        UNITED STATES ATTORNEY
                                        D.C. Bar No. 481052

By:   */s/ Rebecca G. Ross*
       Rebecca G. Ross
       N.Y. Bar Number 5590666
       Joshua S. Rothstein
       N.Y. Bar Number 4453759
       Assistant United States Attorneys
       601 D Street, N.W.
       Washington, D.C. 2053
       202-252-7164 (JSR), 202-252-6937 (RR)
       Rebecca.Ross2@usdoj.gov
       Joshua.Rothstein@usdoj.gov

## CERTIFICATE OF SERVICE

Rebecca G. Ross, attorney for the United States, hereby certifies that a true and correct copy of the motion has been electronically filed and accordingly served upon attorney for the defendant.

*/s/ Rebecca G. Ross*
Rebecca G. Ross
