UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHANE LAMOND,<br><br>      Defendant. | CRIMINAL NO. 23-cr-177-ABJ |

**<u>UNITED STATES' NOTICE IN RESPONSE TO OCTOBER 1, 2024, MINUTE ORDER</u>**

In response to this Court's October 1, 2024, Minute Order, the Government hereby provides notice that it does not believe any of the pleading and hearing transcripts related to the Defendant's Second Motion to Continue Trial should remain under seal.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

<u>/s/ Rebecca G. Ross</u>
Rebecca G. Ross
N.Y. Bar Number 5590666
Joshua S. Rothstein
N.Y. Bar Number 4453759
Assistant United States Attorneys
601 D Street, N.W.
Washington, D.C. 2053
Office: 202-252-7164 (JSR), 202-252-6937 (RGR)
Rebecca.Ross2@usdoj.gov
Joshua.Rothstein@usdoj.gov

## CERTIFCATE OF SERVICE

The Government's notice has been filed and served upon all parties listed on the Electronic Case Filing (ECF) System and is available for viewing and downloading from the ECF system.

<u>/s/ Rebecca G. Ross</u><br>
Rebecca G. Ross