**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 23-cr-00177 (ABJ) |
| v. : | |
| : | |
| SHANE LAMOND : | |

NOTICE OF FILING

The parties request that the attached Waiver of Trial by Jury be made a part of the record in this case.

                                              Respectfully submitted,

                                              MATTHEW M. GRAVES
                                              United States Attorney

By:   */s/ Joshua S. Rothstein*
        Joshua S. Rothstein
        Assistant United States Attorney
        N.Y. Bar No. 4453759
        United States Attorney's Office
        601 D Street, N.W.
        Washington, DC 205390
        Phone: (202) 252-7164
        Joshua.Rothstein@usdoj.gov