IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | Criminal No.: 1:23-cr-00177-ABJ |
| **SHANE LAMOND,** | ) ) ) | |
| **Defendant.** | ) ) | |

### DEFENDANT SHANE LAMOND'S WAIVER OF TRIAL BY JURY

I, Shane Lamond, the defendant in the above-entitled case, being fully advised of the nature of the charge against me and of my rights, waive trial by jury and request a trial by the court without a jury.

Dated: September 30, 2024

_____
Shane Lamond

Mark Schamel, attorney of record for Shane Lamond, defendant in the above-entitled case, prior to the signing of the above waiver, fully advised defendant of his rights under the Constitution and laws of the United States to a speedy and public trial by jury. In my opinion the above waiver is voluntarily and understandingly made.

Dated: October 28, 2024

_____
Mark Schamel
Attorney for Defendant

The United States consents to the above waiver of a trial by jury in this case.

Dated:  November 5 , 2024

_Joshua S. Rothstein_____
Joshua Rothstein
Attorney for Government

Approved: _____, 2024

_____
The Honorable Amy Berman Jackson
United States District Judge