IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No: 23-CR-00177-ABJ |
| v. | : | |
| **SHANE LAMOND,** | : | |
| Defendant. | : | |

## JOINT STATUS REPORT

On November 13, 2024, the Court ordered that the parties file a status report indicating whether there were any updates to the witness lists and any issues to be discussed at the status conference. The parties have conferred and do not believe, at this time, there are any issues to raise with the Court. The parties ask that the November 15, 2024, status conference be vacated.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By: *Joshua S. Rothstein*
Joshua S. Rothstein (N.Y. Bar No. 4453759)
Rebecca G. Ross (N.Y. Bar No. 5590666)
Assistant United States Attorneys
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530

1