

*United States of America*

*vs.*

*Shane Lamond*



## *United States v. Shane Lamond*

## **Lamond's False Statements**

1. That his relationship with Tarrio **"was more, you know, one-sided with just him telling me, you know what their plans were."**

2. That he had tried to find out information from Tarrio about his involvement in the December 12, 2020, destruction of the BLM Banner **"without tipping him off to the MPD investigation."**

3. That he **"didn't, you know, inform him that he had an arrest warrant"** for Tarrio's participation in the December 12, 2020, destruction of the BLM Banner.



# *United States* v. *Shane Lamond*

**Telegram Secret Chat – January 8, 2021**

From: Shane Lamond <869476955>
To: Enrique Tarrio <581632416>

<MessageID 9> Great to hear. Of course I can't say it officially, but personally I support you all and don't want to see your group's name or reputation dragged through the mud



# *United States* v. *Shane Lamond*

**November 7, 2020 - December 12, 2020**



# _United States_ v. _Shane Lamond_

**Telegram Private Chat – November 7, 2020**

From: Shane Lamond <869476955>
To: Enrique Tarrio <581632416>

Need to switch to encrypted. Alerts are being sent out to LE that Parler accounts belonging to your people are talking about mobilizing and "taking back the country". Getting people spun up. Just giving you a heads up



# *United States* v. *Shane Lamond*

**December 12, 2020 - January 4, 2021**



# *United States* v. *Shane Lamond*

**Telegram  Group Chat – December 15, 2020**

From: Enrique Tarrio <581632416>

To: Skull and Bones 2020/2021

<4755540701>

I admitted to burning the sign to an MDC officer



# *United States* v. *Shane Lamond*

## Telegram Secret Chat – December 18, 2020

From: Shane Lamond <869476955>
To: Enrique Tarrio <581632416>

<MessageID 3> I'm curious to see what happens too. I will check with our CID people to see if they have you on video.



# *United States* v. *Shane Lamond*

From: Shane Lamond <869476955>
To: Enrique Tarrio <581632416>

<MessageID 14> I don't think they have any pictures of you though

12/18/2020 4:58 PM
[*Telegram Secret Chat*]

From: Enrique Tarrio <581632416>
To: Mexizzachet <968117524>

So I just got word

12/18/2020 4:58 PM
[*Telegram Private Chat*]

From: Enrique Tarrio <581632416>
To: Mexizzachet <968117524>

We're clear on the banner

12/18/2020 4:59 PM
[*Telegram Private Chat*]



# *United States* v. *Shane Lamond*

**Telegram Group Chat – December 18, 2020**

From: Enrique Tarrio <581632416>
To: Skull and Bones 2020/2021
<4755540701>

We got the jump on the narrative for the banner burning. This should make it next to impossible for them to use the "hate crime" enhancement.

As per my contact at DC metro



# *United States* v. *Shane Lamond*

**Telegram Secret Chat – December 18, 2020**

From: Shane Lamond <869476955>
To: Enrique Tarrio <581632416>

<MessageID 13> No, a bit of the opposite. I've been talking to CID about it. They wanted to know what I know about your group and if I think you all are racist. I told them you are made up of a lot of Latinos and blacks so not a racist thing. If anything I said it's political but then I drew attention to the Trump and American flags that were taken by Antifa and set on fire. I said all those would have to be classified as hate crimes too. It's not being investigated by FBI though. Just us (MPD)

12/18/2020 4:55 PM
[*Telegram Secret Chat*]

**Telegram Group Chat – December 18, 2020**

From: Enrique Tarrio <581632416>
To: Skull and Bones 2020/2021
<4755540701>

No, a bit of the opposite. I've been talking to CID about it. They wanted to know what I know about your group and if I think you all are racist. I told them you are made up of a lot of Latinos and blacks so not a racist thing. If anything I said it's political but then I drew attention to the Trump and American flags that were taken by Antifa and set on fire. I said all those would have to be classified as hate crimes too. It's not being investigated by FBI though. Just us (MPD)

12/18/2020 4:56 PM
[*Telegram Group Chat*]



# _United States_ v. _Shane Lamond_

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 37> <Self-Destruct Timer: 30 seconds>
Just a heads up, CID had me ID you from a photo you
posted on Parler kneeling down next to the BLM
banner so they may be submitting an arrest warrant to
US Attorney's Office

12/25/2020 12:14 PM
_[Telegram Secret Chat]_



# *United States* v. *Shane Lamond*

From: Shane Lamond <869476955>
To: Enrique Tarrio <581632416>

Incoming Call from Shane FBI Police |

Duration: 849 seconds

12/30/2020 6:20 PM
*[Telegram Call]*

---

From: Enrique Tarrio <581632416>
To: mamafe <1431764167>

*<Voice or Instant Video>*

*[Audio File Unrecovered]*

12/30/2020 6:35 PM
*[Telegram Private Chat]*

---

From: Enrique Tarrio <581632416>
To: mamafe <1431764167>

My contact just called me

12/30/2020 6:55 PM
*[Telegram Private Chat]*

---

From: Enrique Tarrio <581632416>
To: mamafe <1431764167>

DA hasn't signed it yet

12/30/2020 6:55 PM
*[Telegram Private Chat]*

---

From: Enrique Tarrio <581632416>
To: Ministry Of Self Defense <4778170400>

Emergency voice chat.

12/30/2020 6:38 PM
*[Telegram Group Chat]*

---

From: NobleBeard <1261651524>
To: Ministry Of Self Defense <4778170400>

The n----- is going to jail

12/30/2020 7:12 PM
*[Telegram Private Chat]*

---

From: Enrique Tarrio <581632416>
To: Ministry Of Self Defense <4778170400>

It's just the misdemeanor. Not hate crime

12/30/2020 7:13 PM
*[Telegram Group Chat]*

---

From: Enrique Tarrio <581632416>
To: Ministry Of Self Defense <4778170400>

And it hasn't been solid yet

12/30/2020 7:13 PM
*[Telegram Group Chat]*

---

From: Enrique Tarrio <581632416>
To: Ministry Of Self Defense <4778170400>

The DA might or might not give it to them

12/30/2020 7:14 PM
*[Telegram Group Chat]*

---

From: Enrique Tarrio <581632416>
To: Oly <850106533>

So they did all of this for a misdemeanor. The DA hasn't signed the warrant...I don't know if they're going to. But there's not "hate crime" enhancements

1/1/2021 1:33 PM
*[Telegram Private Chat]*

---

From: Enrique Tarrio <581632416>
To: Oly <850106533>

DC metro submitted an arrest warrant to the Attorneys office

1/1/2021 1:38 PM
*[Telegram Private Chat]*

---

From: Enrique Tarrio <581632416>
To: Oly <850106533>

Destruction of property. No hate crime enhancement

1/1/2021 1:39 PM
*[Telegram Private Chat]*

---

From: Enrique Tarrio <581632416>
To: Oly <850106533>

But he says that he's doesn't think they're going to sign off on it

1/1/2021 1:40 PM
*[Telegram Private Chat]*



# *United States v. Shane Lamond*

Tarrio's American Airlines flight 925 takes off from MIA to DCA

1/4/2021 12:55 PM
*[Federal Aviation Admin]*

From: Shane Lamond <869476955>
To: Enrique Tarrio <581632416>

<MessageID 93> Shane FBI Police set the self-destruct timer to 10 seconds

1/4/2021 1:02 PM
*[Telegram Secret Chat]*

From: Enrique Tarrio <581632416>
To: mamafe <1431764167>

Warrant was signed

1/4/2021 1:30 PM
*[Telegram Private Chat]*

From: Enrique Tarrio <581632416>
To: Avva <1443484443>

Warrant for my arrest was just signed

1/4/2021 1:30 PM
*[Telegram Private Chat]*

From: Enrique Tarrio <581632416>
To: Ministry Of Self Defense <4778170400>

The warrant was just signed

1/4/2021 1:31 PM
*[Telegram Group Chat]*



# *United States* v. *Shane Lamond*

## Lamond's False Statements

1. That his relationship with Tarrio **"was more, you know, one-sided with just him telling me, you know what their plans were."**

2. That he had tried to find out information from Tarrio about his involvement in the December 12, 2020, destruction of the BLM Banner **"without tipping him off to the MPD investigation."**

3. That he **"didn't, you know, inform him that he had an arrest warrant"** for Tarrio's participation in the December 12, 2020, destruction of the BLM Banner.



*United States of America*

*vs.*

*Shane Lamond*