UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 23-cr-00177 (ABJ) |
| v. | : | |
| | : | |
| SHANE LAMOND | : | |

**Government's Amended Response to the Court Order**

The parties have conferred and are not in agreement. Defendant claims that the "flyer"[1] is contained within in Exhibit 4018 at pages 2 and 8. (D.E. 95). It is the Government's position that the "flyer(s)" are not in evidence. *First*, the actual attachments ("Arrests_in_burning_BLM_sign?" and "Action_on_church_signs_burning_destruction?") referenced on page 2 of Exhibit 4018 are not in evidence. *Second*, with respect to page 8 of Exhibit 4018, it is the Government's position that it is not possible to identify the "flyer" because the Defendant was not asked to identify the specific "flyer" or identify an item within Exhibit 4018 as the "flyer"; nor was any other witness asked to do so.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:   /s/ Joshua S. Rothstein
Joshua S. Rothstein
Assistant United States Attorney
N.Y. Bar No. 4453759
United States Attorney's Office
601 D Street, N.W.
Washington, DC 205390

---

[1] Defendant described the flyer as "produced by the Metropolitan Police Department and disseminated publicly on their website depicting a couple of photos that were taken of the banner burning…" Trial Tr. 30:10-13 (12/6/2024).

2

Phone: (202) 252-7164
Joshua.Rothstein@usdoj.gov