IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal No.: 1:23-cr-00177-ABJ |
| SHANE LAMOND, | ) |
| Defendant. | ) |

**CONSENT MOTION TO MOVE DEADLINE FOR PARTIES
SENTENCING MEMORANDUM**

Defendant Shane Lamond ("Mr. Lamond"), through counsel and with consent from the Government requests a brief extension from Friday, April 11, 2025 to Monday, April 14, 2025 to file his Sentencing Memorandum.

Counsel for Mr. Lamond, recently having missed days due to illness, requests the additional weekend to provide the necessary time to complete the filing.

Date: April 10, 2025         Respectfully submitted,

  /s/ Mark E. Schamel
Mark E. Schamel (Bar No. 463965)
Ana L. Jara (Bar No. 1023086)
Venable LLP
600 Massachusetts Ave NW
Washington, DC 20001
Tel: (202) 344-4631
Fax: (202) 344-8300
Email: meschamel@venable.com
           aljara@venable.com

*Counsel for Defendant Shane Lamond*

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2025, I caused a copy of the foregoing to be sent via the Court's CM/ECF system to all counsel of record.

      /s/ Mark E. Schamel
      Mark E. Schamel