IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No.: 1:23-cr-00177-ABJ |
| SHANE LAMOND, | ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT SHANE LAMOND'S CONSENT MOTION
TO EXTEND DEADLINE TO FILE SENTENCING MEMORANDUM**

Defendant Shane Lamond ("Mr. Lamond"), with the consent of the United States of America ("Government"), hereby respectfully requests an extension of time to file his sentencing memorandum ("Sentencing Memorandum") until Monday, April 21, 2025.[1] The Sentencing Memorandum was due on April 11, 2025, but with the consent of the Government, this Court granted a brief continuance for Mr. Lamond to file the Sentencing Memorandum on April 14, 2025. On April 13, 2025, Mark Schamel, lead counsel for Mr. Lamond, became ill; he contacted undersigned counsel and told her he is in the hospital. Undersigned counsel spoke to the Government on the telephone to update them of Mr. Schamel's condition and to request an extension of time to file the Sentencing Memorandum until April 21, 2025. Again, the Government consents to the request.

---

[1] Mr. Lamond is not requesting a continuance of the hearing scheduled for April 25, 2025, only an extension of time to file his Sentencing Memorandum.

Date: April 13, 2025　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 /s/ Ana L. Jara
　　　　　　　　　　　　　　　　　　　　Ana L. Jara (Bar No. 1023086)
　　　　　　　　　　　　　　　　　　　　Mark E. Schamel (Bar No. 463965)
　　　　　　　　　　　　　　　　　　　　Venable LLP
　　　　　　　　　　　　　　　　　　　　600 Massachusetts Ave NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　　　　　　　　　　　Tel: (202) 344- 4796
　　　　　　　　　　　　　　　　　　　　Fax: (202) 344-8300
　　　　　　　　　　　　　　　　　　　　Email: aljara@venable.com
　　　　　　　　　　　　　　　　　　　　　　　　meschamel@venable.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Shane Lamond*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of April 2025, I caused a copy of the foregoing to be sent via the Court's CM/ECF system to all counsel of record.

                                          /s/ Ana L. Jara
                                          Ana L. Jara