# EXHIBIT 1

25 March 2025

To Whom it May Concern:

It is an honor and privilege to write this email on behalf of Shane LaMond.

I have known Shane since 2017 when my position within the New York City Police Department's Intelligence Bureau brought me to the DC area to be an imbedded Domestic Liaison with the DEA's Special Operations Division in Chantilly, VA.

One of my responsibilities as Domestic Liaison was to maintain, enhance and create new relationships with Local, State and International partners who had a presence in the DC area. When Shane took over as the head of the Metropolitan Police Department's Intelligence Section (a relationship between the 2 agencies already existed), Shane's willingness to collaborate and share valuable information on matters within his jurisdiction to law enforcement partners quickly showed me that he was a likeminded, 24/7 workhorse.

After 9/11 and with the influx of mass shootings and civil unrest, no longer could Local Law Enforcement presume events were 'isolated' and would be confined to their areas of responsibility (AOR).  No matter what the breaking news event was, I knew that if it happened in the DC Area, I could count on Shane to timelessly and seamlessly share the information which I could then pass to my chain of command in NYC to make informed decisions and to disseminate the information to our intelligence partners.

Our working relationship quickly led to a social one/friendship as I was impressed not only with Shane's commitment to his job, but also to his family and friends. I continue to enjoy a true friendship with Shane since we have both retired. I know him to be a confidant, loyal friend, loving father and beloved caretaker of his widowed mother. In the last several months, Shane volunteered his time and has been instrumental in assisting me with developing my 5 acre homestead on the VA/WV border - assisting me with every aspect from clearing land to troubleshooting mechanical issues.  In the beginning I considered him to be a great colleague, and now I consider him to be a true friend.

Thank you.

Justin Scanlon

2104 N. Jefferson Street

Arlington, VA 22205

To Whom It May Concern:

      I am writing this letter in support of Shane Lamond, who I have known since September 2017.  I first met Shane while I was the director of the New York City Police Department's Operation Sentry Program, which is a law enforcement intelligence sharing network run by NYPD's Intelligence Bureau, made up of hundreds of law enforcement agencies around the world to share information on threats and emerging issues affecting law enforcement agencies.  I met Shane shortly after he took over the D.C. Police Department's Intelligence Unit, and he became my primary Operation Sentry contact for the D.C. Police Department.  I quickly learned of Shane's dedication and professionalism because he was always responsive to any requests for information regarding incidents occurring in the Washington, D.C. area.  I could always count on Shane to provide accurate and timely information, anytime day or night.  This information was critical to determine if these incidents/threats were isolated to the D.C. area or could affect other parts of the country or world.  While the director of the Sentry Program, I considered the D.C. Police Department, and Shane in particular, to be one of our best Sentry partners because of his responsiveness and contributions to the program.

      In addition to being a professional colleague, Shane and I have developed a close friendship over the years.  We have remained in regular contact since I retired from the NYPD in 2022, and I consider him to be a trusted and loyal friend.  Both my wife and I have lost family members in the years I have known Shane, and he was always one of the first people to reach out and offer his support and assistance during those emotional times.  I have always been able to count on him if I ever need anything from him.  Shane and I also have mutual friends in common, and I see him offering support to them and their families all the time.  In all the time I have known Shane, he has always been a caring person who takes the time and effort to make sure that those around him are doing alright.

      Apart from being a professional colleague and friend, I know Shane to be a devoted family man.  Both he and I regularly spent countless hours while working as intelligence officials by our law enforcement agencies.  However, he always found the time to make sure his wife and daughters were taken care of, and that his daughters were doing well in school and growing up to be responsible and independent adults.  He also moved in with his elderly mother last year to help take care of her when she began suffering from various medical issues.

      I have gotten to know Shane Lamond very well in the eight years I have known him, and I find him to be a dedicated professional, trusted friend, and devoted family man.  It has been an honor knowing him, and I hope this letter sheds some light as to what I think of his character.

Sincerely,

Daren D. DeMarco

To whom it may concern,

I am a retired Federal Agent of the Australian Federal Police (AFP), serving from 1999 to 2022. From 2016 to 2020 I was posted to the USA, attached to the Australian Embassy in Washington DC, as the Police (Cyber Crime) Liaison Officer to the USA and Canada. It was during this time that I met (then) Lieutenant Shane Lamond of the Metropolitan Police Department (MPD). Since returning to Australia in January 2020, I have kept in contact, and maintained my friendship, with Mr Lamond. I write this reference in a personal capacity.

Mr Lamond provided valuable assistance to not only the AFP but a number of Australian State Police Jurisdictions that sent high level delegations to Washington. Mr Lamond, or other MPD members, provided briefings to these delegations about trends, practices and techniques that the MPD were using, which may benefit other Police jurisdictions. He also facilitated meetings with other local Law Enforcement to gain further appreciation of what others were implementing. These meetings were very valuable to the visiting senior Police members in gaining insight into a very busy and politically important jurisdiction, and taking "lessons learned" back to Australia.

Mr Lamond made my job organising and facilitating high level meeting and briefings very easy, he was very accommodating and understood the need to cooperate with other Law Enforcement agencies. Additionally, Mr Lamond provided valuable insight into some of the unique circumstances in US Law Enforcement, one being the First Amendment and the implications for Law Enforcement. I mention this as I recall Mr Lamond being very clear about the need to protect peoples rights and the need to enforce the law within the confines of the law.

I have always found Mr Lamond to be very professional, honest, reliable and trustworthy; and someone that has great pride in his country.

Your Sincerely,

Ben Santamaria