IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No.: 1:23-cr-00177-ABJ |
| SHANE LAMOND, | ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT SHANE LAMOND'S
SUPPLEMENTAL SENTENCING MEMORANDUM**

Pursuant to the Court's May 22, 2025, Minute Order, defendant Shane Lamond, by and through counsel, submits this Supplement to his original Sentencing Memorandum, Dkt. 107. In that initial Sentencing Memorandum, Mr. Lamond informed the Court of the increased back pain he has been experiencing and his recent diagnosis of spinal disc degeneration, spinal stenosis, and a cyst on the right side of his back. *Id*. at 21–22. Mr. Lamond informed the Court of a then-pending doctor's appointment and his willingness to inform the Court of developments in his treatment. The Court ordered that update be filed by June 3, 2025, and Mr. Lamond now provides that update. *Id*.; *see also* May 22, 2025, Minute Order.

On May 7, Mr. Lamond had a facet cyst injection procedure performed, where he was administered local anesthesia, and a needle was inserted into the space between his L4 and L5 spinal vertebrae to rupture the cyst that had formed there. *See* Medical Records Excerpts, attached as **Exhibit A**, at p. 1–2. The injection consisted of a long-acting steroid and local anesthetic, and the procedure concluded with the successful rupture of the cyst. *Id.*

On June 3, Mr. Lamond had a follow-up appointment where he and his doctors discussed further treatment. *Id.* at p. 5. His next treatment step will be a facet joint steroid injection,

targeted at the site of his pain in an attempt to relieve symptoms. *Id*. at p. 9. If that is not successful, Mr. Lamond may also be a candidate for an epidural steroid injection procedure. That procedure will also involve injection into the lower back, this time of an epidural steroid also at the L4-L5 vertebral disc. *Id*. at p. 3. The epidural steriod procedure provides symptom management only, as it cannot alter the anatomical structure of Mr. Lamond's spine and thus cannot prevent recurrence of symptoms; in fact, the procedure can and may need to be repeated up to three times a year as symptoms return or worsen. *Id*. Should the injections become ineffective, Mr. Lamond may become a candidate for spinal fusion surgery to alter the anatomical cause of his lower back pain and hopefully prevent recurrence of symptoms.

      Mr. Lamond does not currently have the date for his facet joint steroid injection but expects to be contacted for scheduling soon.

Date:  June 3, 2025                                    Respectfully submitted,

                                                 /s/ Mark E. Schamel
                                            Mark E. Schamel (Bar No. 463965)
                                            Ana L. Jara (Bar No. 1023086)
                                            Venable LLP
                                            600 Massachusetts Ave NW
                                            Washington, DC 20001
                                            Tel: (202) 344-4631
                                            Fax: (202) 344-8300
                                            Email: meschamel@venable.com
                                                            aljara@venable.com

                                            *Counsel for Defendant Shane Lamond*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2025, I caused a copy of the foregoing to be sent via the Court's CM/ECF system to all counsel of record.

    /s/ Mark E. Schamel
Mark E. Schamel