# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) ) | Criminal No.: 1:23-cr-00177-ABJ |
| **SHANE LAMOND,** | ) ) ) | |
| Defendant. | ) ) | |

## MOTION TO WITHDRAW AS COUNSEL FOR SHANE LAMOND

Pursuant to Local Criminal Rule 44.5(d), Mark E. Schamel hereby withdraws as counsel for Defendant Shane Lamond. Shane Lamond acknowledges and agrees to the withdrawal of the undersigned and has been provided a copy of the motion.

Date: June 24, 2025

Respectfully submitted,

 /s/ Mark E. Schamel
Mark E. Schamel (Bar No. 463965)
Ana L. Jara (Bar No. 1023086)
Venable LLP
600 Massachusetts Ave NW
Washington, DC 20001
Tel: (202) 344-4631
Fax: (202) 344-8300
Email: meschamel@venable.com
        aljara@venable.com

*Counsel for Defendant Shane Lamond*

*Acknowledged and Agreed:*

_____          Dated: __6/24/2025__
Shane Lamond

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2025, I caused a copy of the foregoing to be sent via the Court's CM/ECF system to all counsel of record and delivered to Shane Lamond.

      /s/ Mark E. Schamel
      Mark E. Schamel