UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Crim. Action No. 23-0177 (ABJ) |
| SHANE LAMOND, | ) |
| Defendant. | ) |

# ORDER

On June 10, 2025, the Court entered judgment in this case, [Dkt. # 110]. It sentenced the defendant to 18 months of imprisonment on Count 1 and six months on each of Counts 2, 3, and 4, to run consecutive to each other but concurrently with the sentence on Count 1. The Court recommended to the Bureau of Prisons ("BOP") that defendant be incarcerated at FCI Cumberland or as close to his family as possible. The Court permitted the defendant to voluntarily surrender at the institution designated when notified, but at the defendant's request, it ordered that the report date be no earlier than August 1, 2025 so that the defendant would have the time to organize his affairs in the interim.

Defendant has informed the Court that notwithstanding his status as a non-violent first-time offender and a former police officer, his BOP designation has been enhanced based on the mistaken understanding that the defendant was associated or affiliated with the offenses committed on January 6, 2021, and that therefore, he was allegedly involved in "domestic terrorism." This characterization of his status may render the defendant ineligible for designation to a "camp," for which the defendant would otherwise be eligible.

To the extent this is necessary, the Court hereby clarifies, at the defendant's request, that defendant was NOT convicted of a January 6 offense, and that his conviction is not based on any events that occurred that day or any actions by him that could qualify as "domestic terrorism." This should be clear from a review of the indictment, [Dkt. # 1]; the parties' sentencing memoranda, [Dkts. # 105 and 107]; the Final Presentence Investigation Report, [Dkt. # 102]; and the transcript of the Court's verdict, entered for the reasons stated on the record on December 23, 2024. [Dkt. # 99].

Given the need to address the designation issue with the BOP, the defendant's motion to extend the latest report date up to October 1, 2025 will also be granted.

**SO ORDERED.**

AMY BERMAN JACKSON
United States District Judge

DATE: August 1, 2025