IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) ) | Criminal No.: 1:23-cr-00177-ABJ |
| SHANE LAMOND, | ) ) ) | |
| Defendant. | ) ) | |

**EMERGENCY MOTION TO
DELAY BUREAU OF PRISONS REPORT DATE**

Shane Lamond, through undersigned counsel, respectfully moves this Honorable Court to delay the date for his self-surrender to the Bureau of Prisons (BOP) until after February 1, 2026. Undersigned counsel contacted government counsel, who represents that the government defers to the Court with regard to this motion. In support of this motion, counsel submits the following.

1. On June 6, 2025, the Court sentenced Mr. Lamond to serve an 18-month term of imprisonment and ordered him to self-surrender to a facility on a date to be determined by the BOP.

2. Mr. Lamond previously filed a motion to extend his self-surrender date because the BOP had attached a "domestic terrorism" classification to his crime, which resulted him being designated to a higher security prison than his offense and background warranted. This Court granted that motion and the BOP has since properly reclassified Mr. Lamond's offense and directed him to report to the camp at FCI Cumberland on October 1, 2025.

3. Since sentencing in this matter, Mr. Lamond has continued to be under the care of multiple doctors for lumbar spondylosis and spinal stenosis of the lumbar due to a cyst on his

spine. His condition has worsened and it makes it difficult for him to walk and even stand at times. Doctors have informed Mr. Lamond that his condition will require surgery and the earliest availability for such is in 8-12 weeks. *See* Sealed Attachment A. Additionally, he will require recovery for 3-4 weeks. If Mr. Lamond is required to report to prison before surgery, his confinement will be much more difficult, and it is unlikely that BOP will be able to or will want to treat him given the length of his sentence. For these reasons, Mr. Lamond seeks to have surgery at his own expense before entering prison. He therefore respectfully requests that the Court delay the date on which he must self-surrender.

      4. AUSA Josh Rothstein has indicated that the government defers to the Court regarding this request to delay in Mr. Lamond's report date. The United States Pretrial Services Officer Shania Fennell has confirmed to counsel that Mr. Lamond remains in full compliance with the conditions of his release.

      WHEREFORE, Mr. Lamond, through counsel, respectfully moves this Honorable Court to issue an order to delay his date for self-surrender to the BOP until after February 1, 2026.

Respectfully submitted,

A.J. Kramer
Federal Public Defender

    /s/
Tony Axam, Jr.
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500
Tony_Axam@fd.org